RECEIVED
JAN 02 2014
Legal Programs Department

SCANNED at LSP and Emailed
1/2/14 by CM . 25 pages
date   initials   No.

Kenny Whitmore
86468 D-Hawk/CCR. 4L
LA. State Prison
Angola, LA 70712
Dec. 30th, 2013

To: Clerk's office
United States District Court
Middle District of Louisiana
777 Florida St. Suite #139
Baton Rouge, LA 70801

Dear Clerk of Court:

I am submitting my 1983 Civil Action into this Honorable Court. Will you please file this Action into the proper section of the Court.

Thank you
Kenny Whitmore #86468