LOCKDOWN REVIEW SUMMARY         DATE: 4-1-14

DOC#: 86468      NAME: KENNETH WHITMORE
LOCATION: D HWK 4/L
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 11-5-86

## REASON FOR ORIGINAL LOCKDOWN

\_\_\_\_ DISCIPLINARY BOARD ACTION          \_\_\_\_ OWN REQUEST
✓ RULE VIOLATION  Escape              \_\_\_\_ INVESTIGATION
\_\_\_\_ INCIDENT REPORT                   ✓ INITIAL CLASSIFICATION

============================================================

## ACTION OF LOCKDOWN REVIEW BOARD

\_\_\_\_ RELEASED TO _____   WHY: _____

✓ NOT RELEASED    REASONS:

\_\_\_\_ Nature of Commitment Offense   ✓ Escape Risk

\_\_\_\_ Inmate's Request              \_\_\_\_ New Rule Infractions Since Last Review

\_\_\_\_ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

\_\_\_\_ Inmate's Protection:(explain)_____

\_\_\_\_ Physically Dangerous to Himself or Others as Evidence by:

   \_\_\_\_ Psychiatric Evaluations      \_\_\_\_ Self-Mutilation
   \_\_\_\_ Serious Rule Infractions    \_\_\_\_ Other_____
   \_\_\_\_ Pattern of Violence

\_\_\_\_ Continuing Investigation.  By Whom:_____
     For:_____

============================================================
REVIEWED BY: _[signature]_                    _[signature]_
             NAME                             TITLE

             _[signature]_

============================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                     DATE: 3-6-14

DOC#: 86468        NAME: KENNETH WHITMORE
LOCATION: D HWK 4/L
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-5-86

### REASON FOR ORIGINAL LOCKDOWN

____ DISCIPLINARY BOARD ACTION         ____ OWN REQUEST
____ RULE VIOLATION                    ____ INVESTIGATION
____ INCIDENT REPORT                   ____ INITIAL CLASSIFICATION
=====================================================================

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____ WHY: _____

_✓_ NOT RELEASED    REASONS:

____ Nature of Commitment Offense   _✓_ Escape Risk

____ Inmate's Request               ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

_✓_ Nature of Original Reason for Lockdown

____ Inmate's Protection: (explain) _____

____ Physically Dangerous to Himself or Others as Evidence by:

       ____ Psychiatric Evaluations         ____ Self-Mutilation
       ____ Serious Rule Infractions        ____ Other _____
       ____ Pattern of Violence

____ Continuing Investigation.  By Whom: _____
     For: _____
=====================================================================
REVIEWED BY: _Conduct Reports_____ _Col_____
             NAME                                TITLE

             _Rae Hay_____  _MRDC Spec 1_____
=====================================================================
COMMENTS:

<u>LOCKDOWN REVIEW SUMMARY</u>          DATE: 10/1/2013

DOC#: 86468     NAME: KENNETH WHITMORE
LOCATION: D HWK 4/L
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/6/86

<u>REASON FOR ORIGINAL LOCKDOWN</u>

✓ DISCIPLINARY BOARD ACTION          ___ OWN REQUEST
✓ RULE VIOLATION                     ___ INVESTIGATION
___ INCIDENT REPORT                  ___ INITIAL CLASSIFICATION

==========================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

___ RELEASED TO _____   WHY: _____

✗ NOT RELEASED    REASONS:

___ Nature of Commitment Offense    ✗ Escape Risk

___ Inmate's Request        ___ New Rule Infractions Since Last Review

___ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

___ Inmate's Protection: (explain) _____

___ Physically Dangerous to Himself or Others as Evidence by:

         ___ Psychiatric Evaluations     ___ Self-Mutilation
         ___ Serious Rule Infractions    ___ Other _____
         ___ Pattern of Violence

___ Continuing Investigation. By Whom: _____
    For: _____
==========================================================================
REVIEWED BY: [signature]                    [signature] Snyder
             NAME                           TITLE

==========================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                DATE: 5/8/12

DOC#: 86448    NAME: KENNETH WHITMORE
LOCATION: D HWK 3/L
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/6/86

## REASON FOR ORIGINAL LOCKDOWN

- [X] DISCIPLINARY BOARD ACTION
- [ ] RULE VIOLATION
- [ ] INCIDENT REPORT
- [ ] OWN REQUEST
- [ ] INVESTIGATION
- [ ] INITIAL CLASSIFICATION

## ACTION OF LOCKDOWN REVIEW BOARD

- [ ] RELEASED TO _____ WHY: _____

- [X] NOT RELEASED.  REASONS:

    - [ ] Nature of Commitment Offense   [X] Escape Risk
    - [ ] Inmate's Request    [ ] New Rule Infractions Since Last Review
    - [ ] Pending Felony Charges
    - [X] Nature of Original Reason for Lockdown
    - [ ] Inmate's Protection:(explain) _____
    - [ ] Physically Dangerous to Himself or Others as Evidence by:
        - [ ] Psychiatric Evaluations    [ ] Self-Mutilation
        - [ ] Serious Rule Infractions   [ ] Other
        - [ ] Pattern of Violence
    - [ ] Continuing Investigation. By Whom: _____
        For: _____

REVIEWED BY: _____
NAME                              TITLE

COMMENTS:

LOCKDOWN REVIEW SUMMARY                              DATE: 4-4-18

DOC#: 86468        NAME: KENNETH WHITMORE
LOCATION: D HWK 3/L
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-5-86

### REASON FOR ORIGINAL LOCKDOWN

[X] DISCIPLINARY BOARD ACTION              [ ] OWN REQUEST
[X] RULE VIOLATIONS                        [ ] INVESTIGATION
[ ] INCIDENT REPORT                        [ ] INITIAL CLASSIFICATION

### ACTION OF LOCKDOWN REVIEW BOARD

[ ] RELEASED TO _____ WHY: _____

[✓] NOT RELEASED    REASONS:

  [ ] Nature of Commitment Offense    [✓] Escape Risk

  [ ] Inmate's Request                [ ] New Rule Infractions Since Last Review

  [ ] Pending Felony Charges

  [✓] Nature of Original Reason for Lockdown

  [ ] Inmate's Protection: (explain) _____

  [ ] Physically Dangerous to Himself or Others as Evidence by:

        [ ] Psychiatric Evaluations       [ ] Self-Mutilation
        [ ] Serious Rule Infractions      [ ] Other _____
        [ ] Pattern of Violence

  [ ] Continuing Investigation. By Whom: _____
      For: _____

REVIEWED BY: _____
             NAME                           TITLE

             _____

COMMENTS:

## LOCKDOWN REVIEW SUMMARY

DATE: 1/3/2012

DOC#: 86468    NAME: KENNETH WHITMORE
LOCATION: D HWK 3/L
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/5/86

### REASON FOR ORIGINAL LOCKDOWN

- [X] DISCIPLINARY BOARD ACTION
- [ ] RULE VIOLATION
- [ ] INCIDENT REPORT
- [ ] OWN REQUEST
- [ ] INVESTIGATION
- [ ] INITIAL CLASSIFICATION

### ACTION OF LOCKDOWN REVIEW BOARD

- [ ] RELEASED TO _____ WHY: _____

- [X] NOT RELEASED    REASONS:
    - [ ] Nature of Commitment Offense
    - [X] Escape Risk
    - [ ] Inmate's Request
    - [ ] New Rule Infractions Since Last Review
    - [ ] Pending Felony Charges
    - [X] Nature of Original Reason for Lockdown
    - [ ] Inmate's Protection: (explain) _____
    - [ ] Physically Dangerous to Himself or Others as Evidence by:
        - [ ] Psychiatric Evaluations
        - [ ] Self-Mutilation
        - [ ] Serious Rule Infractions
        - [ ] Other _____
        - [ ] Pattern of Violence
    - [ ] Continuing Investigation. By Whom: _____
        For: _____

REVIEWED BY: _____
NAME                          TITLE

COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: 9-29-2011

DOC#: 86468        NAME: KENNETH WHITMORE
LOCATION: D HWK 3/L
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/5/1986

### REASON FOR ORIGINAL LOCKDOWN

X  DISCIPLINARY BOARD ACTION        ___ OWN REQUEST
X  RULE VIOLATION                   ___ INVESTIGATION
___ INCIDENT REPORT                 ___ INITIAL CLASSIFICATION

================================================================
### ACTION OF LOCKDOWN REVIEW BOARD

___ RELEASED TO _____    WHY: _____

X  NOT RELEASED    REASONS:

___ Nature of Commitment Offense    X  Escape Risk

___ Inmate's Request                ___ New Rule Infractions Since Last Review

___ Pending Felony Charges

X  Nature of Original Reason for Lockdown

___ Inmate's Protection: (explain) _____

___ Physically Dangerous to Himself or Others as Evidence by:

        ___ Psychiatric Evaluations     ___ Self-Mutilation
        ___ Serious Rule Infractions    ___ Other _____
        ___ Pattern of Violence

___ Continuing Investigation. By Whom: _____
    For: _____

REVIEWED BY: _____
             NAME  Susan Faulk          TITLE

================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY         DATE: 7/5/2011

DOC#: 86468    NAME: KENNETH WHITMORE
LOCATION: D HWK 3/L
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/5/86

## REASON FOR ORIGINAL LOCKDOWN

[X] DISCIPLINARY BOARD ACTION        [ ] OWN REQUEST
[X] RULE VIOLATION                   [ ] INVESTIGATION
[ ] INCIDENT REPORT                  [ ] INITIAL CLASSIFICATION

## ACTION OF LOCKDOWN REVIEW BOARD

[ ] RELEASED TO _____ WHY: _____

[X] NOT RELEASED    REASONS:

[ ] Nature of Commitment Offense   [X] Escape Risk

[ ] Inmate's Request               [ ] New Rule Infractions Since Last Review

[ ] Pending Felony Charges

[X] Nature of Original Reason for Lockdown

[ ] Inmate's Protection: (explain) _____

[ ] Physically Dangerous to Himself or Others as Evidence by:

  [ ] Psychiatric Evaluations      [ ] Self-Mutilation
  [ ] Serious Rule Infractions     [ ] Other _____
  [ ] Pattern of Violence

[ ] Continuing Investigation. By Whom: _____
    For: _____

REVIEWED BY: _[signatures]_
NAME                               TITLE

COMMENTS:

LOCKDOWN REVIEW SUMMARY                          DATE: 4-9-09

DOC#: 86468       NAME: KENNETH WHITMORE
LOCATION: RC/CCR UPPER
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-6-86

### REASON FOR ORIGINAL LOCKDOWN

- [✓] DISCIPLINARY BOARD ACTION
- [✓] RULE VIOLATION
- [ ] INCIDENT REPORT
- [ ] OWN REQUEST
- [ ] INVESTIGATION
- [ ] INITIAL CLASSIFICATION

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____ WHY: _____

- [✓] NOT RELEASED    REASONS:

  - [ ] Nature of Commitment Offense
  - [ ] Escape Risk
  - [ ] Inmate's Request
  - [ ] New Rule Infractions Since Last Review
  - [ ] Pending Felony Charges
  - [✓] Nature of Original Reason for Lockdown
  - [ ] Inmate's Protection: (explain) _____

  - [ ] Physically Dangerous to Himself or Others as Evidence by:
    - [ ] Psychiatric Evaluations
    - [ ] Serious Rule Infractions
    - [ ] Pattern of Violence
    - [ ] Self-Mutilation
    - [ ] Other _____

  - [ ] Continuing Investigation. By Whom: _____
        For: _____

REVIEWED BY: Dale D_____ (signature)    TITLE: _____
             R. Augustine (signature)     Capt CCR Sup

COMMENTS: