## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNY WHITMORE** | * | **CIVIL ACTION** |
| **(DOC No. 86468)** | * | |
| | * | **NO. 14-004-JWD-RLB** |
| | * | |
| **VERSUS** | * | **JUDGE JOHN W. DEGRAVELLES** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| **WARDEN BURL CAIN, ET AL** | * | **RICHARD L. BOURGEOIS, JR.** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>MOTION FOR RULE 7 REPLY</u>

**NOW INTO COURT**, through undersigned counsel, come James LeBlanc, Burl Cain, Darrell Vannoy, Joe Lamartiniere, Cathy Fontenot, Richard Peabody, and Richard Stalder (the (collectively referred to as the "Defendants"),[1] who pursuant to Federal Rule of Civil Procedure 7(a)(7) and for the reasons more fully set forth in the attached Memorandum in Support, move this court to require plaintiffs to file a reply to Defendants' assertion of qualified immunity.

**WHEREFORE**, the Defendants respectfully request that the plaintiff be ordered to reply to the Defendants' qualified immunity defense pursuant to Federal Rule of Civil Procedure 7(a)(7).

---

[1] Plaintiff has also named as defendants Sam Smith, Robert Rachal, Paul Myers, Randy Ritchie, Tom Norris, Susan Fairchild, Unknown Honeycutt, and Doe defendants 1-15.  To date, service has not been perfected on any of these defendants.  Undersigned counsel is not making an appearance for any defendant who has not been properly served.

Respectfully submitted,

JAMES D. "BUDDY" CALDWELL
Louisiana Attorney General


/s/ Richard A. Curry
Richard A. Curry, TA La Bar Roll 4671
M. Brent Hicks, La Bar Roll 23778
McGlinchey Stafford, PLLC
301 Main Street, 14th Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 383-9000

ATTORNEYS FOR DEFENDANTS, BURL CAIN, DARRELL VANNOY, JAMES M. LEBLANC, CATHY FONTENOT, JOE LAMARTINIERE, RICHARD STALDER AND RICHARD PEABODY


## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record, by operation of the court's electronic filing system.

Baton Rouge, Louisiana on this 10th day of December, 2014.


/s/Richard A. Curry
Richard A. Curry