## Michelle M. Rutherford

| | |
|---|---|
| **From:** | Curry, Rick [rcurry@mcglinchey.com] |
| **Sent:** | Monday, December 08, 2014 8:05 AM |
| **To:** | Michelle M. Rutherford |
| **Cc:** | Hicks, Brent |
| **Subject:** | RE: Whitmore: Plaintiff's expert disclosure and discovery request follow-up [IWOV-Worksite.FID240079] |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Michelle –

The State has responded to the March 5 order and has produced many documents, including the documents that it believes to be "pertinent to the issues in the case." We do not believe that that phrase in the March 5 order can expanded to include your request for "all documents that in any way address or relate to Mr. Whitmore's continued confinement in CCR and the conditions of such confinement." Further, the Defendants have asserted qualified immunity and will seek resolution of that claim before agreeing to extensive new discovery.

Please give me a call to discuss at your convenience.

Rick

**Richard A. Curry**
McGlinchey Stafford
Direct: (225) 382-3618
Fax: (225) 612-6959
Email: rcurry@mcglinchey.com



301 Main Street, 14th Floor
Baton Rouge, LA 70801

---

From: Michelle M. Rutherford [mailto:mrutherford@barrassousdin.com]
Sent: Friday, December 05, 2014 3:39 PM
To: Hicks, Brent; Curry, Rick
Cc: David N. Luder; Rose Murray; Pro Bono_Whitmore_ Kenny Wayne v_ Louisiana State Penitentiary _Angola_ and Emails
Subject: Whitmore: Plaintiff's expert disclosure and discovery request follow-up [IWOV-Worksite.FID240079]

Dear Brent and Rick,

While the magistrate has not yet signed the joint motion to modify the scheduling order, Plaintiff will adhere to the agreed-upon schedule. This email will serve as Plaintiff's expert disclosure. Plaintiff reserves the right to amend this disclosure.

Dr. Sarah Deland,   http://tulanehealthcare.com/physicians/profile/Sarah-DeLand-MD

Also, we received your letter yesterday, summarizing defendants' request that we dismiss individual capacity claims. I note that you did not respond at all to our requests for documents to be produced pursuant to the Court's March 5, 2014 order.  I anticipate being able to respond to your request early next week. In the interim, we ask that you provide us with some response to the request for documents we made on November 25.

While I understand you may be pursuing certain procedural options, until then defendants are still under a court order to produce all documents related to the issues in this litigation and we believe we are entitled to a response to our requests. If we do not receive a response, we will be forced to entertain our options through the court.

Thank you,

Michelle

**Michelle M. Rutherford**
Associate
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.
909 Poydras Street 24th Floor│New Orleans, LA  70112
Direct: 504-589-9774│Main: 504-589-9700 | Fax: 504-589-9944
mrutherford@barrassousdin.com

---

www.mcglinchey.com | www.CafaLawBlog.com

McGlinchey Stafford, PLLC in Florida, Louisiana, Mississippi, New York, Ohio and Texas and McGlinchey Stafford, LLP in California.

Confidentiality Statement: This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you have received this transmission in error, immediately notify us by telephone at 504-586-1200 and return the original message to us at McGlinchey Stafford, 12th Floor, 601 Poydras Street, New Orleans, LA, 70130 via the United States Postal Service.

We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

See McGlinchey Stafford Disclaimer/Privacy Policy http://www.mcglinchey.com/disclaimer/