UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

KENNY WHITMORE (#86468)

VERSUS                                   CIVIL ACTION NO. 14-004-JWD-RLB

N. BURL CAIN, WARDEN, ET AL
*************************************************************************

**CERTIFICATE OF COMPLIANCE**

The Court's March 5, 2014 Order (Doc. 4) required the Defendants to produce "all medical records, administrative remedy proceedings, disciplinary proceedings, unusual occurrence reports and all other documents pertinent to the issues in this case." This certifies that the State Defendants have, in fact produced the documents listed in the March 5, 2014 Order. In fact, the State has produced inmate Whitmore's:

    ** entire institutional record;
    ** medical and mental health records,
    ** disciplinary reports and dispositions,
    ** lockdown review reports; and
    ** administrative remedy procedures.

These documents comprise several thousand pages of hard copy documents and have been produced to Whitmore's attorneys in electronic form.

Date:   January 6, 2015

                                               Respectfully submitted,
                                             **JAMES D. "BUDDY" CALDWELL**
                                             Louisiana Attorney General

                                             _____
                                             Richard A. Curry, TA La Bar Roll 4671
                                             M. Brent Hicks, La Bar Roll 23778
                                             Zelma M. Frederick, La Bar Roll 31459
                                             McGlinchey Stafford, PLLC
                                             301 Main Street, 14th Floor
                                             Baton Rouge, Louisiana 70801
                                             Telephone: (225) 383-9000

                                             Attorneys for Defendants

523991.1

EXHIBIT 1