# Curry, Rick

| | |
|---|---|
| **From:** | Michelle M. Rutherford <mrutherford@barrassousdin.com> |
| **Sent:** | Tuesday, November 25, 2014 5:01 PM |
| **To:** | Curry, Rick; Hicks, Brent |
| **Cc:** | David N. Luder; Rose Murray; Pro Bono_Whitmore_ Kenny Wayne v_ Louisiana State Penitentiary _Angola_ and Emails |
| **Subject:** | Whitmore: outstanding discovery issues [IWOV-Worksite.FID240079] |

Hi Rick and Brent,

We are in receipt of your recently-filed discovery request and will respond within the time frame allowed by the FRCP.

A few other items regarding discovery:

I'm sure you're aware that the AG's office produced some documents to us pursuant to the Court's March 5, 2014 order (attached here for your convenience). You will note that this Order also required defendants to file the produced discovery documents into the court record. (Paragraph 1). I do not believe this was done. We will be filing our discovery responses and documents, if any, in the record as required by the March 5 Order and request that defendants comply as well.

The March 5 Order required defendants to produce "all medical records, administrative remedy proceedings, disciplinary proceedings, unusual occurrence reports and <u>all other documents pertinent to the issues in this case</u>." (Paragraph 1). At a minimum, this includes all documents that in any way address or relate to Mr. Whitmore's continued confinement in CCR and the conditions of such confinement. We are requesting that defendants comply with this order. Please produce all records and documents related to Mr. Whitmore's continued confinement in CCR.

Documents including, but not limited to these specific examples below, are included in the March 5 requirement that defendants produce all documents pertinent to the issues in this case.

- All documents related to Mr. Whitmore's correspondence monitored by anyone at LSP; including, but not limited to, the letter or correspondence monitored, any logs, notes, internal correspondence, memoranda, emails, and any document related to LSP's monitoring of Mr. Whitmore's correspondence for all time periods relevant to this lawsuit, which includes all time periods Mr. Whitmore has been in solitary confinement
- All documents related to Mr. Whitmore's phone calls monitored by anyone at LSP; including but not limited to transcripts of the phone calls, logs (including the name of the phone call recipient, phone number, date, and time), notes, memoranda, emails, journal entries, notes of meetings, and any document related Mr. Whitmore's phone calls monitored by anyone at LSP
- All documents related to the Black Panther Party at Angola, including but not limited to Mr. Whitmore's alleged involvement in the BPP; these documents include but are not limited to notes, internal correspondence, memoranda, emails, and any document related to the Black Panther Party at Angola and Mr. Whitmore's alleged involvement in the BPP.

As context for the last category, I would refer you to Warden Cain's statement to the media that Mr. Whitmore's alleged longstanding affiliation with the Angola chapter of the Black Panther Party is a concern to the Warden. The Warden has stated "The Black Panther Party advocates violence and racism—I'm not going to let anybody walk around advocating violence and racism." http://theadvocate.com/home/9807246-125/warden-considers-ending-angola-inmates. All documents related to the Black Panther Party, including but not limited to any mentioning Mr. Whitmore, are relevant to Mr. Whitmore's claims.

EXHIBIT 2

1

Pursuant to the March 5 order, please produce the documents requested, including all documents related to Mr. Whitmore's assignment to, continued classification in CCR, and conditions of confinement as promptly as possible and, at a minimum, by December 12.

Last, I had requested dates for deposition from Matt Davis on August 13 of this year and again in September and October. When it became clear LSP was going to enroll you all as counsel, I agreed to wait to schedule dates. When we talked a few weeks ago, I asked that you get back to me with dates. In the interim, you all have served discovery but failed to give dates for depositions. I would prefer to work with your schedule, but if I do not have dates for Cain, Stalder Peabody, LeBlanc, Fontenot, Vannoy, and LaMartinierre by December 4, I will go ahead and notice them based on our preferred dates. We would also like to request deposition dates for Warden Menzinga and the current social worker serving Camp C, Ms. Justine. While we believe these witnesses are currently employed by LSP and in your control, if you would like us to issues subpoenas, please let me know.

I am available anytime to discuss these discovery issues. Please do not hesitate to contact me if you have questions. If you can't reach me in my office, I'm available by cell 415.794.5639.

I hope you both have a nice Thanksgiving holiday.

Best,

Michelle


**Michelle M. Rutherford**
Associate
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.
909 Poydras Street 24th Floor | New Orleans, LA  70112
Direct: 504-589-9774 | Main: 504-589-9700 | Fax: 504-589-9944
mrutherford@barrassousdin.com

2