

Wdn.Fnt
11-5-13

Record in Warden Fontenot

LOCKDOWN REVIEW SUMMARY                    DATE: 11/6/2013

DOC#: 86468      NAME: KENNETH   WHITMORE
LOCATION: D HWK 4/L      ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

### REASON FOR ORIGINAL LOCKDOWN

\_\_\_\_ DISCIPLINARY BOARD ACTION          \_\_\_\_ OWN REQUEST
\_\_\_\_ RULE VIOLATION                     \_\_\_\_ INVESTIGATION
\_\_\_\_ INCIDENT REPORT                    \_\_\_\_ INITIAL CLASSIFICATION
================================================================

### ACTION OF LOCKDOWN REVIEW BOARD

\_\_\_\_ RELEASED TO _____   WHY: _____

\_\_\_\_ NOT RELEASED    REASONS:

  \_\_\_\_ Nature of Commitment Offense  \_\_\_\_ Escape Risk

  \_\_\_\_ Inmate's Request              \_\_\_\_ New Rule Infractions Since Last Review

  \_\_\_\_ Pending Felony Charges

  \_\_\_\_ Nature of Original Reason for Lockdown

  \_\_\_\_ Inmate's Protection:(explain)_____

  \_\_\_\_ Physically Dangerous to Himself or Others as Evidence by:

       \_\_\_\_ Psychiatric Evaluations    \_\_\_\_ Self-Mutilation
       \_\_\_\_ Serious Rule Infractions  \_\_\_\_ Other_____
       \_\_\_\_ Pattern of Violence

  \_\_\_\_ Continuing Investigation.  By Whom:_____
       For:_____
================================================================
REVIEWED BY: *[signature: Shipley]*                TITLE

================================================================
COMMENTS:                              RECEIVED
                                       NOV 07 2013
                                       SP/RECORDS