LOCKDOWN REVIEW SUMMARY

No.: 86468  Name: Kenny Whitmore  Location: Tiger-4-R  Date: 7/8/87

Date of Original Placement in Extended Lockdown: 7-5-86

### REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action       ____ Own Request
✓ Rule Violation Report
____ Incident Report              ____ Initial Classification
____ Investigation

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to _____  Why: _____

✓ NOT RELEASED. Reasons:

____ Nature of Commitment Offense    ____ Escape Risk

____ Inmate's Request                ____ New Rule Infractions Since Last Review

✓ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain): _____

____ Physically Dangerous to Himself or Others as Evidenced by:
    ____ Psychiatric Evaluations   ____ Self-Mutilation
    ____ Serious Rule Infractions  ____ Other _____
    ____ Pattern of Violence

____ Continuing Investigation. By Whom: _____
    For: _____

Reviewed by:
Name: Daniel Vanvoy / W. Yates
Title: Maj. / CCS

COMMENTS: