REPORT OF LOCKDOWN

INMATE Kenny Whitmore     # 86468     DATE 3-21-78

Has been placed in lock-down for the following reasons:     TIME 6:00 PM

due to length of sentence life + 99 yrs,

FROM AU    TO CCR L/D

/s/ _____
Correctional Officer in Charge of Block

*/s/_____
Inmate

/s/ _____
Shift Supervisor in charge

cc: Wdn. for Custody
    Chief of Security
    inmate
    inmate records

Inmate signs only when placed in lockdown situation by his own request.