UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNY WHITMORE** | * | **CIVIL ACTION** |
| **(DOC No. 86468)** | * | |
| | * | **NO. 14-004-JWD-RLB** |
| | * | |
| **VERSUS** | * | **JUDGE JOHN W. DEGRAVELLES** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| **WARDEN BURL CAIN, ET AL** | * | **RICHARD L. BOURGEOIS, JR.** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**</u>

**NOW INTO COURT**, through undersigned counsel, come James LeBlanc, Burl Cain, Darrell Vannoy, Joe Lamartiniere, Cathy Fontenot, Richard Peabody, and Richard Stalder (collectively referred to as the "Defendants").[1]

The Defendants are entitled to partial summary judgment based on prescription and seek judgment dismissing all claims asserted against Richard Stalder, and dismissing all claims against all defendants that arose prior to January 2, 2013, as prescribed, as more fully set forth in the attached memorandum of law.

Defendants Secretary James LeBlanc, Cathy Fontenot and Richard Peabody further are entitled to qualified immunity and seek judgment dismissing all damage claims against them, as more fully set forth in the attached affidavits of LeBlanc, Fontenot and Peabody, the attached statement of uncontested facts, and the attached memorandum of law;

**WHEREFORE**, the Defendants pray that this Motion for Partial Summary Judgment be granted and that all claims against all Defendants that arose prior to January 2, 2013, including all claims against Richard Stalder, be dismissed, with prejudice; and Defendants James LeBlanc,

---

[1] Plaintiff has also named as defendants Sam Smith, Robert Rachal, Paul Myers, Randy Ritchie, Tom Norris, Susan Fairchild, Unknown Honeycutt, and Doe defendants 1-15.  To date, service has not been perfected on any of these defendants.  Undersigned counsel is not making an appearance for any defendant who has not been properly served.

526220.1

Cathy Fontenot and Richard Peabody further pray that all damage claims asserted against them be dismissed, with prejudice.

>Respectfully submitted,
>
>JAMES D. "BUDDY" CALDWELL
>Louisiana Attorney General
>
>
>*/s/Richard A. Curry*
>Richard A. Curry, TA La Bar Roll 4671
>M. Brent Hicks, La Bar Roll 23778
>Zelma M. Frederick, La Bar Roll 31459
>McGlinchey Stafford, PLLC
>301 Main Street, 14th Floor
>Baton Rouge, Louisiana 70801
>Telephone: (225) 383-9000
>Facsimile:  (225) 343-3076
>rcurry@mcglinchey.com
>bhicks@mcglinchey.com
>zfrederick@mcglinchey.com
>
>ATTORNEYS FOR DEFENDANTS, BURL CAIN, DARRELL VANNOY, JAMES M. LEBLANC, CATHY FONTENOT, JOE LAMARTINIERE, RICHARD STALDER AND RICHARD PEABODY

**CERTIFICATE OF SERVICE**

**I CERTIFY** that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record, by operation of the court's electronic filing system.

Baton Rouge, Louisiana on this 30th day of January, 2015.

>*/s/Richard A. Curry*
>Richard A. Curry