## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNY WHITMORE** | * | **CIVIL ACTION** |
| **(DOC No. 86468)** | * | |
| | * | **NO. 14-004-JWD-RLB** |
| | * | |
| **VERSUS** | * | **JUDGE JOHN W. DEGRAVELLES** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| **WARDEN BURL CAIN, ET AL** | * | **RICHARD L. BOURGEOIS, JR.** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## STATEMENT OF UNCONTESTED FACTS

Pursuant to Local Rule 56.1, the Defendants, submit this Statement of Uncontested Facts:

1. Kenny Whitmore ("Whitmore") filed this lawsuit on January 2, 2014[1] and a First Amended Complaint on October 17, 2014.[2]

2. Former Secretary Richard Stalder left his position as Secretary of the Department of Corrections in 2008.[3]

3. Secretary James LeBlanc, current Secretary of the DPSC, ("Secretary LeBlanc") has never spoken to Whitmore.

4. Prior to this lawsuit, Secretary LeBlanc had no knowledge of Whitmore or the facts and circumstances surrounding his housing.

5. Secretary LeBlanc has never been involved in or participated in any lockdown review board or other decisions regarding Whitmore.

---

[1] Doc. No. 1.
[2] Doc. No. 8.
[3] *See* Doc. No. 56, p. 19.  Whitmore's Reply acknowledges that Stalder was the Secretary of the Department of Corrections from 1992-2008; therefore, based on Whitmore's own pleadings, any suit against Stalder would have had to be filed by 2009 at the latest.

529900.1

6. Secretary LeBlanc has never been in a position to approve or deny Whitmore's assignment to CCR.

7. Cathy Fontenot ("Fontenot") served as the Assistant Warden/Programming at LSP from April 7, 2008 until January 4, 2015.

8. Fontenot had no role or responsibility for Whitmore's housing.

9. As the Assistant Warden / Programming at LSP, Fontenot had no involvement in housing assignments or lockdown review boards.

10. Fontenot has never assigned or reassigned inmates to or from CCR.

11. Fontenot has never approved or denied, or been in a position to approve or deny, Whitmore's reassignment to or from CCR.

12. Richard Peabody ("Peabody") has been employed at the Louisiana State Penitentiary ("LSP") since 1976 in various capacities.

13. Peabody has been a Deputy Warden of Programs, at LSP from 2003 to present, except for approximately one year between May 18, 2011, and April 4, 2012, when he served as the Deputy Warden of Operations.

14. Peabody never approved or denied, and was not in a position to approve or deny, Whitmore's assignment to or from CCR.

15. Peabody has never participated in any lockdown review boards for Whitmore.

16. As the Deputy Warden of Programs and Operations, Peabody's duties did not include classification or housing of inmates.

Respectfully submitted,

JAMES D. "BUDDY" CALDWELL
Louisiana Attorney General

/s/Richard A. Curry
Richard A. Curry, TA La Bar Roll 4671
M. Brent Hicks, La Bar Roll 23778
Zelma M. Frederick, La Bar Roll 31459
McGlinchey Stafford, PLLC
301 Main Street, 14th Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 383-9000
Facsimile: (225) 343-3076
rcurry@mcglinchey.com
bhicks@mcglinchey.com
zfrederick@mcglinchey.com

ATTORNEYS FOR DEFENDANTS, BURL CAIN, DARRELL VANNOY, JAMES M. LeBLANC, CATHY FONTENOT, JOE LAMARTINIERE, RICHARD STALDER AND RICHARD PEABODY

529900.1

**CERTIFICATE OF SERVICE**

    **I CERTIFY** that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record, by operation of the court's electronic filing system.

    Baton Rouge, Louisiana on this 30th day of January, 2015.

                                   */s/Richard A. Curry*
                                   Richard A. Curry

529900.1