UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNY WHITMORE (DOC No. 86468) | * * * * | CIVIL ACTION NO. 14-004-JWD-RLB |
| VERSUS | * * | JUDGE JOHN W. DEGRAVELLES |
| WARDEN BURL CAIN, ET AL | * * * | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

*********************************************************************

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

### AFFIDAVIT OF JAMES M. LEBLANC

BEFORE ME, the undersigned Notary, personally came and appeared:

JAMES M. LEBLANC

who, after being first duly sworn, did depose and say that:

1.

He has been Secretary of the Department of Public Safety and Corrections ("DPSC") since 2008, and, in that capacity, he has personal knowledge of the facts attested in this affidavit. The mission of Corrections Services is to enhance public safety through the safe and secure incarceration of offenders, effective probation/parole supervision and proven rehabilitative strategies that successfully reintegrate offenders into society, as well as to assist individuals and communities victimized by crime.

526287.2



EXHIBIT 1

2.

There are approximately 4,722 state employees within the DPSC's Corrections Services Division for whom he has overall supervisory and budgetary authority.

3.

He is responsible for overseeing DPSC's Corrections Services Division yearly budget of approximately $712,000,000.

4.

The DPSC's Corrections Services Division has direct or indirect responsibility for approximately 38,000 inmates housed in secure facilities. In his capacity as Secretary of the DPSC, he routinely delegates responsibility for the care and custody of individual institutionalized inmates to the wardens of the facilities in which they are housed.

5.

On information and belief, he has never spoken with Kenneth Whitmore ("Whitmore").

6.

Before this lawsuit was filed, he had no knowledge of Whitmore or the facts and circumstances of his housing or incarceration.

7.

He has never been involved in, or participated in, or reviewed, any lockdown review board decision affecting Whitmore. He has never been involved in, or participated in or, reviewed other decisions concerning Whitmore's individual conditions.

8.

He has never approved or denied Whitmore's reassignment.

Baton Rouge, Louisiana, this 30th day of January, 2015.

_____
James M. LeBlanc (Affiant)

SWORN TO AND SUBSCRIBED BEFORE ME, this 30th day of January, 2015.

_____
NOTARY PUBLIC

WILLIAM L. KLINE
NOTARY PUBLIC
State of Louisiana
LA Bar #17009
My Commission expires at death

526287.2