## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNY WHITMORE** | * | **CIVIL ACTION** |
| **(DOC No. 86468)** | * | |
| | * | **NO. 14-004-JWD-RLB** |
| | * | |
| **VERSUS** | * | **JUDGE JOHN W. DEGRAVELLES** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| **WARDEN BURL CAIN, ET AL** | * | **RICHARD L. BOURGEOIS, JR.** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

### <u>AFFIDAVIT OF CATHERINE FONTENOT</u>

**BEFORE ME,** the undersigned Notary, personally came and appeared:

### CATHERINE FONTENOT

who, after being first duly sworn, did depose and say that:

1.

I am the former Assistant Warden/Programming/LSP at the Louisiana State Penitentiary ("LSP") serving in that role from April 7, 2008 to January 4, 2015, and, in that capacity, I have personal knowledge of the facts attested in this affidavit.

2.

As the Assistant Warden/Programming/LSP, my primary duties were oversight of all media, public information matters, research, tours, and official visits. I reported to the Warden and Deputy Wardens on all matters related to inmate classification, visiting, education, recreation, pre-release, and chaplaincy matters. I served as the Secretary for the LSP Museum Foundation, member of the Angola Rodeo Committee and Angola Chase Team. I oversaw the operations of inmate media – The Angolite newsmagazine, KLSP TV, and KLSP radio station. I

served as a Victim Offender Dialogue Mediator and was a point of contact for victims and family members in all matters.

3.

As the Assistant Warden/Programming/LSP, I frequently monitored internet postings and websites in order to determine safe and secure visitation approval or denial as part of both my role in public relations and victims services. Based on my routine internet monitoring, I am generally familiar with an offender named Kenny Whitmore ("Whitmore") through media requests and internet postings made regarding Whitmore. Attached are several internet postings concerning Whitmore which I found during the course of my employment at LSP.

4.

I have never spoken to Whitmore.

5.

I have never participated in any of the lockdown review boards on Whitmore.

6.

During my tenure at the LSP, I did not assign nor have I ever reassigned inmates to or from CCR.

517013.1

7.

I have never approved or denied, or been in a position to approve or deny, Whitmore's reassignment to or from CCR.

Baton Rouge, Louisiana, this _10_ day of _Febry_, 2015.

_____
Catherine Fontenot (Affiant)

**SWORN TO AND SUBSCRIBED BEFORE ME**, this _10th_ day of _Feby_,
2015.

_____
NOTARY PUBLIC

M. Brent Hicks, Notary Public
LA Bar Roll No.: 23778
Commissioned for East Baton Rouge, Louisiana
Qualified to act Statewide
My Commission is for Life.

517013.1

S+1  2     More   Next Blog»

# FreeZulu.org

**Kenny Zulu Whitmore: political prisoner.**
**Zulu has been in Louisiana State Prison, Angola, LA since March 14, 1978, in jail since 1975.**
After threats and torture if he did not plead guilty, an unfair trial and the use of false information, Zulu was in 1977 sentence the 1973 murder of the former mayor of a small town, in which he had no part whatsoever

## Official FREE ZULU Website

| Home | About Zulu | Contact | 2012 Statement by Kenny Zulu Whitmore | Photos in a Slideshow | Flyer about Zulu in German | Zulu's Diary |

### Free Zulu!



Friends of Zulu support him on this site. Zulu has no access to the internet whatsoever.

Freezulu.org

Twitter.com/Zulushade

Facebook.com/zulushadeneverfades

### About Zulu

I am Kenny Zulu Whitmore. I have been enslaved in one of the most brutal and bloodiest prisons in the USA, Angola, LA, the "last slave plantation". Framed for a murder I never committed I have been in solitary confinement for over 30 years now.....

Read more here...

### Zulu Links

V&A Exhibition: Disobedient Objects: Zu-Tags

Angola 3 News blog

SF Bayview

It's About Time BPP

King's Freelines: Robert King (Angola 3)

Coalition for Truth and Justice

Zulu in I-online (in Portuguese)

Zulu ok THTC - UK

Louisiana Prisonwatch

Zulu on Diaspora

Zulu on Indiegogo

Zulu on Twitter

## About Zulu

I am **Kenny Zulu Whitmore**. I have been enslaved in one of the most brutal and bloodiest prisons in the USA, Angola, LA, the "last slave plantation". Framed for a murder I never committed I have been in solitary confinement for over 30 years now.....

In December 1973 I was arrested on frivolous charges and held over for a magistrate hearing where a bond would be set. While awaiting my court appearance I found myself in a cage right across from a black man who struck me as a fearsome revolutionary. It turned out to be **Herman Wallace**. I was impressed with his words of wisdom, which enabled me to better understand the treatment and condition of my community by the police. I felt honored just to have been in his presence. There were others on the unit, but all you could hear was the voice of Herman. We talked all through the night after he learned why I was arrested. He explained that if my concern was to protect the people, my only route of doing so would be to educate myself of the political Kingdom and then organize the people to effectively challenge the ill that cripple the people. I realized my speaking out against drug dealers and police brutality alone would be viewed as a personal war and wouldn't achieve anything.

Herman told me he and others had established a chapter of the Black Panther Party in Angola, to fight against prison corruption. I gave him all my information because what he spoke of was what I needed in my life. I dare say it was my first true political education. The next day I learned he was there on trial for the death of a prison guard. At that time I believed he didn't stand a chance. In the mean time history has proven I was wrong. However, instead of focusing on his trial, he had many questions about community service and conditions. I ended up giving him my name and address. He told me he was officially making me a member of the Angola Chapter of the Black Panther Party. I was very honored but I had no idea what this man expected of me. But I knew about the Panthers and so I went back to the community with the idea of organizing the community against illegal drug trafficking.

On February 19, 1975 I was arrested again. This time charged with two counts of armed robbery of a Zachary shoe store. In June of 1975 all charges were dropped after both victims argued with the judge that I was not the person who did this crime. But I still couldn't go free. While awaiting an evidentiary hearing on the two robbery charges I was also charged with a 1973 robbery and murder. In this case the district attorney Ossie Brown came to me with a *prepared confession* and said,

*"You, Whitmore, were imprecated in the 1973 robbery and murder of Marshall Bond. And I know you didn't do this, but I need a key witness against the guy who did this and you are going to help me to get this guy."*

He, the then D.A., gave me the confession to read and sign. The D.A. told me out right,

*"You are going to take the stand against this guy and say what I have prepared in that confession for y'all. And I am going to give you five years. You will not go to Angola, and you will be out in two and a half years."*

I told him, "Man, I don't have any idea of what you are talking about." He said,

*"I am the district attorney and my word is three against yours. And I can do whatever I want to you. Now help me get this guy or I will send you to Angola for the rest of your life."*

I refused and they immediately started beating me with sticks.

On January 3-6, 1977 I was tried and found guilty of second-degree murder and armed robbery. The victim was a wealthy ex-Mayor, member of the KKK in Zachary, Louisiana, which is a small rural community in the northern part of East Baton Rouge Parish.

In the early morning I was dragged from my house to the murder place. I was beaten up from that time till 10 in the evening in order to make me confess, which - of course - I did not.

### Zulu Defense

Dear Supporter



**Donate**

We need funds investigating th[e] your help we a[re] dedicated work donations come Thank you for y[ou]

By clicking on th[e] can donate via

You can also se[nd] Jpay.com, or vi[a] donations recei[ved] will go to Zulu's Thank you!

If the donate bu[tton] us an email via gmail.com!

### Search This Bl[og]

### I Am Zulu

### Free Kenny Zu[lu]

ZuluShadeneverFades: Support
from Zulu's friends on
Facebook: it says "currently
unavailable", but when you log
onto FB it is there alright!

### Links to articles

The Angola Three: Torture in
Our Own Backyard (Alternet,
April 2, 09)

Zulu in Inside Time (UK, 2012)

### Ghetto Priest wearing a Zulu-Tshirt!



Teeshirts by THTC

### About Zulu, from Albert Woodfox:

"Zulu is a true warrior, Panther,
a servant of the people. Like
Herman and I, he has fought a
good battle, for so long,
unrecognized, unsupported!

This must stop, just as all of the
freedom fighters fight everyday,
just to breathe, without any
support, this must stop now!!!
So many political prisoners,
prisoners of war, and prisoners
of conscience have sacrificed
their lives and freedom,
because they believed in the
people but somehow, the
people have stopped believing
in them!"

Albert Woodfox
July 9th 2008
on Itsabouttimebpp.com

### Zulu in December 2012



---

I was given life and ninety-nine years.

I believe my incarceration on these charges is a direct result of my being outspoken against the police harassment and brutality in the community.

The police had a procedure of randomly choosing a Black person and falsely charging them to clear their unsolved cases.

On March 14, 1977 I arrived here at Angola. I was not here a good two hours before Angola guards jumped on me because I dared to complain of the guard throwing my mother's picture in the trash can.

In a matter of minutes I was surrounded by guards in brown uniforms. I had an instant flash of Hitler's Brown Shirt Troops. They returned my personal property and within an hour I went before the classification board and I was assigned to CCR maximum security D-tier, which was known at that time as a militant tier. I was put in D#9.

Once in the cage a Big Brother stopped and spoke to me. He told me his name was King Wilkerson. He told me that the tier was organized in a way to benefit everyone and explained to me what was expected of me while on that tier. King said Mondays were tier discussion days; any questions I might have about the structure of the tier would be discussed.

Classes were held on Mondays, Wednesdays and Fridays: reading, writing, math, history and language. Albert Woodfox was teaching history. Albert Woodfox and I had become cool. Still, I had not learned of his connection with Hooks (Herman Wallace) until much later. But Woodfox and I fastly became best friends.

About two weeks after being on D-tier, we had a confrontation with the guards and King was singled out and sent to Camp-J for breaking a guards jaw after they tried to jump him.

Since being on D-tier, I had heard the name Hooks many times, but had not had the opportunity to meet him because by the administration rules I could not go out on the yard for two years. And those two years were a learning experience - Woodfox was teaching me the principles of the BPP and the struggle here in Angola. Our goal was to organize all of the tiers of CCR.

In March of 1980, my two-year yard restriction was up. My third day on the yard Woodfox and I were out there with the brother everyone called Hooks. When I first saw him, I said to myself, I know this brother. I said "Herman from Baton Rouge Jail!". He remembered me and asked, "How long have you been here?" And Woodfox asked, "Y'all know each other?" Herman told him how we met and Woodfox said, "This is the little brother I have been telling you about."

That very day on the yard our family began. Though Hooks made me a member of the Black Panther Party long time ago (1975), it was agreed upon by all of us that I would remain in the shadows to keep me from being exposed to the danger that they themselves faced. And I would be in a better position to walk from the shadows and by-pass some of the harassment that they were getting from the administration and the inmate hatchet men that the administration would place on the tier to try and destroy the collective lifestyle that had been established in CCR. And thus we could reach out in the general population area.

In the spring of 1981, King had returned from Camp-J, and they put him back on D-tier with Woodfox and I. King had heard that I had become a member of the Black Panther Party through Wallace, and he too agreed that I should remain in the shadows out of the direct line of the administration fire.

Woodfox, Wilkerson, Wallace and I would often be on the yard at the same time. Thereafter, I think security suspected that I had become a member of the Black Panther Party. They started with their harassment.

I had too many books and I needed to put this or that in my locker box. And when I would go before the classification board, they would tell me, "We heard you are a Black militant. We hate Black militants. Denied." And when I asked why I was being denied release from CCR, they would say "nature of original reason".

In September of 1981, I was sent to Camp-J for, as security said, a partially dismantled zip gun they found in my cell. 'Camp-J' was security for lil' torture camp. I stayed at Camp-J for three weeks before I was on transfer back to CCR.

While back on the tier I was on, I saw the guards brutally beat two guys on the tier. Then they dragged them off as though they were dead animals. I immediately started to organize the tier. I asked guys on the tier to set their differences aside and become one voice.

Two nights later three guards came down the tier harassing a few people about b.s. stuff, then they stopped in front of a guy's cell who clearly had mental problems. We all stood at the bars with homemade missiles to throw at them if they had attacked that guy. The guards left with a "we'll be back" look on their faces. The very next day I was transferred back to CCR, security's way of preventing me from spreading our revolutionary ideas at Camp-J.

The only reason I am being denied release from CCR is my connection with A-3 and my political concepts.

My only reason for stepping out of the shadows is the truth of the guard's death back in the 1970's, which has now been proven to be part of a conspiracy against Albert and Herman. I was recruited by Herman Hooks Wallace into the Black Panther Party in 1974; once I got to Angola I participated in the Angola chapter of the Black Panther Party. Other comrades who made up the Angola Chapter, I later learned of. It was the prison



In prison since
charges. Zulu i[s]

### Please Sign th[e]

To: Juan Ménd[ez]
Torture for the [...]

. Plz examine the [...]
Whitmore who [...]
Confinement fo[r]
years in Louisia[na]

Please Sign by [...]
http://www.tru[...]
the-case-of-ker[...]
been-held-in-so[...]
of-35-years-in-l[...]
la

### Twitter

Follow @Z[...]

### Spotlight on Z[...]

July 2014

March 2014

November 201[...]

### Sign Up to kee[p]

### Subscribe [...]
### Spotlight

Email Address

First Name

Last Name

Email Format
○ html
○ text

Subscrib[e]

### Follow by Em[ail]

Email address..

Case 3:14-cv-00004-JWD-RLB    Document 57-4    01/30/15    Page 6 of 38

authorities and the FBI trying to learn the names of Panthers and it was for that reason everyone became a shadow.

My being in the Shadow has nothing to do with my activism. I have been a part of the A-3 committee since its inception. Right now I have a motion before the court to correct my sentence. I have an illegal sentence for which I intend to prove that could very well set me free.

The Louisiana State Court just recently ordered my trial court to respond to my motion, and if the judge applies this motion to the letter of the law, he would have no choice other than to correct this sentence and set me free.

So here I am, out of the shadow,
IN THE STRUGGLE.

✉                    8+1  +2  Recommend this on Google

---

Home

Subscribe to: Posts (Atom)

---

**In the Land of the Free**

A film about the Angola 3

---

**Freezulu.org**



**Followers**

**Other blogs/si**

🅱 **Angola 3 N**
Urgent UK A
Jindal in Lon
From Speaki
supporters, p
and make 2 c
Jindal will be
speaking at t

**San Franci:**
Five years la
fight for inder
Five years ac
Haiti earthqu
community –
under the lea
President...

**VOICE OF I**
**independer**
**and unbou**
SUBURBAN
INVOLVED I
THE LOOSE
- Protest Jan
"No Justice,
Police;" end t
multi-jurisdic

🅱 **Louisiana I**
In rush to fine
officials turne
published in
By Della Has
January, as t
Sepulvado's

**Blog Archive**

▶ 2014 (11)
▶ 2013 (10)
▶ 2012 (11)
▶ 2011 (2)
▼ 2010 (13)
  ▶ Decembe
  ▶ Novembe
  ▶ October (
  ▶ August (2
  ▼ May (2)
    Louisiana
      Familie
    The Ango

FreeZulu.org: About Zulu

Prison I

➤ March (2

➤ January (

➤ 2009 (23)

**Labels**

2009 (1)
2012 (4)
2013 (10)
2014 (11)
35 years in solitary (1)
A3News (1)
address changes (2)
Albert Woodfox (10)
Alternet (1)
Amnesty International (1)
Angela A. Allen-Bell (1)
Angola 3 (14)
Angola State Prison (7)
Angola3News (1)
articles by Zulu (3)
August Initiative (1)
Barack Obama (2)
Billy X (2)
Black Consciousness Movement (1)
Black History Month (1)
Black Panther Party (1)
BPP (Black Panther Party) (3)
Burl Cain (7)
call to action (2)
Camp-J (1)
Case 3:14-cv-00004-JJB-RLB (1)
CCR solitary confinement (3)
civil case about solitary confinement level (1)
clemency (1)
ColntelPro (1)
commentaries (1)
David Mathis (1)
diary notes (2)
discrimination (1)
East Baton Rouge Prison (EBRP) (1)
Emily Posner (3)
Erin Howley (1)
food (1)
forced to confess (1)
freedom (1)
friends (1)
habeas petition (1)
Hans Bennett (1)
Henry Louis Gates (1)
Herbert Parnell (1)
Herman Wallace (11)
history (1)
hospital (1)
hunger strikes (1)
Idler (1)
initiatives for a better world (1)
injustice (3)
InsideTime (1)
interviews (6)
James Ridgeway (1)
Joel Durham (1)
John Whitmore (2)

Case 3:14-cv-00004-JWD-RLB   Document 57-4   01/30/15   Page 8 of 38

Juan Mendez (2)
Judith Katz (1)
KBOO (1)
Kenny Zulu Whitmore (10)
LA State Prison (4)
Leonard Peltier (1)
letters (1)
Life Without Parole (1)
Louisiana (4)
Louisiana State Penitentiary (3)
Media (1)
Medill Justice Project (2)
Michael Terrance (1)
Michelle Rutherford (3)
misuse of power (1)
moving (1)
Mumia Abu Jamal (1)
NAACP (1)
Ossie Brown (1)
petitions (2)
photos (1)
physical torture (1)
plantations (1)
political prisoners (3)
prison deaths (1)
Prison Radio (1)
prison rape (1)
prisoner abuse (3)
prisoner's grief (1)
psychological torture (2)
racial profiling (1)
revolutionaries (1)
Richard Wright (1)
Robert King (6)
Rodney (1)
Roy Hollingsworth (1)
sexual abuse (1)
SF Bay View (3)
Shannon Alexander (1)
Solidarity without Borders (1)
solitary confinement (13)
Spotlight on Zulu Newsletter (2)
state terrorism (1)
statements (1)
Stopmax.org (1)
support letters for Zulu (2)
teeshirts (1)
terrorism (1)
Terry Kupers (1)
Thank you (1)
The Advocate (1)
The Lumpen (1)
torture (6)
UK support (1)
United Nations (2)
victim gets punished (1)
Victoria & Albert Museum (1)
visiting (1)
Zulu Brthday Wishes (1)
Zulu's family (3)

**Stop Solitary Confinement!**

FreeZulu.org: About Zulu

Awesome Inc. template. Powered by Blogger.

8+1  0    More    Next Blog»

# FreeZulu.org

**Kenny Zulu Whitmore: political prisoner.**
Zulu has been in Louisiana State Prison, Angola, LA since March 14, 1978, in jail since 1975.
After threats and torture if he did not plead guilty, an unfair trial and the use of false information, Zulu was in 1977 sentence
the 1973 murder of the former mayor of a small town, in which he had no part whatsoever

**Official FREE ZULU Website**

| Home | About Zulu | Contact | 2012 Statement by Kenny Zulu Whitmore | Photos in a Slideshow | Flyer about Zulu in German | Zulu's Diary |

## Free Zulu!



Friends of Zulu support him on this site. Zulu has no access to the internet whatsoever.

Freezulu.org

Twitter.com/Zulushade

Facebook.com/zulushadeneverfades

## About Zulu

I am **Kenny Zulu Whitmore**. I have been enslaved in one of the most brutal and bloodiest prisons in the USA, Angola, LA, the "last slave plantation". Framed for a murder I never committed I have been in solitary confinement for over 30 years now.....

Read more here...

## Zulu Links

V&A Exhibition: Disobedient Objects: Zu-Tags

Angola 3 News blog

SF Bayview

It's About Time BPP

King's Freelines: Robert King (Angola 3)

Coalition for Truth and Justice

Zulu in I-online (in Portuguese)

Zulu ok THTC - UK

Louisiana Prisonwatch

Zulu on Diaspora

Zulu on Indiegogo

Zulu on Twitter

## Zulu's Diary

*Here are a few entries of Zulu's Diary of 2009. More will follow...*

**Nov. 14 2009**
I nearly froze in this MF last night. It had me wishing I could curl up next to some nice lady in a big bed. It was that damn cold I got up and put a sweat shirt on on top of the thermals I had on. It was better, but not home. To endurance!

**Nov 13 09**
I haven't heard from the UK crew for some time now and it's not like C and H, but I guess they'll be busy with the homeless program they are working with. I might be tripping, but I can't shake the feeling. The counsel told me that he asked the classification about Roy; he went to court last wednesday and it ain't good is what he said, man, man, man.

**12 Nov 09**
I am nearly finished getting these legal packages ready to send to BJ. Something good will come of this. BJ sent me some copies of the BlackPantherHistoryMonth. And some of Panthers by his house, big people; King, Ericka Higging, Marina, Gail, Bobby Seale, Gayle Dickson. So many brave freedom fighters against oppression, racism, police brutality . I did not choose the revolution, the revolution choose me.

**11 Nov. 09**
Veterans day, I'll honor my dad who was a veteran. None of his sons went, we had our own war; fighting Jim Crow's racism. The Klan was blowing up peoples houses, like Mr Smith house, because 'he winked at a white lady'. Yes, we were at war, which makes me a veteran too. Power to the fighters!

Roy DID end up in the dungeon, also for throwing hot water on someone who wrote a letter. At 5.55 p.m. we finally got our mail today, mail from 4 days back. There was pasted policy on mail, it said:"As long as we make an effort to get mail to you, we are not at fault." So 2 or 3 days a week is OK, hm. On the pantation the Master's word is law.

**8 Nov. 09**
The US court is taking on some pretty good cases. One involves' It's cruel and unusual punishment to sentence juveniles to life without parole". And another is "does DA have absolute immunity when they withhold evidence and the defendent goes to prison?" Time will tell what effects this will have on our court system. Peace.

This Louisiana weather is a killer. Two days it's as cold as Chicago in here, the next you know is that's it's hotter than hell and you wake up sweating. But it was pretty good to work out in here; when it's like this I sweat like a wild elephant. After being 15 minutes on the yard, they brought us back in, because a work line was working on the fence. what do they think we can do??

**Nov 2nd 09**
Salaam! I want to see if we get our mail today since we didn't get any on Friday. I worked out from 3.35 a.m. till 4.58 a.m. It was cold when I started, but once into the work out I sweated like a plow horse in July. Did my morning prayer and relaxed.

**Nov 1st 09**
This year has almost run out, 61 days left. The new year will bring better things my way. S. was here today and gave me some unbelievable news. Stuff always comes back at you sooner or later, but I do not wish that upon anyone. Punishment comes in different packages. R.I.P.

**31 Oct. 09**
Yesterday at 5.02 a.m. it was 77 degrees and it went down to 50. It should have gone down to 30, just to see-smile. I got clothes this time, so let it freeze. But I have to think about dudes in J and the dungeon, who only have a t-shirt and shorts. Those devils who punish people like that should be locked up them selves. Sometimes you must act like the devil to defeat him. War.

**30 Oct. 09**
A new day, a fresh start of something wonderful like walking off the pantation. 5.50 p.m. No mail today, not one FEMA piece of it. This has been going on for a while now. At least 2 days a week our mail goes M.I.A. So if I don't get 4 newspapers on Monday I'll be filing. I will finish the mail I got yesterday. For those who can, salaam.

## Zulu Defense[

Dear Supporter


Donate

We need funds investigating the your help we ar dedicated work donations come Thank you for y

By clicking on t can donate via

You can also se Jpay.com, or vi donations recei will go to Zulu's Thank you!

If the donate bu us an email via gmail.com!

## Search This Bl

## I Am Zulu

## Free Kenny Zu

1/16/2015                                    FreeZulu.org: Zulu's Diary

ZuluShadeneverFades: Support from Zulu's friends on Facebook: it says "currently unavailable", but when you log onto FB it is there alright!

### Links to articles

The Angola Three: Torture in Our Own Backyard (Alternet, April 2, 09)

Zulu in Inside Time (UK, 2012)

**Ghetto Priest wearing a Zulu-Tshirt!**



Teeshirts by THTC

### About Zulu, from Albert Woodfox:

"Zulu is a true warrior, Panther, a servant of the people. Like Herman and I, he has fought a good battle, for so long, unrecognized, unsupported!

This must stop, just as all of the freedom fighters fight everyday, just to breathe, without any support, this must stop now!!! So many political prisoners, prisoners of war, and prisoners of conscience have sacrificed their lives and freedom, because they believed in the people but somehow, the people have stopped believing in them!"

Albert Woodfox
July 9th 2008
on Itsabouttimebpp.com

**Zulu in December 2012**



---

Assalam Aleikum, Investigative service and Lt. came to let my neighbout D know that somebody complained to the warden that he had been scamped. D was taken to Camp J dungeon. Allah only knows how long he'll be there, maybe 2, 3 years because the administration HATES him. Stay strong D, stay stong!!

5.15 a.m. A new day, with or without yard, we'll see. 8.26 p.m. We went out on the yard today and had a REAL GOOD run for the 1st time in 5 1/2 weeks. Strick, Perry and I ran 25 minutes and I still feel it. I got a belated B-day card from my grand daughter today, bless her heart. She love Big Papa. To late b-day cards and grand daughters!!!

I start another days march towards the gates of freedom. I kind of push it this morning with my work out. I started at 3.25 a.m. and stopped at 5.02. 800 push ups! Well, I got that old Wooley to watch the Saints game. First half was bad, I am sure they could have done with my push ups. Win or lose. I will win. Power to the push ups!

I promised my self to only drink that one cup of coffee in the morning. 5-7 cups a day is just too much sugar and since I just turned 35 I got to watch my sigar intke. Plus: I got to stay ready for anything. I hope we will get our mail today, because we haven't had any ssince the 22nd and everyone was pissed off.
6 pm. Only papers today :(.

Punk sergant had us go on the yard only twice in 6 weeks. I spoke with F. this morning. He told me how his family has tunrned their backs on him. They don't accept his calls; he was crying. I just stood and listened without words. What could I have said to him? It hurted my heart, because their are so many people in ere like F. My family isn't 75% there for me, but I am blessed. This is a real nightmare.

**24 October 09**

I 'll see what today brings. It's only 4.48 a.m. right now. I better say my morning prayers now.

Bis Millah.

1.55 p.m. I talked with D today, man, it was really good to hear her voice. I wish she could have talked to my son, but there will be times. I'd like them to have regular contact. My day is brighter because of her.

I woke up with Hooks on my mind, thinking about how he must be feeling after the LA court refused to review is case. We never let a denial stop us, but it hurts. He was right at the door of freedom. He will win this fight. No mail today, no papers, nothing. This shift has been doing this shit regularly. ...They will say "no one to pick it up'. Well, F them! I still have mail from Thursday. What a BS.

**Journal, October 22 2009**

Assalam Aleikum. I got mail from my sister. I did not read it till this morning, it has been a long time since I heard from her. My family, as strong as we were as a family and as close as we were has fallen to the level that we have today. Shit hurts. I am in here. My voice isn't heard. I love ...my family but I don't feel part of it. I'll write her back.

**10 October 2009** I will see how the day goes around the clock, yeah. 1.46 pm; I tried to call A collect, but all circuit was full. Then I tried again, and damn, circuit still full. Who in H... is making all these calls?? I'll try again tomorrow. I asked R to e-mail J and C back and to to send J a pic of me and my grand baby, she will like that. Time waits on no one. In Umoja.

**9 October 2009**

It was 80 damn degrees at 3.30 a.m. What the H.. Well, this is Louisiana, one can expect anything. I heard from Billy X. Things are jumping off at the right time. I got to get this upplemental motion ready for a lwayer to handle. Some lawyer will take on my case, plus Bj is pushing things for me. And then there is the Zulu team. All will be well.

**8 Oct. 2009**

Man, it felt like August in this sweat box last night and this morning. Maybe mother Earth is on drugs or something to have the weather so out of season hehehe. Put the crack pipe down old girl, HA! October still hot...

**7 October 2009**

"Chaiman" H went to disciplinairy court yesterday. I got to find out what happened. These people sent poor Lee to Camp J. Man, man, I sure hate that. He's going to catch 1000 % hell being a transgender. I know what they do to people like him at J. Only the strong survive.

**October 6 2009**

No word from A.S.E. about the pictures of me and my grandbaby yet. I hope she got them. She told me the ones she wanted, so I have to make it happen. That's my baby girl! No single newspaper today, so what the FEMA is up with that?? hUMM. Peace somewhat.

**October 4, 2009**

Tried to call R today to find out did he get a date for my call overseas, ut nothing. And if he had written I wouldn't have had his letter by niw. Well, I guess it's time for plan B. What a world!

**October 3rd 2009**

I hate this place and everything it stands for. Once in the next 100 lifetimes is more than enough. Man, with the fan on it felt like November last night. I got that thing off, wow. I wonder will the rain stop anyone from coming to the opening day of the rodeo. I hope only 2 people show up. I got word that N. is in the dungeon in Hunt, I hope it isn't true. I told M & M, who are going to see

him.

**October 2nd 2009**

I will call S. in the morning to see how she is doing and get het to call my son. Most people don't realize that in

---



In prison since
charges. Zulu is

### Please Sign th

To: Juan Ménd
Torture for the

Plz examine the
Whitmore who I
Confinement fo
years in Louisia

Please Sign by
http://www.chan
the-case-of-ken
been-held-in-so
of-35-years-in-l
la

### Twitter

Follow @Z

### Spotlight on Z

July 2014

March 2014

November 201:

### Sign Up to kee

### Subscribe
### Spotlight

Email Address

First Name

Last Name

**Email Format**
○ html
○ text

Subscribe

### Follow by Ema

Email address..

---

prison you lose everything, except the right to think and defend one self. I see youngsters rushing into prison because of stupid, stupid shit, like this is some big resting area. Then fools leave here and come straight back. It's beyond my comprehension.

October 1st 2009
Today the kick off of the first Balck Panther History month. For now a month, but soon every day! I read george jackson's books. I wonder what he'd think of being field marchal of the party. He's probably say: "Long live the revolutionary spirit of the BBP". Black Panther 4 life. In umoja.

30 September 2009
The last day of September. My birthday is in 14 days. When I was captured I was only 19 years old, damn. I did 800 push decline push ups with my feet on my lockerbox and 800 karate kicks and I feel pretty damn good. Peace or war.
*From the Facebook-Zulu-page editor: October 14th Zulu will turn 56, another birthday in solitary confinement for a murder he never committed.*

29 Sept. 2009
Well, the State lawyer and team were here today for the deposition. The State lawyer seemed a little pissed because of my short asnwers. Get used to it. Here comes judgement.
*Note: after Katrina - when FEMA was lacking big time, Zulu uses the word 'FEMA' to swear or to point out a bad situation:).*

28 Sept. 2009
Still no yard call. We haven't been out for weeks now and I want to run on y ankle to see if it's healed. My plan was to run every day of Ramadan and only eat 1 meal after sunset. I am just told that I am on attorney call. ACLU. 6.50 pm. The ACLU attorney came, a beautiful sister from Harlem, NY. They will... be back on Tuesday with the State lawyer to do a depositition. I will be ready for any FEMA.

27 Sept. 2009
I still miss you ma-dear (my mom). You know, just the way everything happened. You fought for me, called politicians, but after you died at 44 years young, the warden would never let them see me. I stayed in the dungeon so much for fighting my fate - but through it all I felt your presence. I survived thus far, but I still have some road ahead. Only the strong and wise survive.

26 Sept. 09
Next wednesday will be a month we haven't been on the yard. A week later I still feel the effects of my grandbaby's visit. I hope my son will notice how much I enjoy spending tme with her and bring her more. I just have to get the hell out of here by any means or die while trying. What a nobel death that would be: dieing while taking my freedom back. Hm, Zulu snaps again - hahaha.

25 Sept. 2009
Today is M's birthday, she should have received her card for sure. She's 31, wow, an old lady:).
6.13 p.m. I have noticed for the past 3 weeks we don't get mail on Fridays and Tuesdays anymore, only newspapers if there are any. Well, I still have some to reply too, so I shouldn't complain.
Thanks to all my pen pals!!

Sept 23 2009
I have been in a little battle with the mail room. They tried to get me pay 64 cents to mail out a regular size card. I sent it to the mailroom supervisor to take care of OR give an explanation. He said he sent the card off, but I'll still check if it arrived. This is a BIG problem: mailroom over-charging guys. I considered to file a complaint on the mail room. Don't play with me.

22 Sept. 09
I thought I was going to see A3's civil lawyers today. At least it was said they would be here. So the ACLU lawyer didn't show up. This case might go to trial by next year, but I doubt it. The State is playing a waiting game - wait until H & A go home. Well, if the State thinks that will solve its problem: think again. Giving up is hard when you love to fight!! In jihad.

21 Sept. 09
Still waiting for the mail bag. The dude on the hall says the free boy at the desk now has it. Wow.
I received all my newspapers and 2 letters which I think isn't right. Other dudes are complaining as well about the lack of mail. We won't complain to the mailroom, because they'll cut the number of days on which we get letters. Inmates in other states get mail 3 times a week.

20 Sept. 2009
We have been lied to about our mail. We haven't gotten any since the 17th. We were told they were going to pick mail up from b-line PO. Luing dogs! And I know I got some letters in that damn bag, wherever it is at. Give me peace of mind!

19 Sept. 09
Man, I am feeling on top of the world for the 2nd day in a row. When I walked into the visiting room my grandbaby ran and jumped in my arms. Man, man, she has gotten taller too, she's beautiful. Says she is going to be a teacher. She was tested and she should be in a gifted program for advanced students. Also spoke with Tory. She said the A3 play was very good and Zulu stole the show, yes!

      **g+1**  Recommend this on Google

## Freezulu.org

---

## Followers

---

## Other blogs/si

🅑 **Angola 3 N**
Urgent UK A
Jindal in Lon
From Speaki
supporters, p
and make 2 c
Jindal will be
speaking at t

**San Franci:**
Five years la
fight for inde
Five years ag
Haiti earthqu
community –
under the lea
President...

**VOICE OF [**
**independer**
**and unbou**
SUBURBAN
INVOLVED I
THE LOOSE
- Protest Jan
"No Justice,
Police;" end
multi-jurisdic

🅑 **Louisiana I**
In rush to fin
officials turne
published in
By Della Has
January, as t
Sepulvado's

---

## Blog Archive

► 2014 (11)
► 2013 (10)
► 2012 (11)
► 2011 (2)
► 2010 (13)
► 2009 (23)

1/16/2015                                   FreeZulu.org: Zulu's Diary

---

| Home |
|------|

Subscribe to: Posts (Atom)

**In the Land of the Free**



A film about the Angola 3

---

**Labels**

2009 (1)
2012 (4)
2013 (10)
2014 (11)
35 years in solitary (1)
A3News (1)
address changes (2)
Albert Woodfox (10)
Alternet (1)
Amnesty International (1)
Angela A. Allen-Bell (1)
Angola 3 (14)
Angola State Prison (7)
Angola3News (1)
articles by Zulu (3)
August Initiative (1)
Barack Obama (2)
Billy X (2)
Black Consciousness Movement (1)
Black History Month (1)
Black Panther Party (1)
BPP (Black Panther Party) (3)
Burl Cain (7)
call to action (2)
Camp-J (1)
Case 3:14-cv-00004-JJB-RLB (1)
CCR solitary confinement (3)
civil case about solitary confinement level (1)
clemency (1)
ColntelPro (1)
commentaries (1)
David Mathis (1)
diary notes (2)
discrimination (1)
East Baton Rouge Prison (EBRP) (1)
Emily Posner (3)
Erin Howley (1)
food (1)
forced to confess (1)
freedom (1)
friends (1)
habeas petition (1)
Hans Bennett (1)
Henry Louis Gates (1)
Herbert Parnell (1)
Herman Wallace (11)
history (1)
hospital (1)
hunger strikes (1)
Idler (1)
initiatives for a better world (1)
injustice (3)
InsideTime (1)

interviews (6)
James Ridgeway (1)
Joel Durham (1)
John Whitmore (2)
Juan Mendez (2)
Judith Katz (1)
KBOO (1)
Kenny Zulu Whitmore (10)
LA State Prison (4)
Leonard Peltier (1)
letters (1)
Life Without Parole (1)
Louisiana (4)
Louisiana State Penitentiary (3)
Media (1)
Medill Justice Project (2)
Michael Terrance (1)
Michelle Rutherford (3)
misuse of power (1)
moving (1)
Mumia Abu Jamal (1)
NAACP (1)
Ossie Brown (1)
petitions (2)
photos (1)
physical torture (1)
plantations (1)
political prisoners (3)
prison deaths (1)
Prison Radio (1)
prison rape (1)
prisoner abuse (3)
prisoner's grief (1)
psychological torture (2)
racial profiling (1)
revolutionaries (1)
Richard Wright (1)
Robert King (6)
Rodney (1)
Roy Hollingsworth (1)
sexual abuse (1)
SF Bay View (3)
Shannon Alexander (1)
Solidarity without Borders (1)
solitary confinement (13)
Spotlight on Zulu Newsletter (2)
state terrorism (1)
statements (1)
Stopmax.org (1)
support letters for Zulu (2)
teeshirts (1)
terrorism (1)
Terry Kupers (1)
Thank you (1)
The Advocate (1)
The Lumpen (1)
torture (6)
UK support (1)
United Nations (2)
victim gets punished (1)
Victoria & Albert Museum (1)
visiting (1)
Zulu Brithday Wishes (1)
Zulu's family (3)

**Stop Solitary Confinement!**

Awesome Inc. template. Powered by Blogger.

1/20/2015    FreeZulu.org: 2012 Statement by Kenny Zulu Whitmore

8+1  0    More    Next Blog»

# FreeZulu.org

**Kenny Zulu Whitmore: political prisoner.**
**Zulu has been in Louisiana State Prison, Angola, LA since March 14, 1978, in jail since 1975.**
**After threats and torture if he did not plead guilty, an unfair trial and the use of false information, Zulu was in 1977 sentence**
**the 1973 murder of the former mayor of a small town, in which he had no part whatsoever**

### Official FREE ZULU Website

| Home | About Zulu | Contact | 2012 Statement by Kenny Zulu Whitmore | Photos in a Slideshow | Flyer about Zulu in German | Zulu's Diary |

---

**Free Zulu!**



Friends of Zulu support him on this site. Zulu has no access to the internet whatsoever.

Freezulu.org

Twitter.com/Zulushade

Facebook.com/zulushadeneverfades

**About Zulu**

I am Kenny Zulu Whitmore. I have been enslaved in one of the most brutal and bloodiest prisons in the USA, Angola, LA, the "last slave plantation". Framed for a murder I never committed I have been in solitary confinement for over 30 years now.....

Read more here...

**Zulu Links**

V&A Exhibition: Disobedient Objects: Zu-Tags

Angola 3 News blog

SF Bayview

It's About Time BPP

King's Freelines: Robert King (Angola 3)

Coalition for Truth and Justice

Zulu in I-online (in Portuguese)

Zulu ok THTC - UK

Louisiana Prisonwatch

Zulu on Diaspora

Zulu on Indiegogo

Zulu on Twitter

---

## 2012 Statement by Kenny Zulu Whitmore

From: Kenny Zulu Whitmore
Also published in: SF Bay View
Sent to the United Nations Special Rapporteur on Torture, Juan Mendez, with an affidavit signed by Kenny Zulu Whitmore.
August 2012
Greetings my People:

I realize that I have been absent for a while now. But there were things that needed my full attention. No excuses. Then, there is the mental gymnastics from the neo-overseers that comes with being a political captive being held behind enemy line. But nevertheless here I am.

This day, August 15th 1973, the ex-mayor of Zachary, LA, was found murdered on his Rollins Rd farm in Zachary, LA, a small rural community that sits in the northern section of East Baton Rouge, "E.B.R." This was a huge episode in our then small community. He was rich, white, and was still running Zachary.

Immediately, the next day the li'l town was in a buzz, because a rumor had spread like a California brush fire that was fueled on by Santa Ana winds, that the terrorist of the day had murdered the mayor.

I was 18 years old then, and still feeling the sting of racism in its worst form, for several reasons.

The first being that I was a witness against a Zachary police, "Ted Donnaway", who had murdered my first cousin George Payne, Jr. on Nov. 19th, 1969. Hearings began in 1971-'72. The terrorists were calling my parents, telling my mother I was dead, or they would kill me, bomb our home, etc. etc. Needless to say the cops were never put on trial for the murder of my cousin.

The second reason being that school integration had finally hit all of E.B.R.P. including Zachary. Our 1971-'72 school year, we Africans had to integrate Zachary High to leave our beloved North West High N.W.H.S. behind. And what a trip: racial fights every day. Shit spilled over into an already racist community. I became one of the Student Leaders. We protested against the dress code only for us, no power fist rule, etc. It was up to us to change and do something about the way we African students were being mistreated, and we did just that.

On Feb. 19th, 1975 I was arrested on trumped up charges of 2 counts of armed robbery and rape of a female employee of a Zachary shoe store. Five days later, while being held over in the E.B.R. Parish prison for arraignment and evidentiary hearing on Feb. 24th 1975 between the hours of 12:30 AM and one o'clock AM and mind you, this was my first time ever being in anything that serious.

First time in jail, one must fight or become something less than man. So while being in the dungeon on Feb. 24, 1975, I was awoken by the steel door being opened. It was already 8 of us packed into this hole built for 3 at the most. And naked. Yes, they used to make you strip before going in there to promote homosexuality, and to further humiliate you.

The door opens, air rushes in – momentary relief. The captain and a fat guy in a suit. In low voices guys are saying that's Ossie Brown, the District Attorney. I had heard of him, but didn't know him from the first Adam.

"Whitmore. Whitmore."
"Yeah."
"Come out. Put on your clothing."
"For what?"
"Whitmore, come forward now."

I step out. Got my clothing. Black&white striped uniform and short.
I was led into the interrogation room. Just this guy and myself.

"My name is Ossie Brown. I am the District Attorney of E.B.R.P. You might have seen me on TV before."
"No."
"Well there are a few things that I want to discuss with you."

Mind you, I had a lawyer at this time. I was represented by the Public Defenders' Office.

---

**Zulu Defense !**

Dear Supporter



Donate

We need funds investigating the your help we ar dedicated work donations come Thank you for y

By clicking on th can donate via

You can also se Jpay.com, or vi donations recei will go to Zulu's Thank you!

If the donate bu us an email via gmail.com!

**Search This Bl**

**I Am Zulu**



**Free Kenny Zu**

---

1/20/2015                                          FreeZulu.org: 2012 Statement by Kenny Zulu Whitmore

ZuluShadeneverFades: Support
from Zulu's friends on
Facebook: it says "currently
unavailable", but when you log
onto FB it is there alright!

---

**Links to articles**

The Angola Three: Torture in
Our Own Backyard (Alternet,
April 2, 09)

Zulu in Inside Time (UK, 2012)

---

**Ghetto Priest wearing a Zulu-
Tshirt!**



Teeshirts by THTC

---

**About Zulu, from Albert
Woodfox:**

"Zulu is a true warrior, Panther,
a servant of the people. Like
Herman and I, he has fought a
good battle, for so long,
unrecognized, unsupported!

This must stop, just as all of the
freedom fighters fight everyday,
just to breathe, without any
support, this must stop now!!!
So many political prisoners,
prisoners of war, and prisoners
of conscience have sacrificed
their lives and freedom,
because they believed in the
people but somehow, the
people have stopped believing
in them!"

Albert Woodfox
July 9th 2008
on Itsaboutiimebpp.com

---

**Zulu in December 2012**



---

D.A.: "I know you are charged with the robbery and rape that happened at Bill's Shoe Store out in Zachary. And the victims say you are not the perpetrator. These charges will be dropped."

I am starting to feel better, I am going home.

D.A.: "You knew who Marshall Bond was?"
"Who?"
"Marshall Bond, who was murdered at his farm out there in Zachary?"

That question really threw me for a loop, because what does that have to do with this? Had I known then that this nightmare was being born, I would have ran through concrete steel wall head first.

The D.A. had a confession already drawn up. He wanted me to turn state evidence on a guy he wanted to put this murder on. I didn't know what state evidence was — he says:

"I want you to take the stand against this guy and say what's in this confession."

I went crazy for real then. "I need my lawyer, guard. I want my lawyer, guard. Man, I don't know what you are talking about."

"Whitmore. I am the district attorney. I am the only one who can help you. My word is 3x that of yours. If I say you said something or did something, who are they going to believe: me, or you?"

I said the truth, he said his truth.

"I will send you to Angola for the rest of your life. Do you know what they do in Angola, Whitmore? Sign this, and I will help you..."

"I don't know what you are talking about."

The D.A. started to tell me things about me and my family that had me spooked. Where my Mom & Dad, brother & sister worked. The things I was involved in during integration. A fight that a friend and I had with a group of white boys in 1972. It wasn't until much later that I realized that my family and I had been under observation. Yes, plain old CoIntelPro.

After his lengthy persuading of "I am the only one who can help you, I will send you to Angola for the rest of your life if you do not do what I say", the D.A. Ossie Brown said: "I am going to step out for a while. I am going to send someone in to speak with you."

This whole ordeal started between the hours of 12:30 AM and 1 AM.

Three guys walk in plain clothing: "We are with Mr Brown's office. And we understand that you are ready to cooperate with us. First we need you to sign this." — Speaking of the confession.

"I am ready to go back to the hole. I need my lawyer."

After the hollering, punch here, there. Chokeholds. Grabbing. I was finally taken out of the interrogation room and put into a holding tank — a big cell. This was at 4:00 in the morning, because right after that guys from all over the jail started to fill the tank. I asked someone: "Where is everybody going?" He said: "To court." Court huh. A few minutes later breakfast came. The steel trays. Milk & coffee, pancakes, syrup & some pork. I drank the coffee, and gave the rest away. Later when the trays were picked up, the guys were talking to their homies on different topics.

About 8 o'clock guards with lots of handcuffs appeared. "Alright. Listen up. As I call your name, step out. Two to a cuff."

This is the reason why I have been saying that I was kidnapped out of East Baton Rouge Parish Prison, E.B.R.P.P.

Two plain cloth detectives appear at the gate. "Whitmore, come forward. Hands behind your back."
"Where am I going?" "Court. Turn around, hand behind your back."

I was cuffed, taken down the hall, stepped out where everyone is being stacked into the patty wagon. That looked like an armored car. This way, we go around the patty wagon to a car with no marking on it. I begin to feel strange. They leave the prison. The car goes down Harden Blvd. At the light, taking a right, not a left, that would take you to downtown Baton Rouge.

"Where are you taking me?" About 15 times. Then one of them says: "You should have done the right thing." I was taken to the police station in Zachary, and put in a room. Minutes later, to another building across the street from the bank, and the Bond's family home. Then, a detective came in.

"Whitmore, Mr Brown wants you to know are you ready to cooperate?"
"I want to talk with my lawyer. Let me call home. I need my lawyer."
"You had your chance."

A few minutes later, I was put back into the car, and was taken to the wooded area on Bond's property. Cops about 8 to 10, the D.A. Ossie Brown, 2 guys off in the distance with dark glasses, jackets & jeans on. The 2 detectives speak with Ossie Brown. He comes to the car.

"Whitmore, are you ready to cooperate?"



In prison since
charges. Zulu is

---

**Please Sign th**

To: Juan Ménd
Torture for the

Plz examine the
Whitmore who
Confinement fo
years in Louisia

Please Sign by
http://www.char
the-case-of-ker
been-held-in-so
of-35-years-in-l
la

---

**Twitter**

Follow @Z

---

**Spotlight on Z**

July 2014

March 2014

November 201

---

**Sign Up to kee**

**Subscrib**
**Spotlight**

Email Address

First Name

Last Name

Email Format
○ html
○ text

Subscrib

---

**Follow by Ema**

Email address..

"Get your lawyer. I want to see my lawyer."

I will be lying if I said I wasn't afraid. Fact is, I was scared to death. Who knew where I was?
D.A. Ossie Brown says, "Get him out of the car."

I was roughly pulled from the car. The D.A.:

"Are you going to cooperate?"
"I need my lawyer."

Ossie Brown turns away. Still being cuffed, one of the detectives grabbed me by the neck from behind in a
choke hold. The other one started beating me on my body.

The D.A. Ossie Brown: "Whitmore, are you ready to cooperate?"
"Why are you doing this? I need my lawyer. Take the cuffs off."

The Bond's car comes into sight. "Do you see that car?" the D.A. says, "you know who that is don't you.  I can
help you. " The D.A. says: "Stop the car."

The cop behind hits me directly in my spinal cord. I fall with his knee back and he applies a chokehold on me.

"Let him up", D.A. Ossie Brown says. "You died trying to escape. Send the car on."
"OK, ok. I will help. I need you to sign this."
"I don't know what it says."
A hit to the stomach.
"I will tell you what it says."
"Man, I don't know nothing about this."
D.A.: "Are you going to cooperate?"

I was cuffed, put back into the car, and taken to a backroom in Zachary City Hall. Three guys come in. I was
beaten some more.  Asked a million questions. That evening I was taken to a building in downtown Baton
Rouge. This has been going on forever. I have not slept since leaving the dungeon at East Baton Rouge Parish
Prison ("E.B.R.P.P.").

While in this room, still handcuffed, a cop put the phone to my ear. It was Ossie Brown's voice, saying:

"Whitmore. I am the only one who can help you. Sign that document."

They kept questioning me. Hollering at me. Slapping me on the sides of my head and in my face.
This is how the so-called confession came about. The tape was spliced to get it to say what they wanted. This
is why the audio was so poor. And they, my lawyer, the assistant D.A. & judge had to go into the judge's
chambers to make out what was being said. The "judge" told the jury "It's his voice," but nothing was said that
could help him.

About 7:15 PM I was taken to another building, called the 'Taylor Building,' where they wanted me to take a lie-
detector test. This was torture in every sense of the word. Deprived of sleep, food; hollering, shaking, beating,
isolation, all of those tactics are considered torture.

Another phone call. D.A. Ossie Brown.
"Whitmore. Cooperate. I am the only one who can help you."
 "I need my lawyer."

I was being represented by Alton Moran, of the Public Defenders' Office.

I agreed to take the lie-detector test.  I was asked what color blocks were.  My Name. My Mom's name. I
jumped up, pulled the wires off of my hand, and went to grab the machine.  Three of them bomb-rushed me
through the door and penned me to the floor. Cuffed me.  "Man fuck y'all."

It was 8:00 PM when 3 cops took me over to the downtown jail on the top floor. The three signed a log book
and time-in. They talk in low voices.

One of the cops at the desk says "Come with me." I was put in isolation right behind the desk.  I was put in the
hole, handcuffs removed. I was brought 2 sandwiches. I ate them and tried to go to sleep.  But all night I was
being woken up. "Whitmore, Whitmore, wake up." "What?" He laughed and walked off. This went on all night.

Early the next morning I was taken to another building. The torture started up again. Until I broke down and said
most of what they told me. And I signed that confession. They got what they wanted.

I was taken back to the downtown jail, put back into isolation, where I must have slept 2 ½ days.

The third or fourth day, the lawyer shows up. I tell him everything. He got me moved to a regular cell. And asks
me how the hell did this happen? He left, headed for the D.A.'s office, he said.

I stayed in that roach-infested old downtown jail for 5 months before being transferred back to the E.B.R.P.P.

In August, 1975, at my evidentiary hearing on the two counts of armed robbery and the rape charge, they were
all dismissed by judge Elmo Lear, because both victims said I was not the man who committed the robbery and
rape in that store, nor was I there when it happened.

Although the charges had been dismissed, I still could not go home with my mother, father, sister Jeanette,

Freezulu.org



Followers

Other blogs/si

San Francis
Hajj Malcolm
Martin came
different angl
the grandson
known commr
interviewed c
2012, is aske

VOICE OF [
independer
and unbou
MLK DAY DI
AIYANA JON
UPRISING, :
MLK Day 20

Angola 3 N
Urgent UK A
Jindal in Lon
From Speakii
supporters, p
and make 2 c
Jindal will be
speaking at t

Louisiana I
In rush to fine
officials tume
published in 7
By Della Has
January, as t
Sepulvado's

Blog Archive

▶ 2014 (11)
▼ 2013 (10)
  ▶ Decembe
  ▶ Novembe
  ▼ October (
    The "Muh
    Crimina
  ▶ Septemb
  ▶ August (1
  ▶ April (1)
▶ 2012 (11)
▶ 2011 (2)
▶ 2010 (13)
▶ 2009 (23)

because of the Aug. 15th 1973 murder of the mayor.

Nearly one year later, on July 14, 1976, the evil empire strikes. D.A. Ossie Brown made good on his word. That he could send me to Angola even if I were innocent. He filed a joint bill of information, accusing me and Perry Lee Payne of two counts of armed robbery of the very store both victims 11 months earlier said I did not commit. However, both victims picked my co-defendant out as the perpetrator.

On Sept. 27th our trial began of what was supposed to be 2 counts of robbery, but the whole trial and evidence was of rape. In three days of rape trial my name never came up. My state lawyer objected and asked for a verdict (post-verdict judgment) of acquittal, because the trial was of Payne's rape of the female victim. Denied.

Both victims again took the stand and cleared me of any crime. On Sept. 29th the jury deliberated, returned to the courtroom 20 minutes later to ask judge John S. Covington how could I be charged or found guilty of anything, when I have not committed a crime? The judge went on this long outdrawn shit, confusing the jury.

I jumped up: "Your honor, you are confusing them."
"Sit down, order in my court, Mr Whitmore. Sit down."
My lawyer: "Kenny, Kenny, let me handle it."

He made the objection. Overruled.

The jury went back to deliberate. But returned to the court about 15 minutes later. The judge asked "What is it this time?" The foreman: "We do not understand, how can Whitmore be charged with anything?" The judge starts to read from a book . I raise my hand and tell my lawyer to object. He does. I ask the judge could he just tell the jury in plain language? No.

The D.A. follows the jury to the jury-room door, hollering "You better not find him *not* guilty, you hear me?"

The jury returns three minutes later for the third time and does as the judge instructed. You must find them both guilty. "We have a verdict, your honor."

As to Perry Lee Payne: guilty on both counts. As to Kenny Whitmore: guilty on both counts.

Shortly thereafter, the court ordered a pre-sentence investigation report. On March 14, 1977, probation and parole agent James P. Patin submitted his report to the sentencing judge.

A pre-sentence investigation report is a background report into your life. From pre-school to the present. And the judge will base your sentencing range from that report and the seriousness of the crime.

This is my first conviction. I have *never* been in a 'boys home', 'juvenile hall' or any of those places.
On April 15th, 1977, judge John S. Covington sentenced me on count 1 to 75 years without benefit of probation, parole or suspension of sentence. Count 2 he sentenced me to 50 years of hard labor, with the sentence to run consecutively. I was led off upstairs, when my dad and Sister asked the judge for 10 minutes to talk with me. A 125 years for absolutely nothing.

It took me until 1985 when the 5th Circuit of Appeals granted me a hearing, and this is when I found out that the sentencing judge used the pre-sentence investigation report to sentence me by. The report was padded with false charges: it had me being charged with 8 counts of armed robbery, 2 murders. It also gave me a juvenile record from age 12-16, saying I spent time in Juvenile Hall for theft, felony theft, a count of aggravated burglary for which I was placed in Juvenile Hall. My records were padded with all of that erroneous information. To make sure that my appeals would be denied. They have.

I will not get a favorable decision. I did not, when I went before the State's Pardon Board in 2000. My alleged criminal history was the only thing they wanted to talk about — and they did not want to hear that it was fabricated.

The Clerk of Court continues to tell me that the pre-sentence report and the witness — victim's testimonies are under seal, and that I cannot get them. These are issues that I continue to fight in court to this day.
On the 1973 robbery and murder of the mayor of Zachary, LA, I went on trial on January 3-6, 1977, for second-degree murder and armed robbery. The only evidence against me was a splice partially audible so-called confession, and a rusty bucket. I have yet to find out what the bucket had to do with anything. Ole. It's the bucket that the judge told the jury about, that on the *inaudible* part of the confession I said I took this bucket from the mayor's farm after he was killed. And took it to a park. A recreational center. And that bucket was found in the exact same spot as I was alleged to have said. That was it. No other evidence.
The jury deliberated for about an hour before returning a verdict of 'guilty as charged.' Two of them voted to acquit me of all charges.

On march 14th, 1977 I was sentenced to Life on count 1 without the benefit of Probation or Parole or Suspension of Sentence for 20 years, meaning after 20 years I become eligible for Parole; or the judge can suspend my sentence right now and resentence me to twenty years.

On count 2, armed robbery, I was sentenced to 99 years of hard labor. This sentence for the robbery is an illegal sentence, because it was used as the underlying felony to convict me of the murder.

I know from research that I can win a reversal of both of my sentences, but I  will need counsel to do so. I have tried filing pro se, but anyone with any legal knowledge of the Louisiana judicial system knows that a pro se application is stamped 'denied,' no matter how grantable the application is. It's like incarcerated individuals are punished for becoming knowledgeable of a system that binds us. I dare you with an 11th grade education. Sit there in prison and point out constitutional violations that our system has denied. I am in grave need of an assistant of counsel.

1/20/2015

Kenny Zulu Whitmore (@Zulushade) | Twitter



| Search Twitter | | Have an account? Log in ▾ |

INMATE   I.D.  CARI

WHITMORE, KENNY WA

INMATE'S   NAME

86468



FreeZulu.org

**Kenny Zulu Whitmore**
@Zulushade

Zulu has spent 37 years in Angola,
Louisiana State Prison. After an unfair
trial and the use of false information,
Zulu was sentenced to life and 99 years

📍 Angola, Louisiana
🔗 freezulu.org
🕐 Joined June 2012

📷 9 Photos and videos

| TWEETS | FOLLOWING | FOLLOWERS | FAVORITES |
|--------|-----------|-----------|-----------|
| 377 | 823 | 489 | 58 |

+ Follow

Tweets   Tweets & replies   Photos & videos

**Kenny Zulu Whitmore** retweeted

**Nadia Kamil** @NadiaKamil · Nov 6
I've been writing to Kenny Zulu Whitmore (@freeZulu @Zulushade) It's
really heartening to hear his situation is improving.

↩ 4   ★ 4   ○○○            View conversation

**Kenny Zulu Whitmore** @Zulushade · Nov 20
Today the legal team is visiting with Albert to celebrate and strategize next
steps campaign.r20.constantcontact.com/render?ca=7ebe...

↩ 4   ★ 2   ○○○

**Kenny Zulu Whitmore** @Zulushade · Nov 20
Albert's Overturned Conviction Upheld in Unanimous Decision!
indybay.org/uploads/2014/1... campaign.r20.constantcontact.com/render?
ca=7ebe...

↩ 4   ★ 2   ○○○

**Kenny Zulu Whitmore** @Zulushade · Sep 7
Leaving Pelican Bay SHU, I'm a pup in a brand new world
sfbayview.com/2014/09/leavin...

↩ 4   ★ 2   ○○○

**Kenny Zulu Whitmore** @Zulushade · Sep 7
Culture shock! Leaving Skeleton Bay after decades in solitary
sfbayview.com/2014/09/cultur...

↩ 4   ★ 2   ○○○

**Kenny Zulu Whitmore** @Zulushade · Sep 7
**FreeZulu.org**: Terrorism, COINTELPRO, and
the Black Panther Party...

1/20/2015

Kenny Zulu Whitmore (@Zulushade) | Twitter

freezulu.org/2014/09/terror… via
@Angola3news

↩    ♺ 8    ⭐ 6    ◦◦◦

**Kenny Zulu Whitmore** @Zulushade · Sep 6
Letter: Solitary is a lifetime for inmate Kenny Whitmore
theadvocate.com/home/10030818-… via @theadvocatebr

↩    ♺ 1    ⭐ 3    ◦◦◦

**Kenny Zulu Whitmore** @Zulushade · Aug 24
FreeZulu.org: Power to the People: Revolution is in the air at t…
freezulu.org/2014/08/power-…

↩    ♺ 2    ⭐ 2    ◦◦◦

Kenny Zulu Whitmore retweeted
**FIVE MUALIMMAK** @MRFIVEINC · Aug 23
#incarceratednation
Huey Percy Newton
 (February 17, 1942 –
August 22, 1989)
was an Black political… instagram.com/p/sDVxwwHC8I/

↩    ♺ 3    ⭐ 2    ◦◦◦

Kenny Zulu Whitmore retweeted
**ink_d gallery** @inkdgallery · Aug 21
23/8/14-4pm @carriereichardt will be at @inkdgallery. Lets talk about
@Zulushade & injustice. Pls RT @NewStatesman



↩    ♺ 3    ⭐ 1    ◦◦◦        View more photos and videos

Kenny Zulu Whitmore retweeted
**ink_d gallery** @inkdgallery · Aug 21
23/8/14-4pm @carriereichardt will be at @inkdgallery. Lets talk about
@Zulushade & injustice. Pls RT @africaexpress



1/20/2015

Kenny Zulu Whitmore (@Zulushade) | Twitter

 

↩  ⇄ 2  ★ 1  •••

View more photos and videos

 **Kenny Zulu Whitmore** @Zulushade · Aug 23
What 28 years of solitary confinement does to the mind ti.me/1rYiG1p via @TIME

↩  ⇄ 1  ★ 2  •••

View summary

⇄ Kenny Zulu Whitmore retweeted
**dee matthews** @deezel65 · Aug 13
@Zulushade Peace my dude my heart goes out to you, I shed tears for you dudes in Angola ,and the whole La. racist injustice system God bless

↩  ⇄ 2  ★ 2  •••

⇄ Kenny Zulu Whitmore retweeted
**Solitary Watch** @solitarywatch · Jul 28
Warden considers ending Angola inmate's #solitaryconfinement after 28 straight years | The Advocate bit.ly/X2wsVi @Zulushade

↩  ⇄ 10  ★ 2  •••

⇄ Kenny Zulu Whitmore retweeted
**FREE MUMIA Berlin** @Free_Mumia · Jul 28
@Zulushade Kenny "Zulu" Whitmore - "Normalvollzug" nach über 30 Jahren Isolationshaft? mumia-hoerbuch.de/arn.htm#kennyz…

↩  ⇄ 2  ★ 2  •••

⇄ Kenny Zulu Whitmore retweeted
**BematMa®** @BematMa · Aug 1
"Never surrender hope" @freeZulu @Zulushade independent.co.uk/arts-entertain…

↩  ⇄ 2  ★ 2  •••

👤 Kenny Zulu Whitmore followed Lynn Whisenant, Paul Clements, Neil Griffiths and 40 others



➕ Follow

**Lynn Whisenant**
@LiiLii50

Some days I get it all wrong, but at least LIFE knows I'm here!



➕ Follow

**Paul Clements**
@MrPCcc

There is no Work-Life balance

⇄ Kenny Zulu Whitmore retweeted
**Mickey Z** @mickeyzsays · Aug 9

1/20/2015                                  Kenny Zulu Whitmore (@Zulushade) | Twitter

**Mickey Z. @mickeyzsays · Aug 9**
Nat Turner puts the South on notice: 183 years ago this month
wp.me/p3WerS-ho

↩     ↻ 3     ★ 2     ∘∘∘                                View summary

**Kenny Zulu Whitmore** @Zulushade · Aug 9
No Word from Warden of Angola About Prisoner's Fate:Kenny Zulu
Whitmore remains in solitary confinement in Louisiana
medilljusticeproject.org/2014/08/04/no-…

↩     ↻ 2     ★     ∘∘∘

**Kenny Zulu Whitmore** @Zulushade · Aug 1
Angola warden ponders releasing Zulu from 35 years in solitary – but he's
a Panther  sfbayview.com/2014/08/angola…

↩     ↻ 1     ★     ∘∘∘

Don't miss any
updates from
Kenny Zulu
Whitmore

Full name

Email

Password

Sign up for Twitter

Worldwide Trends ·
Change
#BieberRoast
POP BAND One Direction
#5HWorthIt
Canserbero
#MuerteDeNisman
#จงอธิบายเรื่องบนเตียงของ…
#HappyBirthdayEvanPet…
Alex Freyre
BugunlerinYarinlarin Her…
NiceSanLaci YıllaraPierr…

© 2015 Twitter   About
Help   Ads info

1/16/2015                    San Francisco Bay View » Racism at its worst: The story of Kenny Zulu Whitmore



**Support SF BayView**
**Donate or Subscribe to SF Bay View**



"I help Bayview businesses save money by cutting their energy waste."

Claudia Espino, Associate Engineer
San Francisco Department of the Environment

SAN FRANCISCO energy watch

Discover savings >>

Follow Us

## Racism at its worst: The story of Kenny Zulu Whitmore

Select Language ▼

Powered by Google Translate

December 9, 2012

Like  2     Tweet  0                    1

Greetings, my people:

I realize that I have been absent for a while now. But there were things that needed my full attention. No excuses. Then, there is the mental gymnastics from the neo-overseers that comes with being a political captive being held behind enemy lines. But nevertheless here I am.

On Aug. 15, 1973, the ex-mayor of Zachary, Louisiana, was found murdered on his Rollins Road farm in Zachary, a small rural community that sits in the northern section of East Baton Rouge, EBR. This was a huge episode in our then small community. He was rich, white and was still running Zachary.

Immediately, the next day the li'l town was in a buzz, because a rumor had spread like a California brush fire fueled on by Santa Ana winds that the terrorist of the day had murdered the mayor.

I was 18 years old then and still feeling the sting of racism in its



Zulu wrote recently: "For all donations of $25 or more, my Netherlands chairwoman will forward you your choice of one of the two pieces of Zulu jewelry: the Free Zulu Zu-Tag and/or the Zulu Adinkra Symbol. Both are designed by me and made of stainless steel by a good friend of mine. And all pieces come with a chain to be worn around the neck. They are lightweight and beautifully crafted. ... Thank you gifts are also available for donations of $10. Pass your info

worst form for several reasons:                    to my chairwoman at Zulushadeneverfades@gmail.com."

The first being that I was a witness against a Zachary policeman, Ted Donnaway, who had murdered my first cousin, George Payne Jr., on Nov. 19, 1969. Hearings began in 1971-'72. The terrorists were calling my parents, telling my mother I was dead, or they would kill me, bomb our home etc. Needless to say the cops were never put on trial for the murder of my cousin.

The second reason being that school integration had finally hit all of EBR Parish, including Zachary. Our 1971-'72 school year, we Africans had to integrate Zachary High and leave our beloved North West High behind. And what a trip: racial fights every day. Shit spilled over into an already racist community.

I became one of the student leaders. We protested against the dress code only for us, no power fist rule, etc. It was up to us to change the way we African students were being mistreated, and we did just that.

On Feb. 19, 1975, I was arrested on trumped up charges of two counts of armed robbery and rape of a female employee of a Zachary shoe store. Five days later, while being held over in the EBR Parish prison for arraignment and an evidentiary hearing on Feb. 24, 1975, between the hours of 12:30 a.m. and one o'clock a.m. – and mind you, this was my first time ever being in anything that serious – it happened.

First time in jail, one must fight or become something less than man. So while being in the dungeon on Feb. 24, 1975, I was awakened by the steel door being opened. It was already eight of us packed into this hole built for three at the most. And naked. Yes, they used to make you strip before going in there to promote homosexuality and to further humiliate you.

The door opened, air rushed in – momentary relief. The captain and a fat guy in a suit. In low voices guys were saying that's Ossie Brown, the district attorney. I had heard of him, but didn't know him from the first Adam.

"Whitmore. Whitmore."

"Yeah."

"Come out. Put on your clothing."

"For what?"

"Whitmore, come forward now."

I stepped out. Got my clothing. Black and white striped uniform and shorts.

I was led into the interrogation room. Just this guy and myself.

"My name is Ossie Brown. I am the district attorney of EBRP. You might have seen me on TV before."

"No."

"Well, there are a few things that I want to discuss with you."

Mind you, I had a lawyer at this time. I was represented by the Public Defenders' Office.

D.A.: "I know you are charged with the robbery and rape that happened at Bill's Shoe Store out in Zachary. And the victims say you are not the perpetrator. These charges will be dropped."

I was starting to feel better. I was going home.

D.A.: "You knew who Marshall Bond was?"

"Who?"

"Marshall Bond, who was murdered at his farm out there in Zachary?"



Zulu's close friendship with the Angola 3 and their having formed the core of the first prison chapter of the Black Panther Party, an empowering influence that strikes terror in the hearts of prison officials everywhere, is one reason he has been targeted for decades.

That question really threw me for a loop, because what does that have to do with this? Had I known then that this nightmare was being born, I would have run through that concrete and steel wall head first.

The D.A. had a confession already drawn up. He wanted me to turn state's evidence on a guy he wanted to put this murder on. I didn't know what state's evidence was. He says: "I want you to take the stand against this guy and say what's in this confession."

I went crazy for real then. "I need my lawyer, guard. I want my lawyer, guard. Man, I don't know what you are talking about."

"Whitmore, I am the district attorney. I am the only one who can help you. My word is three times that of yours. If I say you said something or did something, who are they going to believe: me or you?"

I said the truth. He said his truth.

"I will send you to Angola for the rest of your life. Do you know what they do in Angola, Whitmore? Sign this, and I will help you."

"I don't know what you are talking about."

The D.A. started to tell me things about me and my family that had me spooked. Where my mom and dad, brother and sister worked. The things I was involved in during integration. A fight that a friend and I had with a group of white boys in 1972. It wasn't until much later that I realized that my family and I had been under observation. Yes, plain old COINTELPRO.

After his lengthy persuading, saying, "I am the only one who can help you; I will send you to Angola for the rest of your life if you do not do what I say," D.A. Ossie Brown said: "I am going to step out for a while. I am going to send someone in to speak with you."

This whole ordeal started between the hours of 12:30 a.m. and 1 a.m.

Three guys walked in in plain clothing: "We are with Mr. Brown's office. And we understand that you are ready to cooperate with us. First we need you to sign this" – speaking of the confession.

"I am ready to go back to the hole. I need my lawyer."

After the hollering, punch here, there. Chokeholds. Grabbing. I was finally taken out of the interrogation room and put into a holding tank – a big cell. This was at 4:00 in the morning, because right after that guys from all over the jail started to fill the tank. I asked someone: "Where is everybody going?" He said: "To court." Court, huh.

A few minutes later breakfast came. The steel trays. Milk and coffee, pancakes, syrup and some pork. I drank the coffee and gave the rest away. Later when the trays were picked up, the guys were talking to their homies on different topics.

About 8 o'clock, guards with lots of handcuffs appeared. "All right, listen up. As I call your name, step out – two to a cuff."

This is the reason why I have been saying that I was kidnapped out of East Baton Rouge Parish Prison, EBRPP.

Two plain clothes detectives appeared at the gate: "Whitmore, come forward. Hands behind your back."

"Where am I going?" "Court. Turn around, hands behind your back."

I was cuffed, taken down the hall, stepped out where everyone is being stacked into the patty wagon that looked like an armored car. This way, we went around the patty wagon to a car with no marking on it. I began to feel strange. They left the prison. The car went down Harden Boulevard – at the light, taking a right, not a left, that would take you to downtown Baton Rouge.

"Where are you taking me?" About 15 times. Then one of them said: "You should have done the right thing."

I was taken to the police station in Zachary and put in a room – minutes later, to another building across the street from the bank and the Bonds' family home. Then, a detective came in.

"Whitmore, Mr. Brown wants you to know are you ready to cooperate?"

"I want to talk with my lawyer. Let me call home. I need my lawyer."

"You had your chance."

A few minutes later, I was put back into the car, and was taken to the wooded area on Bond's property. Cops, about eight to 10, the D.A. Ossie Brown, two guys off in the distance with dark glasses, jackets and jeans on.

The two detectives spoke with Ossie Brown. He came to the car. "Whitmore, are you ready to cooperate?"

"Get my lawyer. I want to see my lawyer."

I would be lying if I said I wasn't afraid. Fact is, I was scared to death. Who knew where I was?

D.A. Ossie Brown said, "Get him out of the car."

I was roughly pulled from the car. The D.A.: "Are you going to cooperate?"

"I need my lawyer."

Ossie Brown turned away. Still cuffed, I was grabbed by the neck by one of the detectives from behind in a chokehold. The other one started beating me on my body.

The D.A. Ossie Brown: "Whitmore, are you ready to cooperate?"

"Why are you doing this? I need my lawyer. Take the cuffs off."

The Bonds' car came into sight. "Do you see that car?" the D.A. said. "You know who that is, don't you? I can help you." The D.A. said: "Stop the car."

The cop behind me hit me directly in my spinal cord. I fell backward, and he applied a chokehold on me.

"Let him up," D.A. Ossie Brown says. "You died trying to escape. Send the car on."

"OK, OK. I will help. I need you to sign this."

"I don't know what it says." A hit to the stomach. "I will tell you what it says." "Man, I don't know nothing about this." D.A.: "Are you going to cooperate?"



Zulu and his good friend, Albert Woodfox of the Angola 3

I was cuffed, put back into the car and taken to a backroom in Zachary City Hall. Three guys come in. I was beaten some more, asked a million questions. That evening I was taken to a building in downtown Baton Rouge. This had been going on forever. I had not slept since leaving the dungeon at East Baton Rouge Parish Prison.

While in this room, still handcuffed, a cop put the phone to my ear. It was Ossie Brown's voice, saying: "Whitmore. I am the only one who can help you. Sign that document."

They kept questioning me. Hollering at me. Slapping me on the sides of my head and in my face.

This is how the so-called confession came about. The tape was spliced to get it to say what they wanted. This is why the audio was so poor. And they, my lawyer, the assistant D.A. and judge had to go into the judge's chambers to make out what was being said. The judge told the jury, "It's his voice," but nothing was said that could help him.

About 7:15 p.m., I was taken to another building, called the Taylor Building, where they wanted me to take a lie-detector test. This was torture in every sense of the word. Deprived of sleep, food; hollering, shaking, beating, isolation – all of those tactics are considered torture.

Another phone call. D.A. Ossie Brown: "Whitmore, cooperate. I am the only one who can help you."

"I need my lawyer." I was being represented by Alton Moran of the Public Defenders' Office.

I agreed to take the lie-detector test. I was asked what color blocks were, my name, my mom's name. I jumped up, pulled the wires off of my hand, and went to grab the machine. Three of them bum-rushed me through the door and pinned me to the floor, cuffed me. "Man, fuck y'all."

It was 8 p.m. when three cops took me over to the downtown jail on the top floor. The three signed a log book and time-in. They talked in low voices.

One of the cops at the desk said, "Come with me." I was put in isolation right behind the desk. I was put in the hole, handcuffs removed. I was brought two sandwiches. I ate them and tried to go to sleep. But all night I was being woken up. "Whitmore, Whitmore, wake up." "What?" He laughed and walked off. This went on all night.

Early the next morning I was taken to another building. The torture started up again. Until I broke down and said most of what they told me. And I signed that confession. They got what they wanted.

I was taken back to the downtown jail, put back into isolation, where I must have slept two and a half days.

The third or fourth day, the lawyer showed up. I told him everything. He got me moved to a regular cell. And asked me how the hell did this happen? He left, headed for the D.A.'s office, he said.

I stayed in that roach-infested old downtown jail for five months before being transferred back to the EBRPP.



In August 1975, at my evidentiary hearing on the two counts of armed robbery and the rape charge, they were all dismissed by Judge Elmo Lear, because both victims said I was not the man who committed the robbery and rape in that store, nor was I there when it happened.

Although the charges had been dismissed, I still could not go home with my mother, father, sister Jeanette, because of the Aug. 15, 1973, murder of the mayor.

Nearly one year later, on July 14, 1976, the evil empire struck. D.A. Ossie Brown made good on his word. That he could send me to Angola even if I were innocent. He filed a joint bill of information, accusing me and Perry Lee Payne of two counts of armed robbery of the very store both victims 11 months earlier said I did not commit. However, both victims

picked my co-defendant out as the perpetrator.

On Sept. 27, our trial began on what was supposed to be two counts of robbery, but the whole trial and evidence was of rape. In three days of rape trial, my name never came up. My state lawyer objected and asked for a verdict (post-verdict judgment) of acquittal, because the trial was of Payne's rape of the female victim. Denied.

Both victims again took the stand and cleared me of any crime. On Sept. 29, the jury deliberated,

returned to the courtroom 20 minutes later to ask Judge John S. Covington how could I be charged or found guilty of anything, when I have not committed a crime? The judge went on this long outdrawn shit, confusing the jury.

I jumped up: "Your honor, you are confusing them."

"Sit down! Order in my court, Mr. Whitmore. Sit down."

My lawyer: "Kenny, Kenny, let me handle it."

He made the objection. Overruled.

The jury went back to deliberate. But returned to the court about 15 minutes later. The judge asked, "What is it this time?" The foreman: "We do not understand. How can Whitmore be charged with anything?" The judge starts to read from a book. I raise my hand and tell my lawyer to object. He does. I ask the judge could he just tell the jury in plain language? No. The D.A. follows the jury to the jury-room door, hollering, "You better not find him not guilty, you hear me?"

The jury returned three minutes later for the third time and did as the judge instructed: You must find them both guilty. "We have a verdict, your honor."

As to Perry Lee Payne: guilty on both counts. As to Kenny Whitmore: guilty on both counts.

Shortly thereafter, the court ordered a pre-sentence investigation report. On March 14, 1977, probation and parole agent James P. Patin submitted his report to the sentencing judge.

A pre-sentence investigation report is a background report into your life. From pre-school to the present. And the judge will base your sentencing range on that report and the seriousness of the crime.

This is my first conviction. I have never been in a "boys' home," "juvenile hall" or any of those places.

On April 15, 1977, Judge John S. Covington sentenced me on count 1 to 75 years without benefit of probation, parole or suspension of sentence. Count 2 he sentenced me to 50 years of hard labor, with the sentences to run consecutively. I was led off upstairs when my dad and sister asked the judge for 10 minutes to talk with me. A 125 year sentence for absolutely nothing.

It took me until 1985 when the 5th Circuit Court of Appeals granted me a hearing, and this is when I found out that the sentencing judge used the pre-sentence investigation report to sentence me by. The report was padded with false charges: It had me being charged with eight counts of armed robbery, two murders. It also gave me a juvenile record from age 12-16, saying I spent time in Juvenile Hall for theft, felony theft, a count of aggravated burglary for which I was placed in Juvenile Hall. My records were padded with all of that erroneous information. To make sure that my appeals would be denied. They have been.

I will not get a favorable decision. I did not, when I went before the state's Pardon Board in 2000. My alleged criminal history was the only thing they wanted to talk about – and they did not want to hear that it was fabricated.

The Clerk of Court continues to tell me that the pre-sentence report and the witness and victim's testimonies are under seal and that I cannot get them. These are issues that I continue to fight in court to this day.

On the 1973 robbery and murder of the mayor of Zachary, La., I went on trial on Jan. 3-6, 1977, for second-degree murder and armed robbery. The only evidence against me was a spliced partially audible so-called confession, and a rusty bucket. I have yet to find out what the bucket had to do with anything. It's the bucket that the judge told the jury about, that on the inaudible part of the confession I said I took this bucket from the mayor's farm after he was killed. And took it to a park. A recreational center. And that bucket was found in the exact same spot as I was alleged to have said. That was it. No other evidence.

The jury deliberated for about an hour before returning a verdict of "guilty as charged." Two of them voted to acquit me of all charges.

On March 14, 1977, I was sentenced to life on count 1 without the benefit of probation or parole or suspension of sentence for 20 years, meaning after 20 years I become eligible for parole; or the judge can suspend my sentence right now and resentence me to 20 years.

On count 2, armed robbery, I was sentenced to 99 years of hard labor. This sentence for the robbery is an illegal sentence, because it was used as the underlying felony to convict me of the murder.

I know from research that I can win a reversal of both of my sentences, but I will need counsel to do so. I have tried filing pro se, but anyone with any legal knowledge of the Louisiana judicial system knows that a pro se application is stamped "denied" no matter how grantable the application is. It's like incarcerated individuals are punished for becoming knowledgeable of a system that binds us. I dare you with an



Zulu back in the day

11th grade education to sit there in prison and point out constitutional violations that our system has denied. I am in grave need of assistance of counsel.

I arrived here at Louisiana State Plantation at Angola, La., in March 1978. Within an hour I was thrown into CCR: solitary confinement. I was placed on D-Tier, the so-called militant tier. I met and befriended some of the most righteous brothers in my life during those hellish years in this battlefield.

I became a member of the Angola Chapter of the Black Panther Party and in keeping with the spirit and ideology of the Panther Party, we did what we had to in order to perfect change. And in doing so, I went through a political education that I was not – and that I am still not – afraid to use in my everyday life here behind enemy lines. But as with juridical education, when one educates oneself politically on the plantation, one is punished because of one's views of what daily hell is, or what rotten half-prepared food

is, or what constitutes torture.

I say this is torture: Being held in this solitary confinement cage where I can stand in the middle of the floor, extend my arms, and touch both walls. For the last 34 years, 23 hours a day is by definition torture.

They say it is because of my political education, affiliation with the Angola 3 – Shaka, King and Chairman Hooks – and my ties to the Black Panther Party.

I say it is because of their white supremacy affiliation, and ties to the 1950s-1990s terrorist groups here in The Boot.

"In the fell clutch of circumstance / I have not winced, nor cried aloud, / Under the bludgeonings of chance / My head is bloody, but unbowed." – from "Invictus" by William Ernest Henley

Forever, Zulu

*Send our brother some love and light: Kenny Zulu Whitmore, 86468 – D/HAWK – 4L, Louisiana State Prison, Angola, LA 70712. A letter was written on Nov. 16 to U.N. Special Rapporteur on Torture Dr. Juan Mendez calling for an investigation of the torture Zulu endured in 1975. He has been behind enemy lines over 35 years.*



1

**Share this:**

RSS        Like  2        Tweet  0

1/16/2015                San Francisco Bay View » Racism at its worst: The story of Kenny Zulu Whitmore

# Comments (11)

Login

Sort by: **Date**  Rating  Last Activity

 **Vera** · *56 weeks ago*                                                    0

Are you aware concerning the primary cause of unwanted weight gain?
This harmony aids in upkeep of weight. Large cases harvested in Fall are dried and threshed to get usable seeds.

Reply                                                                             Report

 **visit** · *55 weeks ago*                                                    0

Definitely believe that which you said. Your favorite reason seemed to be on the web the easiest thing to be aware of. I say
to you, I certainly get annoyed while people think about worries that they just don't know about. You managed to hit the
nail upon the top and defined out the whole thing without having side-effects , people could take a signal. Will probably
be back to get more. Thanks

Reply                                                                             Report

 **Medical** · *42 weeks ago*                                                    0

Thank you for this. I knew Richard in the 70's and 80's. I remember him as a good friend, a man of great intelligence and
integrity **Medical Negligence Claims**

Reply                                                                             Report

 **trustdeedscotland** · *42 weeks ago*                                            0

Thank you for this. I knew Richard in the 70's and 80's. I remember him as a good friend, a man of great intelligence

Reply                                                                             Report

 **trustdeedscotland** · *42 weeks ago*                                            0

Thank you for this. I knew Richard in the 70's and 80's. I remember **www.trustdeedscotland.info**

Reply                                                                             Report

 **theepoxyflooring** 32p · *40 weeks ago*                                       +1

It is in reality a great and useful piece of info. I am happy that you just shared this useful information with us. **PPI Claims**

Reply                                                                             Report

 Zap hosting · *40 weeks ago*                                                    0

A very awesome blog post. We are really grateful for your blog post. **arma 3 server mieten**

Reply                                                                             Report

 **photoboothhire1k** 33p · *39 weeks ago*                                       +1

It's never too late to improve your information and your contents inspire me **no strings attached sex**

Reply                                                                    Report

**photoboothhire1k**  33p  · *39 weeks ago*                              +1

Well This is the most good article I've ever read today and this week! jeremy geffen music

Reply                                                                    Report

**photoboothhire1k**  33p  · *38 weeks ago*                              +1

I high appreciate this post. It's hard to find the good from the bad sometimes, but I think you've nailed it! would you mind updating your blog with more information Tinder

Reply                                                                    Report

**hid work light** · *3 days ago*                                        0

the winners of the 2010 Progressive Insurance Automotive X PRIZE, unveiled the their latest Very Light Car (VLC) inside Henry Ford Museum's Driving America exhibit yesterday afternoon.

Reply                                                                    Report

## Post a new comment

Enter text right here!

Comment as a Guest, or login:                                  facebook

Name                    Email                      Website (optional)

*Displayed next to your comments.*   *Not displayed publicly.*   *If you have a website, link to it here.*

Subscribe to  None ▼                              **Submit Comment**

### BayView Classifieds - ads, opportunities, announcements



BayView
Read the Bay View
the way it appears
in print.

stay **updated!**
sign up for our alerts

## ADVERTISEMENTS

**ProfilesinJustice**
**free help with law paper writing**



**Emerging**
**Media Institute**
**Christinerice-freelancewriter.com**
**Freelance Writing,**
**Tips and Tutorials.**



EMILY
HENDERSON,
TARGET STYLE

MEET TARGET'S
HOME STYLE
EXPERT

Hover to Expand



blue**promo**code

e.g. Macy's, Nike

**TOP STORES**

RingCentral

Rebtel

Phone.com

San Francisco Bay View
4917 Third St., San Francisco CA 94124, (415) 671-0789, editor@sfbayview.com
Site Development provided by kali oray