UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNY WHITMORE** (DOC No. 86468) | * * * * | CIVIL ACTION<br><br>NO. 14-004-JWD-RLB |
| **VERSUS** | * * * | JUDGE JOHN W. DEGRAVELLES |
| **WARDEN BURL CAIN, ET AL** | * * * | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA
PARISH OF WEST FELICIANA

### AFFIDAVIT OF WARDEN RICHARD PEABODY

**BEFORE ME**, the undersigned Notary, personally came and appeared:

**RICHARD PEABODY**

who, after being first duly sworn, did depose and say that:

1.

I have been employed at the Louisiana State Penitentiary ("LSP") since 1976 in various capacities.

2.

Most recently, I have been a Deputy Warden of Programs at LSP from 2003 to present, except for approximately one year between May 18, 2011, and April 4, 2012, when I served as the Deputy Warden of Operations. In these capacities, I have personal knowledge of the facts attested in this affidavit.

3.

As the Deputy Warden of Programs and Operations, my duties did not include classifications or housing of inmates.

526729.1



4.

As the Deputy Warden of Programs and Operations, I have never participated in any of the lockdown review boards on Whitmore.

5.

As the Deputy Warden of Programs and Operations, I have not assigned nor have I ever reassigned inmates to or from CCR.

6.

As the Deputy Warden of Programs and Operations, I have never approved or denied, or been in a position to approve or deny, Whitmore's assignment to or from CCR.

Baton Rouge, Louisiana, this 30 day of January, 2015.

_____
Richard Peabody (Affiant)


**SWORN TO AND SUBSCRIBED BEFORE ME**, this 30 day of January, 2015.

_____
NOTARY PUBLIC

526729.1