UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNY WHITMORE** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 14-4-JWD-RLB** |
| **VERSUS** | * | |
| | * | |
| | * | |
| **WARDEN BURL CAIN, ET AL** | * | |
| | * | |
| | * | |

**************************************************************************

## ORDER

Before the Court is Defendants' Motion for Stay of Discovery (R. Doc. 31) on behalf of James LeBlanc, Burl Cain, Darrell Vannoy, Joe Lamartiniere, Cathy Fontenot, Richard Peabody, and Richard Stalder. The Motion is opposed. (R. Doc. 52).

Since the filing of the instant motion, plaintiff was ordered to file a Rule 7 Reply to the defendants' assertion of qualified immunity. Upon the filing of that Rule 7 Reply, defendants have filed a motion for partial summary judgment based on prescription and qualified immunity. That motion remains pending before the district judge.

Having considered the arguments of the parties, the current posture of the case, the nature of the causes of action asserted by the plaintiff, and the issues regarding the assertion of qualified immunity in the pending motion for summary judgment, the Court finds that the relief requested is appropriate.

Therefore, the Motion for Stay of Discovery (R. Doc. 31) is **GRANTED**. Discovery in this matter shall be stayed pending a ruling by the district court on the motion for partial summary judgment. Counsel for plaintiff shall contact the undersigned within five (5) days of a

ruling on that motion so that any necessary revisions to the remaining discovery and pretrial related deadlines may be considered.

Signed in Baton Rouge, Louisiana, on February 4, 2015.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**