UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNY WHITMORE** <br> **(DOC No. 86468)** | * <br> * <br> * <br> * | **CIVIL ACTION** <br><br> **NO. 14-004-JWD-RLB** |
| **VERSUS** | * <br> * <br> * | **JUDGE JOHN W. DEGRAVELLES** <br><br> **MAGISTRATE JUDGE** |
| **WARDEN BURL CAIN, ET AL** | * <br> * | **RICHARD L. BOURGEOIS, JR.** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANTS' MOTION TO SUBSTITUTE AFFIDAVIT OF CATHERINE FONTENOT (DOC. NO. 57-4)

**NOW INTO COURT**, through undersigned counsel, come James LeBlanc, Burl Cain, Darrell Vannoy, Joe Lamartiniere, Cathy Fontenot, Richard Peabody, and Richard Stalder (collectively referred to as the "Defendants")[1] who submit this Motion to Substitute Affidavit of Catherine Fontenot (Doc. No. 57-4) for the following reasons:

1.

On January 30, 2015, Defendants filed an Affidavit of Catherine Fontenot in support of their Motion for Partial Summary Judgment (Doc. No. 57).

2.

Upon filing of the Affidavit of Catherine Fontenot, Defendants inadvertently did not include the attachments that were referenced in the Affidavit.

---

[1] Plaintiff has also named as defendants Sam Smith, Robert Rachal, Paul Myers, Randy Ritchie, Tom Norris, Susan Fairchild, Unknown Honeycutt, and Doe defendants 1-15. To date, service has not been perfected on any of these defendants. Undersigned counsel is not making an appearance for any defendant who has not been properly served.

531148.1

3.

Defendants desire to substitute the Affidavit of Catherine Fontenot with the attached Affidavit. The substance of the affidavit is not being changed; rather, it includes the missing attachments.

4.

Counsel for Defendants has contacted counsel for Plaintiff, Kenny Whitmore, and counsel for Mr. Whitmore has no objection to the Affidavit being substituted.

**WHEREFORE**, the Defendants pray that this Motion to Substitute be granted and that the Affidavit of Catherine Fontenot (Doc. No. 57-4) filed on January 30, 2015, be substituted with the attached Affidavit of Catherine Fontenot dated February 10, 2015.

Respectfully submitted,

JAMES D. "BUDDY" CALDWELL
Louisiana Attorney General


*/s/ M. Brent Hicks*
Richard A. Curry, TA La Bar Roll 4671
M. Brent Hicks, La Bar Roll 23778
Zelma M. Frederick, La Bar Roll 31459
McGlinchey Stafford, PLLC
301 Main Street, 14th Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 383-9000
Facsimile: (225) 343-3076
rcurry@mcglinchey.com
bhicks@mcglinchey.com
zfrederick@mcglinchey.com

ATTORNEYS FOR DEFENDANTS, BURL CAIN, DARRELL VANNOY, JAMES M. LEBLANC, CATHY FONTENOT, JOE LAMARTINIERE, RICHARD STALDER AND RICHARD PEABODY

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record, by operation of the court's electronic filing system.

Baton Rouge, Louisiana on this 10th day of February, 2015.

*/s/ M. Brent Hicks*
M. Brent Hicks