UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNY WHITMORE** (DOC No. 86468) | * * * * | **CIVIL ACTION** NO. 14-004-JWD-RLB |
| **VERSUS** | * * * | **JUDGE JOHN W. DEGRAVELLES** |
| **WARDEN BURL CAIN, ET AL** | * * * | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Motion to Substitute Affidavit of Catherine Fontenot:

**IT IS ORDERED** that the Motion to Substitute Affidavit is **GRANTED**;

**IT IS ORDERED** that the Affidavit of Catherine Fontenot dated January 30, 2015 (Doc. No. 57-4), be substituted with the attached Affidavit of Catherine Fontenot dated February 10, 2015.

Thus done and signed this _____ day of February, 2015, at Baton Rouge, Louisiana.

_____
MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

531151.1