UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNY WHITMORE (DOC No. 86468) | * * * * | CIVIL ACTION<br><br>NO. 14-004-JWD-RLB |
| VERSUS | * * * | JUDGE JOHN W. DEGRAVELLES |
| WARDEN BURL CAIN, ET AL | * * * | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

*************************************************************************

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

### AFFIDAVIT OF CATHERINE FONTENOT

**BEFORE ME**, the undersigned Notary, personally came and appeared:

**CATHERINE FONTENOT**

who, after being first duly sworn, did depose and say that:

1.

I am the former Assistant Warden/Programming/LSP at the Louisiana State Penitentiary ("LSP") serving in that role from April 7, 2008 to January 4, 2015, and, in that capacity, I have personal knowledge of the facts attested in this affidavit.

2.

As the Assistant Warden/Programming/LSP, my primary duties were oversight of all media, public information matters, research, tours, and official visits. I reported to the Warden and Deputy Wardens on all matters related to inmate classification, visiting, education, recreation, pre-release, and chaplaincy matters. I served as the Secretary for the LSP Museum Foundation, member of the Angola Rodeo Committee and Angola Chase Team. I oversaw the operations of inmate media – The Angolite newsmagazine, KLSP TV, and KLSP radio station. I

served as a Victim Offender Dialogue Mediator and was a point of contact for victims and family members in all matters.

3.

As the Assistant Warden/Programming/LSP, I frequently monitored internet postings and websites in order to determine safe and secure visitation approval or denial as part of both my role in public relations and victims services. Based on my routine internet monitoring, I am generally familiar with an offender named Kenny Whitmore ("Whitmore") through media requests and internet postings made regarding Whitmore. Attached are several internet postings concerning Whitmore which I found during the course of my employment at LSP.

4.

I have never spoken to Whitmore.

5.

I have never participated in any of the lockdown review boards on Whitmore.

6.

During my tenure at the LSP, I did not assign nor have I ever reassigned inmates to or from CCR.

7.

I have never approved or denied, or been in a position to approve or deny, Whitmore's reassignment to or from CCR.

Baton Rouge, Louisiana, this _10_ day of _February_, 2015.

_____
Catherine Fontenot (Affiant)

**SWORN TO AND SUBSCRIBED BEFORE ME**, this _10th_ day of _Feby_, 2015.

_____
NOTARY PUBLIC

M. Brent Hicks, Notary Public
LA Bar Roll No.: 23778
Commissioned for East Baton Rouge, Louisiana
Qualified to act Statewide
My Commission is for Life.

517013.1