Search Twitter

Have an account? Log in ▾





## Kenny Zulu Whitmore
@Zulushade

Zulu has spent 37 years in Angola, Louisiana State Prison. After an unfair trial and the use of false information, Zulu was sentenced to life and 99 years

📍 Angola, Louisiana
🔗 freezulu.org
🕐 Joined June 2012

📷 9 Photos and videos

| TWEETS | FOLLOWING | FOLLOWERS | FAVORITES |
|---|---|---|---|
| 377 | 823 | 489 | 58 |

➕ Follow

**Tweets**   Tweets & replies   Photos & videos

🔁 Kenny Zulu Whitmore retweeted
**Nadia Kamil** @NadiaKamil · Nov 6
I've been writing to Kenny Zulu Whitmore (@freeZulu @Zulushade) It's really heartening to hear his situation is improving.

↩  🔁 4  ⭐ 4  ⋯                      View conversation

**Kenny Zulu Whitmore** @Zulushade · Nov 20
Today the legal team is visiting with Albert to celebrate and strategize next steps campaign.r20.constantcontact.com/render?ca=7ebe…

↩  🔁 4  ⭐ 2  ⋯

**Kenny Zulu Whitmore** @Zulushade · Nov 20
Albert's Overturned Conviction Upheld in Unanimous Decision!
indybay.org/uploads/2014/1… campaign.r20.constantcontact.com/render?ca=7ebe…

↩  🔁 4  ⭐ 2  ⋯

**Kenny Zulu Whitmore** @Zulushade · Sep 7
Leaving Pelican Bay SHU, I'm a pup in a brand new world
sfbayview.com/2014/09/leavin…

↩  🔁 4  ⭐ 2  ⋯

**Kenny Zulu Whitmore** @Zulushade · Sep 7
Culture shock! Leaving Skeleton Bay after decades in solitary
sfbayview.com/2014/09/cultur…

↩  🔁 4  ⭐ 2  ⋯

**Kenny Zulu Whitmore** @Zulushade · Sep 7
FreeZulu.org: Terrorism, COINTELPRO, and the Black Panther Party...

freezulu.org/2014/09/terror… via @Angola3news

↩ ⟲ 8 ★ 6 ⋯

**Kenny Zulu Whitmore** @Zulushade · Sep 6
Letter: Solitary is a lifetime for inmate Kenny Whitmore
theadvocate.com/home/10030818-… via @theadvocatebr

↩ ⟲ 1 ★ 3 ⋯

**Kenny Zulu Whitmore** @Zulushade · Aug 24
FreeZulu.org: Power to the People: Revolution is in the air at t...
freezulu.org/2014/08/power-…

↩ ⟲ 2 ★ 2 ⋯

Kenny Zulu Whitmore retweeted
**FIVE MUALIMMAK** @MRFIVEINC · Aug 23
#incarceratednation
Huey Percy Newton
 (February 17, 1942 –
August 22, 1989)
was an Black political… instagram.com/p/sDVxwwHC8l/

↩ ⟲ 3 ★ 2 ⋯

Kenny Zulu Whitmore retweeted
**ink_d gallery** @inkdgallery · Aug 21
23/8/14-4pm @carriereichardt will be at @inkdgallery. Lets talk about @Zulushade & injustice. Pls RT @NewStatesman



↩ ⟲ 3 ★ 1 ⋯　　View more photos and videos

Kenny Zulu Whitmore retweeted
**ink_d gallery** @inkdgallery · Aug 21
23/8/14-4pm @carriereichardt will be at @inkdgallery. Lets talk about @Zulushade & injustice. Pls RT @africaexpress



 

↩  ⟲ 2  ★ 1  •••                        View more photos and videos

 **Kenny Zulu Whitmore** @Zulushade · Aug 23
What 28 years of solitary confinement does to the mind ti.me/1rYiG1p via @TIME

↩  ⟲ 1  ★ 2  •••                        View summary

⟲ Kenny Zulu Whitmore retweeted
 **dee matthews** @deezel65 · Aug 13
@Zulushade Peace my dude my heart goes out to you, I shed tears for you dudes in Angola ,and the whole La. racist injustice system God bless

↩  ⟲ 2  ★ 2  •••

⟲ Kenny Zulu Whitmore retweeted
 **Solitary Watch** @solitarywatch · Jul 28
Warden considers ending Angola inmate's #solitaryconfinement after 28 straight years | The Advocate bit.ly/X2wsVi @Zulushade

↩  ⟲ 10  ★ 2  •••

⟲ Kenny Zulu Whitmore retweeted
 **FREE MUMIA Berlin** @Free_Mumia · Jul 28
@Zulushade Kenny "Zulu" Whitmore - "Normalvollzug" nach über 30 Jahren Isolationshaft? mumia-hoerbuch.de/arn.htm#kennyz…

↩  ⟲ 2  ★ 2  •••

⟲ Kenny Zulu Whitmore retweeted
**BernatMa®** @BernatMa · Aug 1
"Never surrender hope" @freeZulu @Zulushade independent.co.uk/arts-entertain…

↩  ⟲ 2  ★ 2  •••

👤 Kenny Zulu Whitmore followed Lynn Whisenant, Paul Clements, Neil Griffiths and 40 others

            ➕ Follow                     ➕ Follow

**Lynn Whisenant**                              **Paul Clements**
@LiiLii50                                        @MrPCcc

Some days I get it all wrong, but at least      There is no Work-Life balance
LIFE knows I'm here!

⟲ Kenny Zulu Whitmore retweeted
**Mickey Z** @mickeyzsays · Aug 9


Mickey Z. @mickeyzsays · Aug 5
Nat Turner puts the South on notice: 183 years ago this month
wp.me/p3WerS-ho

↩    ↻ 3    ★ 2    •••    View summary


Kenny Zulu Whitmore @Zulushade · Aug 9
No Word from Warden of Angola About Prisoner's Fate:Kenny Zulu Whitmore remains in solitary confinement in Louisiana
medilljusticeproject.org/2014/08/04/no-...

↩    ↻ 2    ★    •••

Kenny Zulu Whitmore @Zulushade · Aug 1
Angola warden ponders releasing Zulu from 35 years in solitary — but he's a Panther  sfbayview.com/2014/08/angola...

↩    ↻ 1    ★    •••

Don't miss any
updates from
Kenny Zulu
Whitmore

Full name

Email

Password

[ Sign up for Twitter ]

Worldwide Trends ·
Change
#BieberRoast
POP BAND One Direction
#5HWorthIt
Canserbero
#MuerteDeNisman
#จงอธิบายเรื่องบนเตียงของ...
#HappyBirthdayEvanPet...
Alex Freyre
BugunlerinYarinlarin Her...
NiceSarıLaci YıllaraPierr...

© 2015 Twitter  About
Help   Ads info