UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| KENNY WHITMORE (#86468) | * | CIVIL ACTION NO.: 4-0004-JJB-RLB |
|---|---|---|
| | * | |
| VERSUS | * | JUDGE JOHN W. DEGRAVELLES |
| | * | |
| N. BURL CAIN, WARDEN, ET AL. | * | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

* * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF KENNY WHITMORE'S RESPONSE
TO DEFENDANTS' STATEMENT OF UNCONTESTED FACTS**

Pursuant to Local Rule 56.1, Plaintiff Kenny Whitmore hereby responds to Defendants' Statement of Uncontested Facts:

| | Defendants' Fact | Plaintiff's Response |
|---|---|---|
| 1. | Kenny Whitmore ("Whitmore") filed this lawsuit on January 2, 2014 and a First Amended Complaint on October 17, 2014. | Uncontested |
| 2. | Former Secretary Richard Stalder left his position as Secretary of the Department of Corrections in 2008. | Uncontested |
| 3. | Secretary James LeBlanc, current Secretary of the DPSC, ("Secretary LeBlanc") has never spoken to Whitmore. | Uncontested |
| 4. | Prior to this lawsuit, Secretary LeBlanc had no knowledge of Whitmore or the facts and circumstances surrounding his housing. | Contested to the extent it suggests or implies that Secretary LeBlanc was not aware that Mr. Whitmore has been in solitary confinement at Angola for over 35 years. |
| 5. | Secretary LeBlanc has never been involved in or participated in any lockdown review board or other decisions regarding Whitmore. | Contested. The statement suggests that Secretary LeBlanc was not responsible for the promulgation and enforcement of the Disciplinary Rules and Procedures for Adult Offenders, under which Lockdown Review Board decisions are made and are not reviewable or appealable. |
| 6. | Secretary LeBlanc has never been in a position to approve or deny Whitmore's assignment to | Contested. The Secretary of the Department of Corrections has statutory authority to |

|  | CCR. | transfer any prisoner within the Department of Corrections. *See* La. R.S. 15:824(A). |
|---|---|---|
| 7. | Cathy Fontenot ("Fontenot") served as the Assistant Warden/Programming at LSP from April 7, 2008 until January 4, 2015. | Uncontested. |
| 8. | Fontenot had no role or responsibility for Whitmore's housing. | Contested. *See* Exhibit D, p. DPSC – 002031. |
| 9. | As the Assistant Warden / Programming at LSP, Fontenot had no involvement in housing assignments or lockdown review boards. | Contested. |
| 10. | Fontenot has never assigned or reassigned inmates to or from CCR. | Contested. |
| 11. | Fontenot has never approved or denied, or been in a position to approve or deny, Whitmore's reassignment to or from CCR. | Contested. *See* Exhibit D, p. DPSC – 002031. |
| 12. | Richard Peabody ("Peabody") has been employed at the Louisiana State Penitentiary ("LSP") since 1976 in various capacities. | Uncontested. |
| 13. | Peabody has been a Deputy Warden of programs, at LSP from 2003 to present, except for approximately one year between May 18, 2011, and April 4, 2012, when he served as the Deputy Warden of Operations. | Uncontested. |
| 14. | Peabody never approved or denied, and was not in a position to approve or deny, Whitmore's assignment to or from CCR. | Contested. |
| 15. | Peabody has never participated in any lockdown review boards for Whitmore. | Contested. |
| 16. | As the Deputy Warden of Programs and Operations, Peabody's duties did not include classification or housing of inmates. | Contested to the extent it implies that Warden Peabody did not know of Mr. Whitmore's 35 year confinement and did not have the ability to suggest or recommend Mr. Whitmore's reclassification into the general population. |

Respectfully submitted,

*/s/Michelle M. Rutherford*
Michelle M. Rutherford, Bar No. 34968, TA
Richard E. Sarver, Bar No. 23558
David N. Luder, Bar No. 33595
Erica A. Therio, Bar No. 34115
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400

2

New Orleans, Louisiana 70112
Telephone:     (504) 589-9700
Facsimile:      (504) 589-9701
Email: mrutherford@barrassousdin.com
           rsarver@barrassousdin.com
           dluder@barrassousdin.com
           etherio@barrassousdin.com

Rose Murray, Bar No. 34690
JONES, SWANSON, HUDDELL & GARRISON, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone:     (504) 523-2500
Telecopier:    (504) 523-2508
Email: rmurray@jonesswanson.com

***Counsel for Kenny Whitmore (#86468)***

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.

/s/Michelle M. Rutherford

{1045943_1}

3