

BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana

Department of Public Safety and Corrections
Louisiana State Penitentiary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT COPIES of the original documents maintained at the Louisiana State Penitentiary.

Kenneth Whitmore #86468 Conduct Record

_Connie McCann_

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 7/16/14

Kenneth Whitmore #86468 Case

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

DPSC - 000007

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS

### CONDUCT REPORT

NAME: Kenny Whitmore
DOC. #: 86468
DATE:

| REPORT | | | | BOARD ACTION | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NO. | INCIDENT DATE | RULE NO. | HEARING DATE | REPRI-MAND | EXTRA DUTY | ISOLA-TION | FTE | RECOMMEND CHANGE (JOB, QTRS., INST.) | LOSS OF PRIVILEGES |
| 32 | 11-27-90 | 5 | 12-4-90 | ✓ | | | | | GB |
| 33 | 7-1-92 | 3,5 | — | | | 5 day c=6 = 8 de...s./ susp ×w | | LSP-97S190 | 30 day cell cosB. | ce |
| 34 | 1-25-00 | 1R | 1-27-00 / 1-31-00 | | | | | Camp C Jag | AB |
| 35 | 3-20-03 | 30L | 3-24-03 | | | | | (SP40)3w/c yard 3 ginter, | NL |
| 36 | 2-24-07 | 1 | 2-27-07 | | | | | | § ubs canteen  C |
| 37 | 2/24/07 | 1 | 2/27/07 3/1/07, 3/6/07 | | | | | this change to Camp J Ext 4D | ℗ |
| 38 | 7-29-10 | 17 | 7-30-10 | reprimand 7/2/10 | | | | | Rest. to 3 state T-shirts |
| 39 | 7-29-10 | 17 | 7-30-10 | ✓ | | | | | |

LOUISIANA STATE PENITENTIARY

ANGOLA, LOUISIANA

CONDUCT REPORT

NAME: Kenny Whitmore
REG. NO: 86468
DATE:

| REPORT | BOARD ACTION |
|---|---|
| 16. 7-1-85 Contraband | Impose sent. of 6-8-85 of 10 days isol. ksh |
| 17. 1/16/86 Radio/TV Abuse | Loss of 1 wk yard priv  kd |
| 18. 2-11-86 Radio Abuse | Reprimand. sr |
| 19. 3-6-86 Radio/TV Abuse | 1 week store. sr |
| 20. 3-7-86 Radio & TV Abuse | Reprimand. sr |
| 21. 5-29-86 Dissobedience & Unsanitary  SENT TO HIGH COURT ON APPEAL. | Loss 2 wks store. ep |
| 22. 7-1-86 Disobedoence (Agg.) | 2 wks loss of store, ep |
| 23. 7-5-86 Escape | Trans. to Camp J ext. L/D. ep |
| 24. 11/4/86 Property Dest., Disobedience Agg, Unsanitary Prac., Contraband | Confine 10 days isol. ep |
| 25. 11/4/86 Defiance | Confine 10 days isol. ep |
| 26. 2-5-87 Property Destruction, Disobedience | Loss 2 wks yard, Confine |
| 27. 2-5-87 Contraband | Loss 2 wks yard-Confine |
| 28. 5-3-87 Contraband | Loss 2 wks store |
| 29. 5-3-88 Radio/T.V. Abuse | 1 wk Rds pri. exp |
| 30. 5-3-88 Disorderly Conduct | confine no yard pri, exp |
| 31. 5-3-88 contraband | Loss store + wks yard |

LOUISIANA STATE PENITENTIARY

ANGOLA, LOUISIANA

CONDUCT REPORT

NAME: Kenny Wayne Whitmore
REG. NO: 86468
DATE: September 12, 1978

| REPORT | BOARD ACTION |
|---|---|
| THERE HAVE BEEN NO DISCIPLINARY ACTION ON THE ABOVE NAMED INMATE AS OF THIS DATE. | |
| 1. 6-22-79 Unsanitary Practice | Loss of store priviledge for 2 wks |
| 2. 1-14-81 Defiance | Reprimand. |
| 3. 5-22-81 Disorderly Conduct | Reprimand and Warned. |
| 4. 9-13-81 Contraband | 10 days isolation. |
| 5. 7-29-82 Fighting, Aggravated | 10 days isolation. dh |
| 6. 12-27-82 Radio/TV Abuse | Loss two weeks yard privileges, suspended 90 days. dnj |
| 7. 1-30-83 Aggravated Disobedience | Loss of 1 week store, suspended for 90 days. dnj |
| 8. 4-12-83 Disrespect  | Loss 2 weeks yard privileges. dnj |
| ~~10. 4-7-84 Agg. Disobedience~~ | ~~10 days isolation suspended 90 da dnj~~ |
| 9. 8-8-84 Theft, Attempted | Reprimand and Warned. dnj |
| 10. 12-27-84 Contraband | 2 days extra duty and suspended f 90 days. dnj |
| 11. 3-26-85 Disobedience | Loss of 2 weeks store privileges. dnj |
| 12. 4-1-85 Agg. Work Offense | Loss of 2 weeks store privileges and loss of 2 weeks plasma privileges. dnj |
| 13. 4-17-85 Property Destruction | 1 day extra duty. dnj |
| 14. 4-23-85 Work Offense | 2 days extra duty. dnj |
| 15. 6-9-85 Contraband | 10 days isolation, credit 2 dys in Adm. L/I, 8 days isolation suspended 90 days. dnj |

DPSC - 000010