

BOBBY JINDAL
Governor

JAMES M. Le BLANC
Secretary

## State of Louisiana

Department of Public Safety and Corrections
Louisiana State Penitentiary

## STATE OF LOUISIANA
## WEST FELICIANA PARISH
## ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

Kenneth Whitmore #86468 Lockdown Review Summary

date 04/21/1978 – 07/07/2014

Connie M⁻Cann

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 8 | 11 | 14

Kenneth Whitmore #86468 Case

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

LOCKDOWN REVIEW SUMMARY          DATE: 7/7/14

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: D HWK 4/L      ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

REASON FOR ORIGINAL LOCKDOWN  7/6/86

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
__X__ RULE VIOLATION #8                   _____ INVESTIGATION
_____ INCIDENT REPORT                     _____ INITIAL CLASSIFICATION
=================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____  RELEASED TO _____     WHY: _____

__✓__ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense __✓__ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate`s Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

            _____ Psychiatric Evaluations    _____ Self-Mutilation
            _____ Serious Rule Infractions    _____ Other_____
            _____ Pattern of Violence                  _____

_____ Continuing Investigation.  By Whom:_____
      For:_____
=================================================================
REVIEWED BY: _____
             NAME                              TITLE


=================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: 6/10/14

DOC#:86468        NAME: KENNETH   WHITMORE
LOCATION: D HWK 4/L         ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

ACTION OF LOCKDOWN REVIEW BOARD

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION
============================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____  RELEASED TO _____      WHY:_____

_√___ NOT RELEASED    REASONS:                                    .

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request           _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_√___ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
    _____

_____ Physically Dangerous to Himself or Others as Evidence by:

            _____ Psychiatric Evaluations      _____ Self-Mutilation
            _____ Serious Rule Infractions     _____ Other_____
            _____ Pattern of Violence              _____

_____ Continuing Investigation.  By Whom:_____
    For:_____
============================================================================
REVIEWED BY: _____
            NAME                              TITLE


============================================================================
COMMENTS:

RECEIVED
JUN 12 2014
LSP/RECORDS

<u>LOCKDOWN REVIEW SUMMARY</u>                DATE: $5/9/14$

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: D HWK 4/L      ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

### REASON FOR ORIGINAL LOCKDOWN

____ DISCIPLINARY BOARD ACTION        ____ OWN REQUEST
____ RULE VIOLATION                   ____ INVESTIGATION
____ INCIDENT REPORT                  ____ INITIAL CLASSIFICATION
=====================================================================

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____        WHY:_____
_____

__✓_ NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request          ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

__✓_ Nature of Original Reason for Lockdown

____ Inmate`s Protection:(explain)_____
_____

____ Physically Dangerous to Himself or Others as Evidence by:

              ____ Psychiatric Evaluations    ____ Self-Mutilation
              ____ Serious Rule Infractions   ____ Other_____
              ____ Pattern of Violence              _____

____ Continuing Investigation/  By Whom:_____
     For:_____
=====================================================================
REVIEWED BY:_____        _____
           NAME                            TITLE

           _____
                                           <del>RECEIVED</del>
=====================================================================
COMMENTS:                                    MAY 1 2 2014
                                           SP/RECORDS

DPSC - 002026

LOCKDOWN REVIEW SUMMARY                 DATE: 4-7-14

DOC#:86468       NAME: KENNETH   WHITMORE
LOCATION: D HWK 4/L
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 11-5-86

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
__✓__ RULE VIOLATION  Escape             _____ INVESTIGATION
_____ INCIDENT REPORT                    __✓__ INITIAL CLASSIFICATION
================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____  RELEASED TO _____      WHY:_____
_____

__✓__ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense  __✓__ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__✓__ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

            _____ Psychiatric Evaluations   _____ Self-Mutilation
            _____ Serious Rule Infractions   _____ Other_____
            _____ Pattern of Violence                 _____

_____ Continuing Investigation  By Whom:_____
      For:_____
====================================================================
REVIEWED BY:_____        _____
            NAME                             TITLE

            _____        _____
====================================================================
COMMENTS:

                                        RECEIVED
                                        APR 0 4 2014
                                        LSP/RECORDS

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE: 3-6-14

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: D HWK 4/L    ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-5-86

<u>REASON FOR ORIGINAL LOCKDOWN</u>

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION
==================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____      WHY:_____
_____

__✓__ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense __✓__ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__✓__ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations    _____ Self-Mutilation
        _____ Serious Rule Infractions   _____ Other_____
        _____ Pattern of Violence                _____

_____ Continuing Investigation.  By Whom:_____
      For:_____
====================================================================
REVIEWED BY: _Baudin Potter_____  _Calc_____
             NAME                     TITLE

             _Rae Hoyatt_____   _ARDC SPC.1_____
====================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                DATE: 01/06/2014

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: D HWK 4/L      ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/6/86

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION        _____ OWN REQUEST
___✓__ RULE VIOLATION                    _____ INVESTIGATION
_____ INCIDENT REPORT                   _____ INITIAL CLASSIFICATION
=================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____ __ __ __    WHY:___ ___ ___ ___ ___ ___

_____ NOT RELEASED    REASONS:

    _____ Nature of Commitment Offense _____ Escape Risk

    _____ Inmate's Request            _____ New Rule Infractions Since Last Review

    _____ Pending Felony Charges

    ___✓__ Nature of Original Reason for Lockdown

    _____ Inmate`s Protection:(explain)___ ___ ___ ___ ___ ___ ___
    ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

    _____ Physically Dangerous to Himself or Others as Evidence by:

                _____ Psychiatric Evaluations   _____ Self-Mutilation
                _____ Serious Rule Infractions  _____ Other_____
                _____ Pattern of Violence

    _____ Continuing Investigation. By Whom:___ ___ ___ ___ ___
        For:___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___
=================================================================
REVIEWED BY:___ ___ ___ ___ ___ ___        ___ ___ ___ ___ ___
            NAME                           TITLE

    ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___
=================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: 12-11-2013

DOC#:86468     NAME: KENNETH  WHITMORE
LOCATION: D HWK 4/L      ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/5/86

REASON FOR ORIGINAL LOCKDOWN

X  DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
X  RULE VIOLATION                     ____ INVESTIGATION
____ INCIDENT REPORT                  ____ INITIAL CLASSIFICATION
================================================================
ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____    WHY: _____

X  NOT RELEASED    REASONS:

____ Nature of Commitment Offense   X  Escape Risk

____ Inmate's Request               ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

X  Nature of Original Reason for Lockdown

____ Inmate`s Protection:(explain)_____

____ Physically Dangerous to Himself or Others as Evidence by:

          ____ Psychiatric Evaluations    ____ Self-Mutilation
          ____ Serious Rule Infractions    ____ Other_____
          ____ Pattern of Violence

____ Continuing Investigation.  By Whom:_____
     For:_____
================================================================
REVIEWED BY: _____    _____
             NAME                          TITLE

             _____
================================================================
COMMENTS:

*Wdn. Font*
*1-15-13*

LOCKDOWN REVIEW SUMMARY                DATE: 11/6/2013

*Record in Warden Portent*

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: D HWK 4/L    ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

### REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION            _____ OWN REQUEST
_____ RULE VIOLATION                       _____ INVESTIGATION
_____ INCIDENT REPORT                      _____ INITIAL CLASSIFICATION
==================================================================
### ACTION OF LOCKDOWN REVIEW BOARD

_____  RELEASED TO _____    WHY:_____
_____

_____  NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request         _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate`s Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations     _____ Self-Mutilation
        _____ Serious Rule Infractions    _____ Other_____
        _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
     For:_____
==================================================================
REVIEWED BY:_____
        NAME                              TITLE
_____

_____
==================================================================
COMMENTS:                          RECEIVED

                                   NOV 07 2013

                                   SP/RECORDS

<u>LOCKDOWN REVIEW SUMMARY</u>                DATE: 10/1/2013

DOC#:86468        NAME: KENNETH   WHITMORE
LOCATION: D HWK 4/L        ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/6/86

<u>REASON FOR ORIGINAL LOCKDOWN</u>

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
___/___ RULE VIOLATION                   _____ INVESTIGATION
_____ INCIDENT REPORT                    __/__ INITIAL CLASSIFICATION
========================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____   RELEASED TO _____   WHY:_____
_____

__X__ NOT RELEASED    REASONS:

_____  Nature of Commitment Offense  __/__ Escape Risk

_____  Inmate's Request        _____ New Rule Infractions Since Last Review

_____  Pending Felony Charges

_____  Nature of Original Reason for Lockdown

_____  Inmate`s Protection:(explain)_____
_____

_____  Physically Dangerous to Himself or Others as Evidence by:

            _____ Psychiatric Evaluations     _____ Self-Mutilation
            _____ Serious Rule Infractions    _____ Other_____
            _____ Pattern of Violence         _____

_____  Continuing Investigation.  By Whom:_____
       For:_____
========================================================================
REVIEWED BY:_____    _____
            NAME                          TITLE

_____
========================================================================
COMMENTS:

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE:08/23/2013

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: D HWK 4/L      ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/6/86

<u>REASON FOR ORIGINAL LOCKDOWN</u>

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
__✗__ RULE VIOLATION ⍨                    _____ INVESTIGATION
_____ INCIDENT REPORT                     _____ INITIAL CLASSIFICATION
============================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____     WHY:_____

__✗__ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense  __✗__ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__✗__ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations     _____ Self-Mutilation
          _____ Serious Rule Infractions    _____ Other_____
          _____ Pattern of Violence         _____

_____ Continuing Investigation.  By Whom:_____
      For:_____
============================================================================
REVIEWED BY:_____
          NAME                          TITLE

          _____
============================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: 7-2-/3

DOC#:86468       NAME: KENNETH   WHITMORE
LOCATION: D HWK 4/L     ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/6/86

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
___X__ RULE VIOLATION 8                    _____ INVESTIGATION
_____ INCIDENT REPORT                     _____ INITIAL CLASSIFICATION
================================================================
                ACTION OF LOCKDOWN REVIEW BOARD

_____  RELEASED TO _____       WHY:_____
_____           _____

__X___ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense  _X_ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations      _____ Self-Mutilation
          _____ Serious Rule Infractions     _____ Other_____
          _____ Pattern of Violence          _____

_____ Continuing Investigation.  By Whom:_____
       For:_____
================================================================
REVIEWED BY:_____
            NAME                                    TITLE
_____
_____
================================================================
COMMENTS:

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE: 06/06/2013

DOC#:86468        NAME: KENNETH   WHITMORE
LOCATION: D HWK 4/L     ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-6-86

<u>REASON FOR ORIGINAL LOCKDOWN</u>

____ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
____ RULE VIOLATION  #8                  ____ INVESTIGATION
____ INCIDENT REPORT #8                  ____ INITIAL CLASSIFICATION
==================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

____ RELEASED TO _____      WHY:_____

__ NOT RELEASED    REASONS:

____ Nature of Commitment Offense _/_ Escape Risk

____ Inmate's Request           ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

____ Nature of Original Reason for Lockdown

____ Inmate's Protection:(explain)____ _____ _____

____ Physically Dangerous to Himself or Others as Evidence by:

              ____ Psychiatric Evaluations    ____ Self-Mutilation
              ____ Serious Rule Infractions   ____ Other_____
              ____ Pattern of Violence

____ Continuing Investigation.  By Whom:_____
     For:_____
==================================================================
REVIEWED BY:_____
         NAME.                              TITLE
                                            _____

==================================================================
COMMENTS:

DPSC - 002035

LOCKDOWN REVIEW SUMMARY          DATE: 5-15-13

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: D HWK 4/L      ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-6-86

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION  # 8               _____ INVESTIGATION
_____ INCIDENT REPORT #                 _____ INITIAL CLASSIFICATION
================================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____   RELEASED TO _____      WHY:_____

_____ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense  /  Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate`s Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions   _____ Other_____
          _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
      For:_____
================================================================================
REVIEWED BY:_____
          NAME                              TITLE



================================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: 9/9/17

DOC#:86468       NAME: KENNETH  WHITMORE
LOCATION: D HWK 4/L      ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/6/84

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION              _____ OWN REQUEST
_____ RULE VIOLATION                         _____ INVESTIGATION
_____ INCIDENT REPORT                        _____ INITIAL CLASSIFICATION
==================================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____   RELEASED TO _____       WHY:_____

__X__ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense   __X__ Escape Risk

_____ Inmate's Request               _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__X__ Nature of Original Reason for Lockdown

_____ Inmate`s Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

              _____ Psychiatric Evaluations    _____ Self-Mutilation
              _____ Serious Rule Infractions    _____ Other_____
              _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
      For:
==================================================================================
REVIEWED BY:
             NAME                               TITLE

==================================================================================
COMMENTS:

DPSC - 002037

<u>LOCKDOWN REVIEW SUMMARY</u>                      DATE: 3-18-2013

DOC#: 86468      NAME: KENNETH   WHITMORE
LOCATION: D HWK 4/L     ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 2-12-01

<u>REASON FOR ORIGINAL LOCKDOWN</u>

X  DISCIPLINARY BOARD ACTION        _____ OWN REQUEST
X  RULE VIOLATION      # 10          _____ INVESTIGATION
_____ INCIDENT REPORT               _____ INITIAL CLASSIFICATION
================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____      WHY: _____
_____      _____

X  NOT RELEASED     REASONS:

____ Nature of Commitment Offense  X Escape Risk

____ Inmate's Request        ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

X  Nature of Original Reason for Lockdown

____ Inmate`s Protection: (explain) _____
_____

____ Physically Dangerous to Himself or Others as Evidence by:

        ____ Psychiatric Evaluations     ____ Self-Mutilation
        ____ Serious Rule Infractions    ____ Other_____
        ____ Pattern of Violence                 _____

____ Continuing Investigation.  By Whom: _____
     For: _____
================================================================
REVIEWED BY: _____
           NAME                              TITLE

           Anas Farhly
================================================================
COMMENTS:    .
                                          i

DPSC - 002038

<u>LOCKDOWN REVIEW SUMMARY</u>          DATE: 2-7-13

DOC#:86468     NAME: KENNETH  WHITMORE
LOCATION: D HWK 4/L       ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 8-12-01

<u>REASON FOR ORIGINAL LOCKDOWN</u>

_X_  DISCIPLINARY BOARD ACTION # 10        ____ OWN REQUEST
____ RULE VIOLATION                        ____ INVESTIGATION
____ INCIDENT REPORT                       ____ INITIAL CLASSIFICATION
=====================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

____  RELEASED TO _____  WHY: _____

_X_
____ NOT RELEASED    REASONS:

____ Nature of Commitment Offense  _V_ Escape Risk

____ Inmate's Request              ____ New Rule Infractions Since Last Review

____ Pending Felony Charges
_X_
____ Nature of Original Reason for Lockdown

____ Inmate`s Protection:(explain)_____
     _____

____ Physically Dangerous to Himself or Others as Evidence by:

          ____ Psychiatric Evaluations    ____ Self-Mutilation
          ____ Serious Rule Infractions   ____ Other_____
          ____ Pattern of Violence

____ Continuing Investigation.  By Whom:_____
     For:_____
=====================================================================
REVIEWED BY: _____
             NAME                              TITLE
             SUSAN FAIRCHILD

=====================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE:1-8-13

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: D HWK 4/L        ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-5-86

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION              _____ OWN REQUEST
_____ RULE VIOLATION                         _____ INVESTIGATION
_____ INCIDENT REPORT                        _____ INITIAL CLASSIFICATION
=================================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____      WHY:_____

_____ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense  ✓ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

       _____ Psychiatric Evaluations    _____ Self-Mutilation
       _____ Serious Rule Infractions   _____ Other_____
       _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
      For:_____
=================================================================================
REVIEWED BY:
      NAME                                     TITLE


=================================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY        DATE: 12-6-12

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: D HWK 4/L
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-6-86

## REASON FOR ORIGINAL LOCKDOWN

___ DISCIPLINARY BOARD ACTION          ___ OWN REQUEST
___ RULE VIOLATION                     ___ INVESTIGATION
___ INCIDENT REPORT                    ___ INITIAL CLASSIFICATION
=====================================================================
## ACTION OF LOCKDOWN REVIEW BOARD

___ RELEASED TO _____    WHY:_____
_____

___ NOT RELEASED    REASONS:

___ Nature of Commitment Offense   ✓  Escape Risk

___ Inmate's Request          ___ New Rule Infractions Since Last Review

___ Pending Felony Charges

___ Nature of Original Reason for Lockdown

___ Inmate's Protection:(explain) _____
_____

___ Physically Dangerous to Himself or Others as Evidence by:

         ___ Psychiatric Evaluations      ___ Self-Mutilation
         ___ Serious Rule Infractions     ___ Other_____
         ___ Pattern of Violence                  _____

___ Continuing Investigation.  By Whom:_____
     For: _____
=====================================================================
REVIEWED BY: _____    _____
             NAME                        TITLE


=====================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY             DATE: 11-1-12

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: D HWK 4/L
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/6/86

REASON FOR ORIGINAL LOCKDOWN

____ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
_X__ RULE VIOLATION 8                    ____ INVESTIGATION
____ INCIDENT REPORT                     ____ INITIAL CLASSIFICATION
=================================================================
ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____    WHY:_____
_____

_X__ NOT RELEASED    REASONS:

____ Nature of Commitment Offense  _X_ Escape Risk

____ Inmate's Request        ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

____ Nature of Original Reason for Lockdown

____ Inmate`s Protection:(explain)_____
_____

____ Physically Dangerous to Himself or Others as Evidence by:

        ____ Psychiatric Evaluations    ____ Self-Mutilation
        ____ Serious Rule Infractions   ____ Other_____
        ____ Pattern of Violence                 _____

____ Continuing Investigation.  By Whom:_____
     For:_____
=================================================================
REVIEWED BY: _Will T H_____
         NAME                          TITLE
        _____      _____
=================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: /0-/-/?

DOC#: 86468     NAME: KENNETH  WHITMORE
LOCATION: D HWK 4/L        ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-6-86

REASON FOR ORIGINAL LOCKDOWN

___ DISCIPLINARY BOARD ACTION          ___ OWN REQUEST
___ RULE VIOLATION                     ___ INVESTIGATION
___ INCIDENT REPORT                    ___ INITIAL CLASSIFICATION
============================================================
ACTION OF LOCKDOWN REVIEW BOARD

___ RELEASED TO _____    WHY: _____

___ NOT RELEASED    REASONS:

___ Nature of Commitment Offense   _✓_ Escape Risk

___ Inmate's Request               ___ New Rule Infractions Since Last Review

___ Pending Felony Charges

_✓_ Nature of Original Reason for Lockdown

___ Inmate`s Protection:(explain)_____

___ Physically Dangerous to Himself or Others as Evidence by:

        ___ Psychiatric Evaluations    ___ Self-Mutilation
        ___ Serious Rule Infractions   ___ Other_____
        ___ Pattern of Violence

___ Continuing Investigation.  By Whom:_____
    For:_____
============================================================
REVIEWED BY: _____
             NAME                        TITLE

             _____
============================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: 8/2/12

DOC#: 86468        NAME: KENNETH  WHITMORE
LOCATION: D HWK 4/L    ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/5/86

### REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
___✓__ RULE VIOLATION  Escape              _____ INVESTIGATION
_____ INCIDENT REPORT                     _____ INITIAL CLASSIFICATION
=====================================================================
### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____    WHY: _____

___✓__ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense  __✓__ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

___✓__ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____


_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions   _____ Other_____
          _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
       For:
=====================================================================
REVIEWED BY:
          NAME _____          TITLE _____

=====================================================================
COMMENTS:

◊B

©LOCKDOWN REVIEW SUMMARY        DATE: 7-11-13

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: D HWK 4/L      ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-6-84

©REASON FOR ORIGINAL LOCKDOWN

| © | DISCIPLINARY BOARD ACTION | © | OWN REQUEST |
| © | RULE VIOLATION | © | INVESTIGATION |
| © | INCIDENT REPORT | © | INITIAL CLASSIFICATION |

====================================================================
©ACTION OF LOCKDOWN REVIEW BOARD

_____  RELEASED TO _____        WHY:_____

___✓  NOT RELEASED    REASONS:

_____  Nature of Commitment Offense  __✓__ Escape Risk

_____  Inmate's Request              _____ New Rule Infractions Since Last Review

_____  Pending Felony Charges

__✓  Nature of Original Reason for Lockdown

_____  Inmate`s Protection:(explain)_____

_____  Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions   _____ Other_____
          _____ Pattern of Violence

_____  Continuing Investigation.  By Whom:_____
       For:_____

====================================================================
REVIEWED BY:_____
            NAME                              TITLE

====================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: 6-5-12

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: D HWK 3/L
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-6-1986

### REASON FOR ORIGINAL LOCKDOWN

_X_ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_X_ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                  _____ INITIAL CLASSIFICATION

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____ WHY:_____

_X_ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense  _X_ Escape Risk

_____ Inmate's Request         _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_X_ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations     _____ Self-Mutilation
          _____ Serious Rule Infractions    _____ Other_____
          _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
      For:_____

REVIEWED BY:_____
            NAME                              TITLE
            _____

COMMENTS:

DPSC - 002046

LOCKDOWN REVIEW SUMMARY                          DATE: 5/8/12

DOC#:86458      NAME: KENNETH  WHITMORE
LOCATION: D HWK 3/L
DATE OF ORIGINAL PLACEMENT IN EXTENDED LOCKDOWN: 7/6/86

### REASON FOR ORIGINAL LOCKDOWN

| | |
|---|---|
| _____ DISCIPLINARY BOARD ACTION | _____ OWN REQUEST |
| _____ RULE VIOLATION | _____ INVESTIGATION |
| _____ INCIDENT REPORT | _____ INITIAL CLASSIFICATION |

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____    WHY:_____

__X__ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense   __X__ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__X__ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

      _____ Psychiatric Evaluations   _____ Self-Mutilation
      _____ Serious Rule Infractions  _____ Other_____
      _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
      For:_____

REVIEWED BY:_____
      NAME                                 TITLE

COMMENTS:

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE: 4-4-18

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: D HWK 3/L
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-5-86

<u>REASON FOR ORIGINAL LOCKDOWN</u>

X  DISCIPLINARY BOARD ACTION            _____ OWN REQUEST
   RULE VIOLATION ⊘                     _____ INVESTIGATION
   INCIDENT REPORT                      _____ INITIAL CLASSIFICATION
═══════════════════════════════════════════════════════════════
          <u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____ WHY: _____
_____

✓ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense  ✓ Escape Risk

_____ Inmate's Request           _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions   _____ Other_____
          _____ Pattern of Violence        _____

_____ Continuing Investigation.  By Whom:_____
      For:_____
═══════════════════════════════════════════════════════════════
REVIEWED BY: _____
             NAME                              TITLE

             _____/Clerk_____
═══════════════════════════════════════════════════════════════
COMMENTS:

DPSC - 002048

LOCKDOWN STATUS REVIEW                                    DATE 3-20-12

INTERVIEWER                           DATE & TIME ENTERED LOCKDOWN 7-5-84
LOCATION & RANK
DATE OF ORIGINAL LOCKDOWN REVIEW/INITIAL CLASSIFICATION    7-11-84

REASON FOR ORIGINAL LOCKDOWN

X DISCIPLINARY DETENTION (DB#)                          _____ DEATH PENALTY
_____ ADMIN. SEGREGATION                                _____ ADMINISTRATIVE
_____ PROTECTION PENDING                                _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____    UNIT: _____

X NOT RELEASED    REASON(S)

_____ Nature of Commitment Offense    X Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

X Nature of Original Reason for Lockdown

_____ Inmate's Protection(explain) _____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations    _____ Self-Mutilation
        _____ Serious Rule Infractions   _____ Other
        _____ Pattern of Violence

_____ Continuing Investigation.  By Whom _____
        For: _____

REVIEWED BY: _____    TITLE _____
            SIGN

COMMENTS:

LOCKDOWN REVIEW SUMMARY          DATE: 2/9/12

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: D HWK 3/L
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/5/86

REASON FOR ORIGINAL LOCKDOWN

X DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                _____ INVESTIGATION
_____ INCIDENT REPORT               _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____    WHY:_____

X NOT RELEASED     REASONS:

_____ Nature of Commitment Offense   X Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

X Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions   _____ Other_____
          _____ Pattern of Violence        _____

_____ Continuing Investigation.  By Whom:_____
       For:_____

REVIEWED BY:_____
            NAME                          TITLE

COMMENTS:

LOCKDOWN REVIEW SUMMARY          DATE: 9-10-12

DOC#:86468     NAME: KENNETH  WHITMORE
LOCATION: D HWK 4/L     ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/6/86

REASON FOR ORIGINAL LOCKDOWN

☒ DISCIPLINARY BOARD ACTION        _____ OWN REQUEST
☒ RULE VIOLATION                   _____ INVESTIGATION
_____ INCIDENT REPORT              _____ INITIAL CLASSIFICATION

================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____ WHY:_____

☒ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense  ☒ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

☒ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

      _____ Psychiatric Evaluations   _____ Self-Mutilation
      _____ Serious Rule Infractions  _____ Other_____
      _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
      For:_____
=================================================================
REVIEWED BY: _William_____
             NAME                        TITLE
             _____
             Sunfahel
=================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY          DATE: 1/3/2012

DOC#:86468     NAME: KENNETH  WHITMORE
LOCATION: D HWK 3/L
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/5/86

REASON FOR ORIGINAL LOCKDOWN

X DISCIPLINARY BOARD ACTION          ___ OWN REQUEST
___ RULE VIOLATION                    ___ INVESTIGATION
___ INCIDENT REPORT                   ___ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

___ RELEASED TO _____     WHY:_____

X NOT RELEASED    REASONS:

___ Nature of Commitment Offense    X Escape Risk

___ Inmate's Request              ___ New Rule Infractions Since Last Review

___ Pending Felony Charges

X Nature of Original Reason for Lockdown

___ Inmate's Protection:(explain)_____

___ Physically Dangerous to Himself or Others as Evidence by:

        ___ Psychiatric Evaluations    ___ Self-Mutilation
        ___ Serious Rule Infractions   ___ Other_____
        ___ Pattern of Violence

___ Continuing Investigation. By Whom:_____
    For:_____

REVIEWED BY:_____
        NAME                        TITLE

COMMENTS:

DPSC - 002052

LOCKDOWN REVIEW SUMMARY          DATE: 12-28-11

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: D HWK 3/L
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/5/86

REASON FOR ORIGINAL LOCKDOWN

X DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
X RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                _____ INITIAL CLASSIFICATION
================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____      WHY: _____
_____

X NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

X Nature of Original Reason for Lockdown

_____ Inmate`s Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations      _____ Self-Mutilation
          _____ Serious Rule Infractions     _____ Other_____
          _____ Pattern of Violence                _____

_____ Continuing Investigation.  By Whom:_____
     For:_____
================================================================
REVIEWED BY: _____
          NAME                              TITLE _____
          _____
================================================================
COMMENTS:

DPSC - 002053

LOCKDOWN REVIEW SUMMARY          DATE: 11-30-11

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: D HWK 3/L        ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/5/86

REASON FOR ORIGINAL LOCKDOWN

__X__ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
__X__ RULE VIOLATION                     ____ INVESTIGATION
____ INCIDENT REPORT                     ____ INITIAL CLASSIFICATION
==============================================================================
ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____     WHY: _____

__X__ NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request          ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

__X__ Nature of Original Reason for Lockdown

____ Inmate`s Protection:(explain) _____

____ Physically Dangerous to Himself or Others as Evidence by:

          ____ Psychiatric Evaluations     ____ Self-Mutilation
          ____ Serious Rule Infractions    ____ Other_____
          ____ Pattern of Violence         _____

____ Continuing Investigation.  By Whom:_____
     For:_____
==============================================================================
REVIEWED BY:_____
          NAME                              TITLE

          _____
==============================================================================
COMMENTS:

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE: /0-7-6/

DOC#:86468        NAME: KENNETH  WHITMORE
LOCATION: D HWK 3/L
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-5-86

<u>REASON FOR ORIGINAL LOCKDOWN</u>

___ DISCIPLINARY BOARD ACTION          ___ OWN REQUEST
___ RULE VIOLATION                     ___ INVESTIGATION
___ INCIDENT REPORT                    ___ INITIAL CLASSIFICATION

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

___ RELEASED TO _____ WHY: _____
_____

___ NOT RELEASED    REASONS:

___ Nature of Commitment Offense __✓__ Escape Risk

___ Inmate's Request            ___ New Rule Infractions Since Last Review

___ Pending Felony Charges

__✓_ Nature of Original Reason for Lockdown

___ Inmate's Protection:(explain)_____

___ Physically Dangerous to Himself or Others as Evidence by:

            ___ Psychiatric Evaluations    ___ Self-Mutilation
            ___ Serious Rule Infractions   ___ Other_____
            ___ Pattern of Violence

___ Continuing Investigation. By Whom:_____
    For:_____

REVIEWED BY: _____  _____
             NAME                               TITLE

COMMENTS:

DPSC - 002055

LOCKDOWN REVIEW SUMMARY        DATE: 9-29-2011

DOC#:86468        NAME: KENNETH WHITMORE
LOCATION: D HWK 3/L      ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/5/1986

REASON FOR ORIGINAL LOCKDOWN

X DISCIPLINARY BOARD ACTION        _____ OWN REQUEST
X RULE VIOLATION        _____ INVESTIGATION
_____ INCIDENT REPORT        _____ INITIAL CLASSIFICATION
=======================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____        WHY: _____

X NOT RELEASED    REASONS:

_____ Nature of Commitment Offense    X Escape Risk

_____ Inmate's Request        _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

X Nature of Original Reason for Lockdown

_____ Inmate`s Protection:(explain) _____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations    _____ Self-Mutilation
        _____ Serious Rule Infractions    _____ Other _____
        _____ Pattern of Violence

_____ Continuing Investigation.  By Whom: _____
    For: _____
=======================================================================
REVIEWED BY: _____
        NAME    Susan) Fauk le    TITLE _____

        _____

=======================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: 8-30-11

DOC#:86468        NAME: KENNETH   WHITMORE
LOCATION: D HWK 3/L     ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:   7/5/86

REASON FOR ORIGINAL LOCKDOWN

X  DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
X  RULE VIOLATION                     _____ INVESTIGATION
___ INCIDENT REPORT                   _____ INITIAL CLASSIFICATION
=============================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____  RELEASED TO _____        WHY:_____

X  NOT RELEASED    REASONS:              .

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

X  Nature of Original Reason for Lockdown

_____ Inmate`s Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations      _____ Self-Mutilation
          _____ Serious Rule Infractions     _____ Other_____
          _____ Pattern of Violence          _____

_____ Continuing Investigation.  By Whom:_____
      For:_____
=============================================================================
REVIEWED BY:_____  _____
            NAME                           TITLE

=============================================================================
COMMENTS:

DPSC - 002057

LOCKDOWN REVIEW SUMMARY                    DATE: 7/5/2011

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: D BWK 3/_                        7/5/86
DATE OF ORIGINAL PLACEMENT IN EXTENDED LOCKDOWN:

## REASON FOR ORIGINAL LOCKDOWN

X DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
X RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                _____ INITIAL CLASSIFICATION

## ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____ WHY: _____

X NOT RELEASED    REASONS:

_____ Nature of Commitment Offense  X Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

X Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain) _____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations      _____ Self-Mutilation
        _____ Serious Rule Infractions     _____ Other_____
        _____ Pattern of Violence

_____ Continuing Investigation.  By Whom: _____
      For: _____

REVIEWED BY: _____
            NAME                              TITLE

                                    ADOC Spelst

COMMENTS:

DPSC - 002058

LOCKDOWN REVIEW SUMMARY          DATE: 4///2011

DOC#:86468       NAME: KENNETH  WHITMORE
LOCATION: DR/EXT D
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/6/86

REASON FOR ORIGINAL LOCKDOWN

___✓___ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
___✓___ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION
==============================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____     WHY: _____

___✓___ NOT RELEASED   REASONS:

_____ Nature of Commitment Offense ___✓__ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

___✓___ Nature of Original Reason for Lockdown

_____ Inmate`s Protection:(explain)_____
        _____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations    _____ Self-Mutilation
        _____ Serious Rule Infractions   _____ Other_____
        _____ Pattern of Violence                 _____

_____ Continuing Investigation.  By Whom: _____
        For: _____
==============================================================================
REVIEWED BY: _____
             NAME                                    TITLE

             Amber Sol dt, ARDC Specialist

==============================================================================
COMMENTS:

<span style="text-align:center">LOCKDOWN REVIEW SUMMARY</span>          DATE:3/3/11

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: DR/EXT D      ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:7/6/86

<span style="text-align:center">REASON FOR ORIGINAL LOCKDOWN</span>

☑ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
☑ RULE VIOLATION                     ____ INVESTIGATION
____ INCIDENT REPORT                 ____ INITIAL CLASSIFICATION
=============================================================================
<span style="text-align:center">ACTION OF LOCKDOWN REVIEW BOARD</span>

____  RELEASED TO _____      WHY:_____

☑ NOT RELEASED    REASONS:

____  Nature of Commitment Offense  ☑ Escape Risk

____  Inmate's Request          ____ New Rule Infractions Since Last Review

____  Pending Felony Charges

☑  Nature of Original Reason for Lockdown

____  Inmate's Protection:(explain)_____
      _____

____  Physically Dangerous to Himself or Others as Evidence by:

            ____ Psychiatric Evaluations     ____ Self-Mutilation
            ____ Serious Rule Infractions     ____ Other_____
            ____ Pattern of Violence          ____ _____

____  Continuing Investigation.. By Whom:_____
      For:_____
=============================================================================
REVIEWED BY:_____    _____
            NAME                                 TITLE

            A. Schmidt  APRC Specialist          _____

=============================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                DATE:2/9/11

DOC#:86468        NAME: KENNETH  WHITMORE
LOCATION: DR/EXT D      ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:7/6/86

### REASON FOR ORIGINAL LOCKDOWN

✓ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
✓ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                _____ INITIAL CLASSIFICATION
===========================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____      WHY:_____
_____

✓ NOT RELEASED     REASONS:

_____ Nature of Commitment Offense  ✓ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate`s Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

            _____ Psychiatric Evaluations      _____ Self-Mutilation
            _____ Serious Rule Infractions      _____ Other_____
            _____ Pattern of Violence                 _____

_____ Continuing Investigation.  By Whom:_____
      For:_____
=====================================================================
REVIEWED BY: _____      _____
      NAME                                  TITLE
      _____

      A. Schmidt ,ARDC Specialist
=====================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                DATE:1/14/11

DOC#:86468        NAME: KENNETH  WHITMORE
LOCATION: DR/EXT D
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:7/6/86

REASON FOR ORIGINAL LOCKDOWN

_✓_ DISCIPLINARY BOARD ACTION         ____ OWN REQUEST
_✓_ RULE VIOLATION                    ____ INVESTIGATION
____ INCIDENT REPORT                  ____ INITIAL CLASSIFICATION
==========================================================================
ACTION OF LOCKDOWN REVIEW BOARD

____  RELEASED TO ____ ____ _____      WHY:____ _____ ____ _____ _____

_✓_ NOT RELEASED    REASONS:

____ Nature of Commitment Offense  _✓_ Escape Risk

____ Inmate's Request          ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

_✓_ Nature of Original Reason for Lockdown

____ Inmate`s Protection:(explain)__ ____ _____ _____ _____
    _____

____ Physically Dangerous to Himself or Others as Evidence by:

        ____ Psychiatric Evaluations      ____ Self-Mutilation
        ____ Serious Rule Infractions     ____ Other_____ ____ _____
        ____ Pattern of Violence                    _____

____ Continuing Investigation.  By Whom:_____ _____ _____ ____
    For:_____
==========================================================================
REVIEWED BY:
    NAME _M. Mully_____        TITLE _Major_____
    _A. Seliott, ARDC Specialist_____

==========================================================================
COMMENTS:

DPSC - 002062

LOCKDOWN REVIEW SUMMARY                     DATE:12/9/10

DOC#:86468        NAME: KENNETH  WHITMORE
LOCATION: DR/EXT D
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:7/6/86

REASON FOR ORIGINAL LOCKDOWN

✓ DISCIPLINARY BOARD ACTION              _____ OWN REQUEST
✓ RULE VIOLATION                          _____ INVESTIGATION
_____ INCIDENT REPORT                     _____ INITIAL CLASSIFICATION
=================================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO ___ ___ _____      WHY:_____ _____ _____ _____
_____ _____ _____ _____          _____ _____ _____ _____

✓ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense  ✓ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate`s Protection:(explain)_____ _____ _____ _____ _____
_____ _____ _____ _____ _____       _____ ___

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations      _____ Self-Mutilation
          _____ Serious Rule Infractions     _____ Other_____ _____
          _____ Pattern of Violence          _____ _____ _____

_____ Continuing Investigation.  By Whom:_____ _____ _____ _____ .
     For:__ _ _____ _____ _____
=================================================================================
REVIEWED BY:
        NAME _____         TITLE _____
        A. Schiott, ARDC Specialist          _____

=================================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY            DATE:11/18/10

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: DR/EXT D
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:7/6/86

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
___✓__ RULE VIOLATION                      _____ INVESTIGATION
___✓__ INCIDENT REPORT                     _____ INITIAL CLASSIFICATION
===============================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO ___ ___ ___ ___      WHY:___ ___ ___ ___ ___ ___ ___
_____

___✓__ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense ___✓__ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

___✓__ Nature of Original Reason for Lockdown

_____ Inmate`s Protection:(explain)___ ___ ___ ___ ___ ___ ___
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

            _____ Psychiatric Evaluations    _____ Self-Mutilation
            _____ Serious Rule Infractions    _____ Other___ ___ ___
            _____ Pattern of Violence                 _____

_____ Continuing Investigation.  By Whom:___ ___ ___ ___ ___
       For:_____
===============================================================================
REVIEWED BY:_~_M_Mully_____    _Mayer,_____
            NAME                          TITLE

       A. Schidt, ARDC Specialist_____
===============================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE:10/12/10

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: RC/CCR UPPER ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:7/8/86

REASON FOR ORIGINAL LOCKDOWN

___ DISCIPLINARY BOARD ACTION          ___ OWN REQUEST
_✓_ RULE VIOLATION                     ___ INVESTIGATION
___ INCIDENT REPORT                    ___ INITIAL CLASSIFICATION
==========================================================================
ACTION OF LOCKDOWN REVIEW BOARD

___ RELEASED TO _____    WHY:_____
_____

_✓_ NOT RELEASED    REASONS:

___ Nature of Commitment Offense  _✓_ Escape Risk

___ Inmate's Request              _✓_ New Rule Infractions Since Last Review
                                      7-28-10 #17
___ Pending Felony Charges

_✓_ Nature of Original Reason for Lockdown

___ Inmate`s Protection:(explain)_____
_____

___ Physically Dangerous to Himself or Others as Evidence by:

        ___ Psychiatric Evaluations      ___ Self-Mutilation
        ___ Serious Rule Infractions     ___ Other_____
        ___ Pattern of Violence          _____

___ Continuing Investigation.  By Whom:_____
    For:_____
==========================================================================
REVIEWED BY: _____        _____
             NAME                            TITLE

              A Schidt, ARDC Specialist
              _____
==========================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY          DATE: 9/14/10

DOC#: 86468      NAME: KENNETH  WHITMORE
LOCATION: RC/CCR UPPER ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/6/86

REASON FOR ORIGINAL LOCKDOWN

____✓ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
____✓ RULE VIOLATION                     ____ INVESTIGATION
____ INCIDENT REPORT                     ____ INITIAL CLASSIFICATION
================================================================
ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____     WHY: _____
                                      _____

__✓_ NOT RELEASED    REASONS:

____ Nature of Commitment Offense __✓ Escape Risk

____ Inmate's Request            __✓ New Rule Infractions Since Last Review
                                      #17      7-28-10
____ Pending Felony Charges

__✓_ Nature of Original Reason for Lockdown

____ Inmate`s Protection: (explain) _____
     _____

____ Physically Dangerous to Himself or Others as Evidence by:

          ____ Psychiatric Evaluations     ____ Self-Mutilation
          ____ Serious Rule Infractions    ____ Other _____
          ____ Pattern of Violence                 _____

____ Continuing Investigation.  By Whom: _____
     For: _____
================================================================
REVIEWED BY: _____
             NAME                              TITLE

             AScl. olt, AROC Specialist _____
================================================================
COMMENTS:

DPSC - 002066

LOCKDOWN REVIEW SUMMARY                    DATE: 8/ **10**/10

DOC#: 86468       NAME: KENNETH  WHITMORE
LOCATION: RC/CCR UPPER ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/6/86

### REASON FOR ORIGINAL LOCKDOWN

____ DISCIPLINARY BOARD ACTION            ____ OWN REQUEST
____ RULE VIOLATION                       ____ INVESTIGATION
____ INCIDENT REPORT                      ____ INITIAL CLASSIFICATION
==================================================================
### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____    WHY: _____

____ NOT RELEASED    REASONS: .

____ Nature of Commitment Offense  ✓ Escape Risk

____ Inmate's Request              ✓ New Rule Infractions Since Last Review
                                   7-26-10  Rule #17
____ Pending Felony Charges

____ Nature of Original Reason for Lockdown

____ Inmate`s Protection: (explain) _____

____ Physically Dangerous to Himself or Others as Evidence by:

        ____ Psychiatric Evaluations    ____ Self-Mutilation
        ____ Serious Rule Infractions   ____ Other _____
        ____ Pattern of Violence

____ Continuing Investigation.  By Whom: _____
     For: _____
==================================================================
REVIEWED BY: _____
        NAME                              TITLE

        Amber Schwalt, ARDC Spec.

==================================================================
COMMENTS:

DPSC - 002067

LOCKDOWN REVIEW SUMMARY          DATE: 7/14/10

DOC#: 86468      NAME: KENNETH  WHITMORE
LOCATION: RC/CCR UPPER ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-6-1986

REASON FOR ORIGINAL LOCKDOWN

___✓_ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
___✓_ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION
=================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____    WHY: _____
_____

__✓__ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense   _✓_ Escape Risk

_____ Inmate's Request               _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__✓__ Nature of Original Reason for Lockdown

_____ Inmate's Protection: (explain) _____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations     _____ Self-Mutilation
          _____ Serious Rule Infractions    _____ Other_____
          _____ Pattern of Violence         _____

_____ Continuing Investigation.   By Whom: _____
      For: _____
=================================================================
REVIEWED BY:  X   ____ CCM.   _____
          NAME   Amber Schmidt, ARDC Specialist   TITLE

=================================================================
COMMENTS:

DPSC - 002068

LOCKDOWN REVIEW SUMMARY                    DATE: 6-21-10

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: RC/CCR UPPER ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-6-86

REASON FOR ORIGINAL LOCKDOWN

__✓_ DISCIPLINARY BOARD ACTION        ____ OWN REQUEST
__✓_ RULE VIOLATION                   ____ INVESTIGATION
____ INCIDENT REPORT                  ____ INITIAL CLASSIFICATION
===============================================================================
ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____     WHY:_____

__✓_ NOT RELEASED    REASONS:

____ Nature of Commitment Offense  _✓_ Escape Risk

____ Inmate's Request              ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

__✓_ Nature of Original Reason for Lockdown

____ Inmate`s Protection:(explain)_____

____ Physically Dangerous to Himself or Others as Evidence by:

       ____ Psychiatric Evaluations     ____ Self-Mutilation
       ____ Serious Rule Infractions    ____ Other_____
       ____ Pattern of Violence

____ Continuing Investigation.  By Whom:_____
     For:_____
===============================================================================
REVIEWED BY: _____ Cahn. _____
       NAME            A Sel ett, ARDC Specialist    TITLE

===============================================================================
COMMENTS:

DPSC - 002069

●                    ●                    $e^{\sqrt[4]{2}\rho}$
                                        9/10/98

                    LOCKDOWN REVIEW SUMMARY              DATE: 4/6/10

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: RC/CCR UPPER ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

                    REASON FOR ORIGINAL LOCKDOWN

____ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
____ RULE VIOLATION                     ____ INVESTIGATION
____ INCIDENT REPORT                    __✓_ INITIAL CLASSIFICATION
================================================================
                    ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____      WHY:_____
_____

_✓__ NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

_✓__ Inmate's Request           ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

____ Nature of Original Reason for Lockdown

____ Inmate`s Protection:(explain)_____
_____

____ Physically Dangerous to Himself or Others as Evidence by:

        ____ Psychiatric Evaluations    ____ Self-Mutilation
        ____ Serious Rule Infractions   ____ Other_____
        ____ Pattern of Violence                _____

____ Continuing Investigation.  By Whom:_____
     For:_____
================================================================
REVIEWED BY:
        NAME                            TITLE
        Amber Schmidt                   ARDC
_____

================================================================
COMMENTS:

<u>LOCKDOWN REVIEW SUMMARY</u>                DATE: 1/14/10

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: RC/CCR UPPER ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

<u>REASON FOR ORIGINAL LOCKDOWN</u>

\_\_\_\_\_ DISCIPLINARY BOARD ACTION          \_\_\_\_\_ OWN REQUEST
\_\_\_\_\_ RULE VIOLATION                     \_\_\_\_\_ INVESTIGATION
\_\_\_\_\_ INCIDENT REPORT                    \_\_✓\_\_ INITIAL CLASSIFICATION
======================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

\_\_\_\_\_ RELEASED TO _____      WHY:_____

\_✓\_\_ NOT RELEASED    REASONS:

\_\_\_\_\_ Nature of Commitment Offense \_\_\_, Escape Risk

\_\_\_\_\_ Inmate's Request           \_\_\_\_\_ New Rule Infractions Since Last Review

\_\_\_\_\_ Pending Felony Charges

\_✓\_\_ Nature of Original Reason for Lockdown

\_\_\_\_\_ Inmate`s Protection:(explain)_____
       _____

\_\_\_\_\_ Physically Dangerous to Himself or Others as Evidence by:

          \_\_\_\_\_ Psychiatric Evaluations    \_\_\_\_\_ Self-Mutilation
          \_\_\_\_\_ Serious Rule Infractions   \_\_\_\_\_ Other_____
          \_\_\_\_\_ Pattern of Violence                _____

\_\_\_\_\_ Continuing Investigation.  By Whom:_____
       For:_____
=====================================================================
REVIEWED BY:_____      _____
            NAME                               TITLE
            WILEY MAGEE                        A.R.D.C. SPEC.II_____

            WILEY MAGEE _____    ARDC. SPEC.II_____

=====================================================================
COMMENTS:

RECEIVED

JAN 1 5 2010

LA STATE PENITENTIARY
RECORDS OFFICE

LOCKDOWN REVIEW SUMMARY                    DATE: /0-/4-09

DOC#: 86468      NAME: KENNETH  WHITMORE
LOCATION: RC/CCR UPPER ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-6-86

### REASON FOR ORIGINAL LOCKDOWN

_✓_ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
_✓_ RULE VIOLATION                     ____ INVESTIGATION
____ INCIDENT REPORT                   ____ INITIAL CLASSIFICATION
==================================================================

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____     WHY: _____
_____

_✓_ NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request          ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

_✓_ Nature of Original Reason for Lockdown

____ Inmate`s Protection: (explain) _____
_____

____ Physically Dangerous to Himself or Others as Evidence by:

         ____ Psychiatric Evaluations      ____ Self-Mutilation
         ____ Serious Rule Infractions     ____ Other_____
         ____ Pattern of Violence

____ Continuing Investigation.  By Whom: _____
     For: _____
==================================================================
REVIEWED BY: _____        _____
             NAME                            TITLE

             _____        _____

==================================================================
COMMENTS:

DPSC - 002072

7-9-09

7-6-86

LOCKDOWN REVIEW SUMMARY                          DATE: 4-8-09

DOC#:86466      NAME: KENNETH WHITMORE
LOCATION: EC/CIR UPPER .
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-6-86

REASON FOR ORIGINAL LOCKDOWN

___✓___ DISCIPLINARY BOARD ACTION         _____ OWN REQUEST
_____ RULE VIOLATION                    _____ INVESTIGATION
_____ INCIDENT REPORT                   _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____   WHY:_____

___✓___ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

___✓___ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

              _____ Psychiatric Evaluations      _____ Self-Mutilation
              _____ Serious Rule Infractions      _____ Other_____
              _____ Pattern of Violence

_____ Continuing Investigation. By Whom:_____
         For:_____

REVIEWED BY: Dale Dumog                          _____ Maze
              NAME                                        TITLE

              R. Augustine                         Com ARDC Supt

COMMENTS:

DPSC - 002074

6'                              5'

<u>LOCKDOWN REVIEW SUMMARY</u>          DATE: 10-8-08

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: RC/CCR UPPER ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:  7-6-86

<u>REASON FOR ORIGINAL LOCKDOWN</u>

| ✓ | DISCIPLINARY BOARD ACTION | | OWN REQUEST |
| ✓ | RULE VIOLATION | | INVESTIGATION |
| | INCIDENT REPORT | | INITIAL CLASSIFICATION |

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____  WHY:_____

✓ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense  ✓ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

            _____ Psychiatric Evaluations    _____ Self-Mutilation
            _____ Serious Rule Infractions   _____ Other_____
            _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
       For:_____

REVIEWED BY: _Dan Dan_____  _major_____
             NAME                        TITLE

             _R Rapp Copp_____

COMMENTS:

DPSC - 002075

<u>LOCKDOWN REVIEW SUMMARY</u>          DATE: /-08- 09

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: RC/CCR UPPER ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:   6 - 20 - 0 7

<u>REASON FOR ORIGINAL LOCKDOWN</u>

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION
================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____     WHY:_____

_____ NOT RELEASED   REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
      _____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions   _____ Other_____
          _____ Pattern of Violence              _____

_____ Continuing Investigation.  By Whom:_____
      For:_____
================================================================
REVIEWED BY: _____        m Ag____
                NAME                          TITLE

          _____        ARDC SPEC II
================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                                    DATE: 7/11/08

DOC#:86468       NAME: KENNETH  WHITMORE
LOCATION: RC/CCR UPPER ,        e
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:  7 - 6 - 86

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION            _____ OWN REQUEST
_____ RULE VIOLATION                       _____ INVESTIGATION
_____ INCIDENT REPORT                      _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____    WHY:_____

___✓ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense ___✓ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

___✓ Pending Felony Charges

___✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

            _____ Psychiatric Evaluations      _____ Self-Mutilation
            _____ Serious Rule Infractions      _____ Other_____
            _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
      For:_____

REVIEWED BY: Vall Demay                    Mary
            NAME                           TITLE

            R. Holt

COMMENTS:

2

LOCKDOWN REVIEW SUMMARY                                    5/6/08

DOC#:86468    NAME: KENNETH MITCHELL
LOCATION: RC/CCR UPPER
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:  6 - 20 - 07

REASON FOR ORIGINAL LOCKDOWN

___ DISCIPLINARY BOARD ACTION          ___ OWN REQUEST
___ RULE VIOLATION                     ___ INVESTIGATION
___ INCIDENT REPORT                    ___ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

___ RELEASED TO _____    WHY:_____

___ NOT RELEASED    REASONS:

___ Nature of Commitment Offense ___ Escape Risk

___ Inmate's Request              ___ New Rule Infractions Since Last Review

___ Pending Felony Charges

___ Nature of Original Reason for Lockdown

___ Inmate's Protection:(explain)_____

___ Physically Dangerous to Himself or Others as Evidence by:

        ___ Psychiatric Evaluations    ___ Self-Mutilation
        ___ Serious Rule Infractions   ___ Other_____
        ___ Pattern of Violence

___ Continuing Investigation. By Whom:_____
    For:_____

REVIEWED BY: _Dale Demy_           _Maj_
             NAME                   TITLE

COMMENTS:

LOCKDOWN REVIEW SUMMARY        DATE: 4-7-8

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: RC/CCR UPPER .
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 6|20|07

REASON FOR ORIGINAL LOCKDOWN

☑ DISCIPLINARY BOARD ACTION              ____ OWN REQUEST
☑ RULE VIOLATION                         ____ INVESTIGATION
____ INCIDENT REPORT                     ____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO                    WHY:_____

☑ NOT RELEASED  . REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request              ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

☑ Nature of Original Reason for Lockdown

____ Inmate's Protection:(explain)_____

____ Physically Dangerous to Himself or Others as Evidence by:

        ____ Psychiatric Evaluations    ____ Self-Mutilation
        ____ Serious Rule Infractions   ____ Other_____
        ____ Pattern of Violence

____ Continuing Investigation.  By Whom:_____
     For:

REVIEWED BY: _____    _____
             NAME                       TITLE

COMMENTS:

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE:03/05/08

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: J CUDA 2/L      .
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:  6 - 2 0 - 0 7

<u>REASON FOR ORIGINAL LOCKDOWN</u>

_____ DISCIPLINARY BOARD ACTION                _____ OWN REQUEST
_____ RULE VIOLATION                           _____ INVESTIGATION
_____ INCIDENT REPORT                          _____ INITIAL CLASSIFICATION
===============================================================================

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

RELEASED TO CCR 1-8-08   WHY:_____

_____ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk·

_____ Inmate's Request           _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations     _____ Self-Mutilation
        _____ Serious Rule Infractions    _____ Other_____
        _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
      For:_____
==========================================================================
REVIEWED BY:_____          W.Carter
            NAME_____      TITLE


==========================================================================
COMMENTS:

RECEIVED
MAR 1 0 2008
A/RECORDS



6-20-07
BL CCR 1-8-08

CCR 1-808



[illegible]

[illegible] 6-20-07
[illegible] 9-4-07
[illegible]

[illegible]

✓ [illegible] _ [illegible]
_ [illegible] _ [illegible]
_ [illegible] _ [illegible]

ACTION OF LOCKDOWN REVIEW BOARD

✓ RELEASED TO CCR WHY: ____________________

_ NOT RELEASED REASONS:

Nature of Commitment Offense _ Escape Risk

Inmate's Request _ New Rule Infractions Since Last Review

Pending Felony Charges

____ Nature of Original Reason for Lockdown

____ Inmate's Protection Required, ____________________

____ Physically Dangerous to Himself or Others As Evidenced by:

____ Psychiatric Evaluations ____ Self-Mutilation
Serious Rule Infractions ____ Other ____________________
_ Pattern of Violence

_ Continuing Investigation. By Whom: ____________________
[illegible]

REVIEWED BY: [signature] [signature]
NAME TITLE

[signature]

COMMENTS:

RECEIVED
JAN 29 2008
OP/RECORDS

EVALUATION SUMMARY

DATE:11/06/2007

OC #:86468    NAME:KENNETH    WHITMORE    LOCATION\LEVEL: J CUDA 2/L

ate of original placement in extended lockdown:  06-20-07

ate of placement at current level:    L-3   09-04-07

Reasons for Original Lockdown:

Rule Violation                                    Incident Report

Other (explain):

RESULTS OF EVALUATION

Reasigned to

hy?

Not Reasigned — Reasons:
    Nature of original reason for lockdown
    Escape risk
    Rule infractions since last evaluation
    Physically dangerous to self or others as evidenced by:
        Serious rule infractions
        Pattern of Violence
        Not Enough Time on Current Level
        Other: (explain)

COMMITTEE MEMBERS:
                        NAME                    TITLE
                                                SW

COMMENTS:

DPSC - 002084

LOCKDOWN REVIEW SUMMARY

DATE: 11/29/07

12-3-07

DOC#:86468    NAME: KENNETH WHITMORE
LOCATION: J CUDA 2/L    ,
DATE OF ORIGINAL PLACEMENT IN EXTENDED LOCKDOWN:

6-20-07
9-4-07

### REASON FOR ORIGINAL LOCKDOWN

✓ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
____ RULE VIOLATION                  ____ INVESTIGATION
____ INCIDENT REPORT                 ____ INITIAL CLASSIFICATION

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____    WHY:_____

✓ NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request          ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate's Protection:(explain)_____

____ Physically Dangerous to Himself or Others as Evidence by:

          ____ Psychiatric Evaluations    ____ Self-Mutilation
          ____ Serious Rule Infractions   ____ Other_____
          ____ Pattern of Violence

____ Continuing Investigation. By Whom:_____
    For:_____

REVIEWED BY: _Shirley Cooly Hall_
        NAME              TITLE  SW2

COMMENTS:

DPSC - 002086

Level 3

*NET*

09-11-07
6-20-07
9-4-07, 6-3



EVALUATION SUMMARY

DATE: July 31, 2007

DOC #:96468    NAME: KENNETH    WHITMORE    LOCATION/LEVEL: J C/F 2/R

ate of original placement in extended lockdown: 6-20-07

ate of placement at current level: L-2, 6-20-07

Reasons for Original Lockdown:

✓ Rule Violation                    Incident Report

Other (explain):

---

RESULTS OF EVALUATION

_____ Reasigned to _____

Why? _____

✓ Not Reasigned - Reasons:
    _____ Nature of original reason for lockdown
    _____ Escape risk
    _____ Rule infractions since last evaluation
    _____ Physically dangerous to self or others as evidenced by:
        _____ Serious rule infractions
        _____ Pattern of Violence
        ✓ Not Enough Time on Current Level
        _____ Other: (explain)

COMMITTEE MEMBERS: _____    _____
                        NAME                        TITLE
                                                    S W5

                                                    Spec 2

COMMENTS:

DPSC - 002088

EVALUATION SUMMARY

DATE: July 2, 2007

DOC #:86468    NAME:KENNETH    WHITMORE    LOCATION\LEVEL: J GTR 2/

Date of original placement in extended lockdown: 6·20·07

Date of placement at current level: L·2  6·20·07

Reasons for Original Lockdown:

    Rule Violation ✓ /    Incident Report

    Other (explain):

---

RESULTS OF EVALUATION

_____ Reasigned to _____

Why? _____

____✓ Not Reasigned — Reasons:
        _____ Nature of original reason for lockdown
        _____ Escape risk
        _____ Rule infractions since last evaluation
        _____ Physically dangerous to self or others as evidenced by:
                _____ Serious rule infractions
                _____ Pattern of Violence
                ✓ Not Enough Time on Current Level.
                _____ Other: (explain) _____

COMMITTEE MEMBERS:

| NAME | TITLE |
|------|-------|
|      |       |
|      |       |

COMMENTS:

DPSC - 002089

LOCKDOWN REVIEW SUMMARY                           DATE: 06-07-87

DOC#:84468      NAME: KENNETH  WHITMORE
LOCATION: RC/CCR UPPER ☐ LOWER E  O
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-5-86

### REASON FOR ORIGINAL LOCKDOWN

✓ DISCIPLINARY BOARD ACTION            ........ OWN REQUEST
✓ RULE VIOLATION                       ........ INVESTIGATION
........ INCIDENT REPORT                       ........ INITIAL CLASSIFICATION

### ACTION OF LOCKDOWN REVIEW BOARD

........ RELEASED TO ....................................    WHY: ....................................

✓ NOT RELEASED    REASONS:

........ Nature of Commitment Offense  ✓ Escape Risk

........ Inmate's Request              ........ New Rule Infractions Since Last Review

........ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

........ Inmate's Protection:(explain) ....................................

........ Physically Dangerous to Himself or Others as Evidence by:

        ........ Psychiatric Evaluations     ........ Self-Mutilation
        ........ Serious Rule Infractions     ........ Other
        ........ Pattern of Violence

........ Continuing Investigation.  By Whom: ....................................
        For: ....................................

REVIEWED BY: _____          _____
             NAME                              TITLE

COMMENTS:

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE: 05-08-07

DOC#: 86468      NAME: KENNETH  WHITMORE
LOCATION: RC/CCR UPPER ,LOWER E O
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-5-86

<u>REASON FOR ORIGINAL LOCKDOWN</u>

✓ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
  ____ RULE VIOLATION                 ____ INVESTIGATION
  ____ INCIDENT REPORT                ____ INITIAL CLASSIFICATION

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

____ RELEASED TO _____ WHY: _____

✓ NOT RELEASED      REASONS:

  •  Nature of Commitment Offense   ✓ Escape Risk

  ____ Inmate's Request             ____ New Rule Infractions Since Last Review

  ____ Pending Felony Charges

  ✓ Nature of Original Reason for Lockdown

  ____ Inmate's Protection:(explain) _____

  ____ Physically Dangerous to Himself or Others as ,Evidence by:

          ____ Psychiatric Evaluations    ____ Self-Mutilation
          ____ Serious Rule Infractions   ____ Other_____
          ____ Pattern of Violence

  ____ Continuing Investigation.  By Whom: _____
       For: _____

REVIEWED BY: _____          _____
                   NAME                          TITLE  Mg'n

                                            Asscn

COMMENTS:

## LOCKDOWN REVIEW SUMMARY

DATE: 4-9-07

DOC#:86468    NAME: KENNETH WHITMORE
LOCATION: RC/CCR UPPER „LOWER E O
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-8-92

### REASON FOR ORIGINAL LOCKDOWN

____ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
✓ RULE VIOLATION                        ____ INVESTIGATION
____ INCIDENT REPORT                    ____ INITIAL CLASSIFICATION

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____  WHY: _____

✓ NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request            ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate's Protection:(explain) _____
_____

____ Physically Dangerous to Himself or Others as Evidence by:

          ____ Psychiatric Evaluations    ____ Self-Mutilation
          ____ Serious Rule Infractions   ____ Other_____
          ____ Pattern of Violence        ._____

____ Continuing Investigation.  By Whom:_____
     For:_____

REVIEWED BY:_____
          NAME                          TITLE

COMMENTS:

LOCKDOWN REVIEW SUMMARY.                DATE:

DOC#:86468        NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER F  ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

REASON FOR ORIGINAL LOCKDOWN

____ DISCIPLINARY BOARD ACTION           ____ OWN REQUEST
____ RULE VIOLATION                      ____ INVESTIGATION
____ INCIDENT REPORT                     ____ INITIAL CLASSIFICATION
=============================================================================
ACTION OF LOCKDOWN REVIEW BOARD

____  RELEASED TO _____    WHY:_____
_____

____ NOT RELEASED  . REASONS:

____  Nature of Commitment Offense ____ Escape Risk

____  Inmate's Request              ____ New Rule Infractions Since Last Review

____  Pending Felony Charges

____  Nature of Original Reason for Lockdown

____  Inmate`s Protection:(explain)_____
_____

____  Physically Dangerous to Himself or Others as Evidence by:

           ____ Psychiatric Evaluations     ____ Self-Mutilation
           ____ Serious Rule Infractions    ____ Other_____
           ____ Pattern of Violence                 _____

____  Continuing Investigation.  By Whom:_____
      For:_____
=============================================================================
REVIEWED BY: _____         _____
             NAME                             TITLE

             _____         _____

=============================================================================
COMMENTS:

NJT

## LOCKDOWN REVIEW SUMMARY

DATE: 2-7-07

OC#:86468     NAME: KENNETH  WHITMORE
OCATION: CCR UPPER F   ,
ATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-5-86

### REASON FOR ORIGINAL LOCKDOWN

_____  DISCIPLINARY BOARD ACTION          _____  OWN REQUEST
___✓__  RULE VIOLATION                    _____  INVESTIGATION
_____  INCIDENT REPORT                    _____  INITIAL CLASSIFICATION
==================================================================
### ACTION OF LOCKDOWN REVIEW BOARD

_____    RELEASED TO _____    WHY:_____

___✓__  NOT RELEASED     REASONS:

_____  Nature of Commitment Offense  ___✓__ Escape Risk

_____  Inmate's Request              _____  New Rule Infractions Since Last Review

_____  Pending Felony Charges

___✓__  Nature of Original Reason for Lockdown

_____  Inmate`s Protection:(explain)_____
_____

_____  Physically Dangerous to Himself or Others as Evidence by:

          _____  Psychiatric Evaluations    _____  Self-Mutilation
          _____  Serious Rule Infractions   _____  Other_____
          _____  Pattern of Violence

_____  Continuing Investigation.  By Whom:_____
          For:_____
==================================================================
REVIEWED BY:
          NAME_____        TITLE_____

==================================================================
COMMENTS:

DPSC - 002094

LOCKDOWN REVIEW SUMMARY                    DATE: 1/11/07

DOC#:86468        NAME: KENNETH   WHITMORE
LOCATION: CCR UPPER F   ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:   7/5/86

REASON FOR ORIGINAL LOCKDOWN

___ _✓_ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
___ _✓_ RULE VIOLATION                     ____ INVESTIGATION
___ ___ INCIDENT REPORT    Escape 2        ____ INITIAL CLASSIFICATION
=============================================================================
ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____        WHY:_____
_____

_✓_ NOT RELEASED    REASONS:                                          .

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request              ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

____ Nature of Original Reason for Lockdown

____ Inmate's Protection:(explain)_____ _____ _____ _____
_____

____ Physically Dangerous to Himself or Others as Evidence by:

         ____ Psychiatric Evaluations      ____ Self-Mutilation
         ____ Serious Rule Infractions     ____ Other_____
         ____ Pattern of Violence               _____

____ Continuing Investigation/  By Whom:_____
     For:_____
=============================================================================
REVIEWED BY: _____
      NAME                                      TITLE
_____
      [signature]                               CCPH

=============================================================================
COMMENTS:

12/06/06

7/5/86

*Escape*



11/01/06

7/5/86

Escape

RECEIVED

NOV 0 9 2006

LA STATE PENITENTIARY
RECORDS OFFICE

DPSC - 002097

10-606

7-5-86

✓ *Escape*

NOTICE OF LOCKDOWN REVIEW BOARD

RELEASED TO _____ WHY _____

NOT RELEASED   Reason:

___ Nature of Commitment Offense   ___ Escape Risk

___ Inmate's Request   ___ New Rule Infractions Since Last Review

___ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

___ Inmate's Protection (explain) _____

___ Physically Dangerous to Himself or Others as Evidence by:

    ___ Psychiatric Evaluations   ___ Self-Mutilation
    ___ Serious Rule Infractions   ___ Other _____
    ___ Pattern of Violence

___ Continuing Investigation, By Whom _____
    For _____

REVIEWED BY: _____
    TYPE: _____ TITLE: _____

R. Augusta, CCS II

COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: 9-6-06

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER F
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-5-86

REASON FOR ORIGINAL LOCKDOWN

__✓__ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
__✓__ RULE VIOLATION                      _____ INVESTIGATION
_____ INCIDENT REPORT  *Escape*          _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____          WHY:_____

__✓__ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request            _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__✓__ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations    _____ Self-Mutilation
        _____ Serious Rule Infractions   _____ Other_____
        _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
        For:_____

REVIEWED BY:
        NAME  B.                          T.
        R. Augustine, CO II

RECEIVED
SEP 15 2006
LA STATE PENITENTIARY
RECORDS OFFICE

COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: 8-2-06

DOCN:064468    NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER F  "
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-5-86

REASON FOR ORIGINAL LOCKDOWN

☑ DISCIPLINARY BOARD ACTION          ___ OWN REQUEST
☑ RULE VIOLATION  Escape             ___ INVESTIGATION
___ INCIDENT REPORT                  ___ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

___ RELEASED TO _____ WHY: _____

☑ NOT RELEASED    REASONS:

___ Nature of Commitment Offense ___ Escape Risk

___ Inmate's Request          ___ New Rule Infractions Since Last Review

___ Pending Felony Charges

☑ Nature of Original Reason for Lockdown

___ Inmate's Protection:(explain)_____

___ Physically Dangerous to Himself or Others as Evidence by:

        ___ Psychiatric Evaluations      ___ Self-Mutilation
        ___ Serious Rule Infractions     ___ Other_____
        ___ Pattern of Violence

___ Continuing Investigation. By Whom:_____
    For:_____

REVIEWED BY:_____
    NAME                          TITLE

    R. Augusta, CCO II

COMMENTS:

RECEIVED
AUG 1 0 2006
LA STATE PENITENTIARY
RECORDS OFFICE

7-13-86

7-5-86

*Escape*

R. Augustus, CCO II

LOCKDOWN REVIEW SUMMARY                    DATE: 6-7-06

DOC#:86468      NAME: KENNETH   WHITMORE
LOCATION: CCR UPPER F ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-5-86

## REASON FOR ORIGINAL LOCKDOWN

✓ DISCIPLINARY BOARD ACTION              ____ OWN REQUEST
✓ RULE VIOLATION   Escape                ____ INVESTIGATION
____ INCIDENT REPORT                     ____ INITIAL CLASSIFICATION

## ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____   WHY:_____

✓ NOT RELEASED    REASONS:

____ Nature of Commitment Offense  ____ Escape Risk

____ Inmate's Request              ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate's Protection:(explain)_____

____ Physically Dangerous to Himself or Others as Evidence by:

            ____ Psychiatric Evaluations    ____ Self-Mutilation
            ____ Serious Rule Infractions   ____ Other_____
            ____ Pattern of Violence

____ Continuing Investigation.  By Whom:_____
     For:_____

REVIEWED BY:
        NAME: B. Lay                    TITLE: AW-1

        R. Augustine, CCO II

                                RECEIVED
COMMENTS:
                                JUN 1 4 2006
                          LA STATE PENITENTIARY
                             RECORDS OFFICE

DPSC - 002102

LOCKDOWN REVIEW SUMMARY                    DATE: 5-2-06

DOC#: S6468      NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER F
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-5-86

### REASON FOR ORIGINAL LOCKDOWN

☑ DISCIPLINARY BOARD ACTION              ___ OWN REQUEST
☑ RULE VIOLATION   *Escape*              ___ INVESTIGATION
___ INCIDENT REPORT                      ___ INITIAL CLASSIFICATION

### ACTION OF LOCKDOWN REVIEW BOARD

___ RELEASED TO _____  WHY: _____

☑ NOT RELEASED    REASONS:

___ Nature of Commitment Offense    ___ Escape Risk

___ Inmate's Request                ___ New Rule Infractions Since Last Review

___ Pending Felony Charges

☑ Nature of Original Reason for Lockdown

___ Inmate's Protection:(explain) _____
    _____

___ Physically Dangerous to Himself or Others as Evidence by:

        ___ Psychiatric Evaluations      ___ Self-Mutilation
        ___ Serious Rule Infractions     ___ Other _____
        ___ Pattern of Violence

___ Continuing Investigation.  By Whom: _____
    For: _____

REVIEWED BY: _____
    NAME: _____

COMMENTS:

## LOCKDOWN REVIEW SUMMARY

DATE: 4-7-06

DOC#: 86468    NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER F
DATE OF ORIGINAL PLACEMENT IN EXTENDED LOCKDOWN: 7-5-86

### REASON FOR ORIGINAL LOCKDOWN

_✓_ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_✓_ RULE VIOLATION                      _____ INVESTIGATION
_____ INCIDENT REPORT  Escape           _____ INITIAL CLASSIFICATION

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____  WHY: _____

_✓_ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_✓_ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain) _____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions   _____ Other _____
          _____ Pattern of Violence

_____ Continuing Investigation. By Whom: _____
      For: _____

REVIEWED BY:
          NAME  B Lackny                   V.P. AW

          R. Augustine, CCR II

COMMENTS:

3-8-06

7-5-86

*Escape*

B. La~

B. Augustine, CCO II

AW1

2-22-06

7-5-86

Escape

R. Augustine, CEO

RECEIVED

1-6-06

7-5-86

Escape

Samuel Smith                    AW-4

R. Augustine ECO II

DPSC - 002107

LOCKDOWN REVIEW SUMMARY                     DATE: *12-7-05*

DOC NUMBER          NAME: KENNETH WHITMORE
LOCATION TO APPLY :
DATE OF ORIGINAL PLACEMENT IN EXTENDED LOCKDOWN: *7-5-86*

### REASON FOR ORIGINAL LOCKDOWN

| ✓ | DISCIPLINARY BOARD ACTION: | ___ | CCR REVIEW |
|---|---|---|---|
| ✓ | SELF REFERRAL *Escape* | ___ | INVESTIGATION |
| ___ | ACCIDENT REPORT | ___ | INITIAL CLASSIFICATION |

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____   WHY: _____

✓ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense  _____ Escape Risk

_____ Inmate's Request        _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain) _____

_____ Physically Dangerous to Himself or Others as Evidenced by:

        _____ Psychiatric Evaluations    _____ Self-Mutilation
        _____ Serious Rule Infractions   _____ Other _____
        _____ Pattern of Violence

_____ Continuing Investigation. By Whom _____
       For: _____

REVIEWED BY:
       NAME *Samuel Smith*          TITLE *AW-4*
            *R. Augustine, CCO II*

COMMENTS:

# RECEIVED

DEC 2 8 2005

LA STATE PENITENTIARY
RECORDS OFFICE

DPSC - 002108

LOCKDOWN REVIEW SUMMARY                    DATE: 11-4-05

DOC#: 36962      NAME: KEITH, WILMORE
LOCATION: CCR UPPER F
DATE OF ORIGINAL PLACEMENT IN EXTENDED LOCKDOWN: 7-5-86

REASON FOR ORIGINAL LOCKDOWN:

☑ DISCIPLINARY BOARD ACTION          ___ OWN REQUEST
☑ RULE VIOLATION                     ___ INVESTIGATION
___ INCIDENT REPORT  *Escape*        ___ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

___ RELEASED TO _____   WHY: _____

☑ NOT RELEASED    REASONS:

___ Nature of Commitment Offense  ___ Escape Risk

___ Inmate's Request              ___ New Rule Infractions Since Last Review

___ Pending Felony Charges

☑ Nature of Original Reason for Lockdown

___ Inmate's Protection (explain) _____

___ Physically Dangerous to Himself or Others as Evidence by:

      ___ Psychiatric Evaluation      ___ Self-Mutilation
      ___ Serious Rule Infractions    ___ Other _____
      ___ Pattern of Violence

___ Continuing Investigation.  By Whom: _____
    For: _____

REVIEWED BY:
    NAME _[signature]_                 TITLE  AW-4
    _[signature]_

COMMENTS:

DPSC - 002109



7-5-86

Escape

R. Augustine, CCO II



LOCKDOWN REVIEW SUMMARY                    DATE: 8-5-05

DOC#:86468    NAME: KENNETH WHITMORE
LOCATION: CCR UPPER F   ,
DATE OF ORIGINAL PLACEMENT IN EXTENDED LOCKDOWN: 7-5-86

REASON FOR ORIGINAL LOCKDOWN

___✓___ DISCIPLINARY BOARD ACTION          _____ DA REQUEST
___✓___ RULE VIOLATION  *Escape*           _____ INVESTIGATION
_____ INCIDENT REPORT                     _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____ WHY:_____

___✓___ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request                 _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

___✓___ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain)_____

_____ Physically Dangerous to Himself or Others as Evidenced by:

          ___ Psychiatric Evaluations      _____ Self-Mutilation
          ___ Serious Rule Infractions     _____ Other_____
          ___ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
        For:_____

REVIEWED BY:
       NAME _____  TITLE AW-4

       R. Augustine, CCO II

COMMENTS:

CERTIFIED A TRUE COPY

Hunt 445

LA STATE PENITENTIARY
CLASSIFICATION

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE: 7-14-05

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER F  ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-5-86

<u>REASON FOR ORIGINAL LOCKDOWN</u>

[✓] DISCIPLINARY BOARD ACTION              [....] OWN REQUEST
[✓] RULE VIOLATION  *Escape*               [....] INVESTIGATION
[....] INCIDENT REPORT                      [....] INITIAL CLASSIFICATION

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

[....] RELEASED TO ...............            WHY:...............

[✓] NOT RELEASED   REASONS:

[....] Nature of Commitment Offense [....] Escape Risk

[....] Inmate's Request             [....] New Rule Infractions Since Last Review

[....] Pending Felony Charges

[✓] Nature of Original Reason for Lockdown

[....] Inmate's Protection:(explain)...............

[....] Physically Dangerous to Himself or Others as Evidence by:

      [....] Psychiatric Evaluations      [....] Self-Mutilation
      [....] Serious Rule Infractions     [....] Other...............
      [....] Pattern of Violence

[....] Continuing Investigation.  By Whom:...............
      For:...............

REVIEWED BY:...............
      NAME ............... TITLE AW-4
      ...............

COMMENTS:

DPSC - 002112

LOCKDOWN REVIEW SUMMARY                    DATE: 6-8-05

DOC#:86468    NAME: KENNETH WHITMORE
LOCATION: CCR UPPER F
DATE OF ORIGINAL PLACEMENT IN EXTENDED LOCKDOWN: 7-5-86

REASON FOR ORIGINAL LOCKDOWN

_✓_ DISCIPLINARY BOARD ACTION        _____ OWN REQUEST
_✓_ RULE VIOLATION  *Escape*         _____ INVESTIGATION
_____ INCIDENT REPORT                _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____    WHY:_____

_✓_ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_✓_ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions   _____ Other_____
          _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
      For:_____

REVIEWED BY:
          NAME _~~Samuel Smith~~_           TITLE _~~AW-4~~_
          _~~R. Augustus, CCT~~_

COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: 5-11-05

DOC#:86468     NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER F  „
DATE OF ORIGINAL PLACEMENT IN EXTENDED LOCKDOWN: 7-5-86

### REASON FOR ORIGINAL LOCKDOWN

✓ DISCIPLINARY BOARD ACTION      ____ OWN REQUEST
✓ RULE VIOLATION  Escape        ____ INVESTIGATION
____ INCIDENT REPORT            ____ INITIAL CLASSIFICATION

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____     WHY:_____

✓ NOT RELEASED   REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request          ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate's Protection:(explain)_____

____ Physically Dangerous to Himself or Others as Evidence by:

        ____ Psychiatric Evaluations   ____ Self-Mutilation
        ____ Serious Rule Infractions  ____ Other_____
        ____ Pattern of Violence

____ Continuing Investigation.  By Whom:_____
        For:_____

REVIEWED BY:__Shirley Coody_____ AW)
        NAME                        TITLE

        R. Augusta, CCD I

COMMENTS:

DPSC - 002114

LOCKDOWN REVIEW SUMMARY          DATE: 4-13-05

DOC#:86448      NAME: KENNETH WHITMORE
LOCATION: CCR UPPER F
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-5-86

## REASON FOR ORIGINAL LOCKDOWN

___✓___ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
___✓___ RULE VIOLATION      *Escape*       _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION

## ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____   WHY:_____

___✓___ NOT RELEASED     REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

___✓___ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

            _____ Psychiatric Evaluations    _____ Self-Mutilation
            _____ Serious Rule Infractions   _____ Other_____
            _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
        For:_____

REVIEWED BY: *Shirley Cooks*                    *AW*
             NAME                               TITLE

             *R. Augusta, CCT*

COMMENTS:

DPSC - 002115

LOCKDOWN REVIEW SUMMARY                    DATE: 3/4/05

DOC#:86468    NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER F
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:    7-5-86

REASON FOR ORIGINAL LOCKDOWN

____ ✓ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
____ ✓ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION
==================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____    WHY:_____

_____ ✓ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request                _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ ✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

            _____ Psychiatric Evaluations     _____ Self-Mutilation
            _____ Serious Rule Infractions    _____ Other_____
            _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
       For:_____
==================================================================
REVIEWED BY: _Stanley Conly_____    _Hw1_____
             NAME                             TITLE

             _Pauline J. Srond, CCN1_____
==================================================================
COMMENTS:

29-05

7-5-86

Shirley Coody

K. Augustin CEO II

RECEIVED

FEB 3 2005

LAST H PENITENTIARY
RECORDS OFFICE

 

1-1-05

LOCKDOWN REVIEW SHEET

DOC# 86468    NAME: JENNINGS WHITMORE
LOCATION: CCR HARSE P 7
DATE OF ORIGINAL PLACEMENT INTO LOCKDOWN: 7-5-86

REASON FOR ORIGINAL LOCKDOWN

[✓] SELF INJURY HOSPITALITY OF                    [ ] COURT REQUEST
[✓] RULE VIOLATION                                [ ] INVESTIGATION
[ ] INCIDENT REPORT                               [ ] INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

[ ] RELEASED TO _____    DAY? _____

[✓] NOT RELEASED    REASONS:

   [ ] Nature of Commitment Offense   [ ] Escape Risk

   [ ] Inmate's Request               [ ] New Rule Infractions Since Last Review

   [ ] Pending Felony Charges

   [✓] Nature of Original Reason for Lockdown

   [ ] Inmate's Protection(Explain) _____

   [ ] Physically Dangerous to Himself or Others As Evidence by

         [ ] Psychiatric Evaluations       [ ] Self-mutilation
         [ ] Serious Rule Infractions      [ ] Other _____
         [ ] Pattern of Violence

   [ ] Continuing Investigation.  By Whom: _____
       for _____

REVIEWED BY: *Shirley Cooley*
             NAME                              TITLE

*R. Augustine, CCO II*

COMMENTS:

DPSC - 002118

LOCKDOWN REVIEW SUMMARY                    DATE: 12-3-04

DOC#: 86468    NAME: KENNETH WHITMORE
LOCATION: CCR UPPER F
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-5-86

## REASON FOR ORIGINAL LOCKDOWN

[✓] DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
[✓] RULE VIOLATION                     ____ INVESTIGATION
____ INCIDENT REPORT                   ____ INITIAL CLASSIFICATION

## ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____ DATE: _____

[✓] NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request              ____ New Rule Infractions Since Last Rev. s

____ Pending Felony Charges

[✓] Nature of Original Reason for Lockdown

____ Inmate's Protection(explain)_____

____ Physically Dangerous to Himself or Others as Evidenced by:

         ____ Psychiatric Evaluations     ____ Self-Mutilation
         ____ Serious Rule Infractions    ____ Other_____
         ____ Pattern of Violence

____ Continuing Investigation. By Whom_____
     Form:

REVIEWED BY: *Shirley Coody*          *HW*
             NAME                      TITLE

             *R. Augustus CCO II*

(COMMENTS)

RECEIVED

DEC 3 3 2004

LA STATE PENITENTIARY
RECORDS OFFICE

DPSC - 002119

LOCKDOWN REVIEW SUMMARY                    DATE: 11-10-04

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER F
DATE OF ORIGINAL PLACEMENT IN EXTENDED LOCKDOWN:   7-5-86

REASON FOR ORIGINAL LOCKDOWN

☑ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
☑ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____   WHY: _____

☑ NOT RELEASED   REASONS:

_____ Nature of Commitment Offense  _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

☑ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain) _____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations    _____ Self-Mutilation
        _____ Serious Rule Infractions   _____ Other _____
        _____ Pattern of Violence

_____ Continuing Investigation.  By Whom: _____
     For: _____

REVIEWED BY: _Shurley  Coody_____
            NAME                          TITLE

            _____  C C U _____

COMMENTS:

RECEIVED

NOV 1 2 2004

LA STATE PENITENTIARY
RECORDS OFFICE

DPSC - 002120

LOCKDOWN REVIEW SUMMARY                        DATE: 10-14-04

DOC#:86468      NAME: KENNETH   WHITMORE
LOCATION: CCR UPPER F
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:  7-5-86

### REASON FOR ORIGINAL LOCKDOWN

✓ DISCIPLINARY BOARD ACTION          ___ OWN REQUEST
✓ RULE VIOLATION                     ___ INVESTIGATION
___ INCIDENT REPORT                  ___ INITIAL CLASSIFICATION

### ACTION OF LOCKDOWN REVIEW BOARD

___ RELEASED TO _____     WHY:_____

✓ NOT RELEASED      REASONS:

___ Nature of Commitment Offense ___ Escape Risk

___ Inmate's Request            ___ New Rule Infractions Since Last Review

___ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

___ Inmate's Protection:(explain)_____

___ Physically Dangerous to Himself or Others as Evidence by:

        ___ Psychiatric Evaluations     ___ Self-Mutilation
        ___ Serious Rule Infractions    ___ Other_____
        ___ Pattern of Violence

___ Continuing Investigation.  By Whom:_____
    For:_____

REVIEWED BY: _Stanley Cook_____     ___AWI___
             NAME                          TITLE

             _R. August, CCO II_

COMMENTS:

LOCKDOWN REVIEW SUMMARY                          DATE: 9-3-04

DOC#:96468    NAME: KENNETH WHITMORE
LOCATION: CCR UPPER F
DATE OF ORIGINAL PLACEMENT IN EXTENDED LOCKDOWN: 7-5-86

REASON FOR ORIGINAL LOCKDOWN

__✓__ DISCIPLINARY BOARD ACTION        _____ OWN REQUEST
__✓__ RULE VIOLATION                   _____ INVESTIGATION
_____ INCIDENT REPORT                 _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____    WHY:_____

__✓__ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__✓__ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain) _____

_____ Physically Dangerous to Himself or Others as Evidence by:

_____ Psychiatric Evaluations    _____ Self-Mutilation
_____ Serious Rule Infractions   _____ Other_____
_____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
For:_____

REVIEWED BY:_____                    TITLE

R. Augustine, CO II

COMMENTS:

DPSC - 002122

LOCKDOWN REVIEW SUMMARY                    DATE: 8-4-05

DOC#:86468     NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER F   ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-5-86

REASON FOR ORIGINAL LOCKDOWN

✓ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
✓ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____     WHY:_____
_____

✓ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request            _____ New Rule Infractions Since Last Revie

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions   _____ Other_____
          _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
      For:_____

REVIEWED BY:_____
          NAME                          TITLE
          H. Augustus, CCO II

COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: 6-9-04

DOC#:86468      NAME: KENNETH   WHITMORE
LOCATION: CCR UPPER F  ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-5-86

### REASON FOR ORIGINAL LOCKDOWN

☑ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
☑ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                _____ INITIAL CLASSIFICATION

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____    WHY: _____

☑ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request             _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

☑ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations      _____ Self-Mutilation
          _____ Serious Rule Infractions     _____ Other_____
          _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
     For:_____

REVIEWED BY:_____    _____
          NAME                      TITLE

          R. Augusts CCO II

COMMENTS:

DPSC - 002124

LOCKDOWN REVIEW SUMMARY                    DATE: 5/5/04

DOC#:86468      NAME: KENNETH WHITMORE
LOCATION: CCR UPPER F  ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:      7-5-86

### REASON FOR ORIGINAL LOCKDOWN

_✓_ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                   _____ INVESTIGATION
_____ INCIDENT REPORT                  _____ INITIAL CLASSIFICATION

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____ WHY:_____

_✓_ NOT RELEASED   REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_✓_ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations     _____ Self-Mutilation
        _____ Serious Rule Infractions    _____ Other_____
        _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
      For:_____

REVIEWED BY:_____
      NAME_____ TITLE_____

COMMENTS:

LOCKDOWN REVIEW SUMMARY                     DATE: 4/6/04

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER F
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:    7-5-84

REASON FOR ORIGINAL LOCKDOWN

✓ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION               _____ INVESTIGATION
_____ INCIDENT REPORT              _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____      WHY:_____

✓ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request             _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

              _____ Psychiatric Evaluations      _____ Self-Mutilation
              _____ Serious Rule Infractions     _____ Other_____
              _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
        For:_____

REVIEWED BY:_____
        NAME_____  TITLE_____
        Pauline J. Sims, CCM

COMMENTS:

LOCKDOWN REVIEW SUMMARY                              DATE: 1-8-04

DOC#:36468      NAME: KENNETH  WHITTMORE
LOCATION: CCR UPPER F
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:  7-5-86

REASON FOR ORIGINAL LOCKDOWN

__ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
__ RULE VIOLATION                     ____ INVESTIGATION
__ INCIDENT REPORT                    ____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____      WHY: _____

__ NOT RELEASED   REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request            ____ New Rule Infractions Since Last Revie

____ Pending Felony Charges

__ Nature of Original Reason for Lockdown

____ Inmate's Protection:(explain) _____

____ Physically Dangerous to Himself or Others as Evidence by:

         ____ Psychiatric Evaluations    ____ Self-Mutilation
         ____ Serious Rule Infractions   ____ Other_____
         ____ Pattern of Violence

____ Continuing Investigation.  By Whom: _____
     For: _____

REVIEWED BY:_____  _____
     NAME                        TITLE

     R. Augusto, CCO II

COMMENTS:

DATE: 10-6-03

<u>LOCKDOWN REVIEW SUMMARY</u>

DOC#:86468     NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER F
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-5-86

<u>REASON FOR ORIGINAL LOCKDOWN</u>

✓ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
✓ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT               _____ INITIAL CLASSIFICATION

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____   WHY:_____

✓ NOT RELEASED     REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Revie

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions    _____ Other_____
          _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
   For:_____

REVIEWED BY:_____ _____
          NAME                      TITLE

_____

COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: 4/3/05

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER B  ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/5/r6

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____        WHY:_____

____/__ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Revie

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions    _____ Other_____
          _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
        For:_____

REVIEWED BY:
          NAME                                   TITLE
                                            Ccm

COMMENTS:

DPSC - 002129

7-2-0=

7-5-86

2 Carober, CCOI

DPSC - 002130

LOCKDOWN REVIEW SUMMARY                 DATE: 1/09/03

DOC#:86468        NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER B
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/5/16

REASON FOR ORIGINAL LOCKDOWN

X  DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
X  RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT               _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____        WHY:_____

X  NOT RELEASED     REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request             _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations      _____ Self-Mutilation
          _____ Serious Rule Infractions     _____ Other_____
          _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
          For:_____

REVIEWED BY:_____
          NAME                                  TITLE
                                                CCR

COMMENTS:

LOCKDOWN REVIEW SUMMARY                         DATE

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER B    ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____    WHY:_____

_____ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Revie

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

            _____ Psychiatric Evaluations    _____ Self-Mutilation
            _____ Serious Rule Infractions   _____ Other_____
            _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
       For:_____

REVIEWED BY:_____
            NAME                              TITLE

COMMENTS:

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER B
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

<u>REASON FOR ORIGINAL LOCKDOWN</u>

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____    WHY:_____

_____ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations      _____ Self-Mutilation
        _____ Serious Rule Infractions     _____ Other_____
        _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
      For:_____

REVIEWED BY:_____          _____
            NAME                                  TITLE

COMMENTS:

DPSC - 002133

LOCKDOWN REVIEW SUMMARY

DOC#:36468    NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER B
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                      _____ INVESTIGATION
_____ INCIDENT REPORT                     _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____      WHY:_____

_____ NOT RELEASED    REASONS:

   _____ Nature of Commitment Offense _____ Escape Risk

   _____ Inmate's Request              _____ New Rule Infractions Since Last Review

   _____ Pending Felony Charges

   _____ Nature of Original Reason for Lockdown

   _____ Inmate's Protection:(explain)_____
   _____

   _____ Physically Dangerous to Himself or Others as Evidence by:

              _____ Psychiatric Evaluations    _____ Self-Mutilation
              _____ Serious Rule Infractions   _____ Other_____
              _____ Pattern of Violence

   _____ Continuing Investigation.  By Whom:_____
   _____ For:_____

REVIEWED BY:_____ _____
              NAME                              TITLE

COMMENTS:

LOCKDOWN REVIEW SUMMARY                              DATE _____

DOC#: 86468      NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER B  ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

### REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                      _____ INVESTIGATION
_____ INCIDENT REPORT                     _____ INITIAL CLASSIFICATION
=========================================================================
### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____    WHY: _____

_____ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions   _____ Other_____
          _____ Pattern of Violence        _____

_____ Continuing Investigation.   By Whom:_____
        For:_____
=========================================================================
REVIEWED BY:_____ _____
            NAME                           TITLE
_____

=========================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY

DATE:

DOC#:86468     NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER B  ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION
==================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____  RELEASED TO _____     WHY:_____
_____

_____ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate`s Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations     _____ Self-Mutilation
          _____ Serious Rule Infractions    _____ Other_____
          _____ Pattern of Violence              _____

_____ Continuing Investigation.  By Whom:_____
       For:_____
==================================================================
REVIEWED BY:_____
          NAME_____           TITLE_____
_____

==================================================================
COMMENTS:

DPSC - 002136

LOCKDOWN REVIEW SUMMARY

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER B  ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION           _____ OWN REQUEST
_____ RULE VIOLATION                      _____ INVESTIGATION
_____ INCIDENT REPORT                     _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____        WHY:_____

_____ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request            _____ New Rule Infractions Since Last Revir

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations      _____ Self-Mutilation
          _____ Serious Rule Infractions     _____ Other_____
          _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
      For:_____
REVIEWED BY:_____
      NAME                                     TITLE

COMMENTS:

LOCKDOWN REVIEW SUMMARY

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER B   ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

REASON FOR ORIGINAL LOCKDOWN

X DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
X RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____        WHY:_____

X NOT RELEASED   REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Revi

_____ Pending Felony Charges

X Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations    _____ Self-Mutilation
        _____ Serious Rule Infractions   _____ Other_____
        _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
     For:____
REVIEWED BY:_____
     NAME                              TITLE

COMMENTS:

LOCKDOWN REVIEW SUMMARY                          DATE

DOC#:86468       NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER B   ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

## REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION
==================================================================
## ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____      WHY:_____

_____ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Revi

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations      _____ Self-Mutilation
          _____ Serious Rule Infractions     _____ Other_____
          _____ Pattern of Violence

_____ Continuing Investigation.   By Whom:_____
     For:_____
======================================================================
REVIEWED BY:_____
        NAME                              TITLE


======================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE

DOC#:86468        NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER B  ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION
================================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____  RELEASED TO _____    WHY:_____

_____ NOT RELEASED    REASONS:

    _____ Nature of Commitment Offense _____ Escape Risk

    _____ Inmate's Request            _____ New Rule Infractions Since Last Revi:

    _____ Pending Felony Charges

    _____ Nature of Original Reason for Lockdown

    _____ Inmate's Protection:(explain)_____

    _____ Physically Dangerous to Himself or Others as Evidence by:

            _____ Psychiatric Evaluations   _____ Self-Mutilation
            _____ Serious Rule Infractions  _____ Other_____
            _____ Pattern of Violence

    _____ Continuing Investigation.  By Whom:_____
        For:_____
===========================================================================
REVIEWED BY:_____
        NAME                                  TITLE

===============================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                                    DATE:

DOC#:86468        NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER B  ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

REASON FOR ORIGINAL LOCKDOWN

DISCIPLINARY BOARD ACTION              _____ OWN REQUEST
RULE VIOLATION                         _____ INVESTIGATION
INCIDENT REPORT                        _____ INITIAL CLASSIFICATION
=====================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____    WHY:_____

_____ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Revie

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

            _____ Psychiatric Evaluations     _____ Self-Mutilation
            _____ Serious Rule Infractions     _____ Other_____
            _____ Pattern of Violence          _____

_____ Continuing Investigation.  By Whom:_____
        For:_____
=====================================================================
REVIEWED BY:_____
        NAME                              TITLE


=====================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                        DATE:

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER B  ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION
=================================================================

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____  WHY:_____

_____ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request            _____ New Rule Infractions Since Last Revie

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations     _____ Self-Mutilation
        _____ Serious Rule Infractions    _____ Other_____
        _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
      For:_____
==================================================================
REVIEWED BY:_____
        NAME                              TITLE



==================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER B  .
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

REASON FOR ORIGINAL LOCKDOWN

____ DISCIPLINARY BOARD ACTION            ____ OWN REQUEST
____ RULE VIOLATION                       ____ INVESTIGATION
____ INCIDENT REPORT                      ____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____        WHY:_____

____ NOT RELEASED    REASONS:

____ Nature of Commitment Offense _____ Escape Risk

____ Inmate's Request                _____ New Rule Infractions Since Last Revi

____ Pending Felony Charges

____ Nature of Original Reason for Lockdown

____ Inmate's Protection:(explain)_____

____ Physically Dangerous to Himself or Others as Evidence by:

        ____ Psychiatric Evaluations      ____ Self-Mutilation
        ____ Serious Rule Infractions     ____ Other_____
        ____ Pattern of Violence

____ Continuing Investigation.  By Whom:_____
    For:_____

REVIEWED BY:_____
    NAME                                          TITLE



COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: 1/6/00

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: D HWK 2/R
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-5-86

REASON FOR ORIGINAL LOCKDOWN

____ ✓ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
____ ✓ RULE VIOLATION                      ____ INVESTIGATION
____ INCIDENT REPORT                       ____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____     WHY:_____

____ ✓ NOT RELEASED   REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request              ____ New Rule Infractions Since Last Revi·

____ Pending Felony Charges

____ ✓ Nature of Original Reason for Lockdown

____ Inmate's Protection:(explain)_____

____ Physically Dangerous to Himself or Others as Evidence by:

          ____ Psychiatric Evaluations     ____ Self-Mutilation
          ____ Serious Rule Infractions    ____ Other_____
          ____ Pattern of Violence

____ Continuing Investigation.  By Whom:_____
     For:_____

REVIEWED BY:_____     ____ Meyer_____
            NAME                                  TITLE

            R. Augustine, CCO II

COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: $10-8-9$

DOC#:86468       NAME: KENNETH  WHITMORE
LOCATION: D HWK 4/R      ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: $7-5-86$

REASON FOR ORIGINAL LOCKDOWN

____ DISCIPLINARY BOARD ACTION            _____ OWN REQUEST
____ RULE VIOLATION                       _____ INVESTIGATION
____ INCIDENT REPORT                      _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____   WHY: _____
_____

__✓__ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Revi

_____ Pending Felony Charges

__✓__ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others or Evidence by:

            _____ Psychiatric Evaluations    _____ Self-Mutilation
            _____ Serious Rule Infractions   _____ Other_____
            _____ Pattern of Violence        _____

_____ Continuing Investigation.  By Whom:_____
      For:_____

REVIEWED BY:_____
            NAME                              TITLE

COMMENTS:

<u>LOCKDOWN REVIEW SUMMARY</u>          DATE: 7-8-99

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: D HWK 2/L      ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-5-86

<u>REASON FOR ORIGINAL LOCKDOWN</u>

✓ DISCIPLINARY BOARD ACTION        _____ OWN REQUEST
✓ RULE VIOLATION                   _____ INVESTIGATION
_____ INCIDENT REPORT             _____ INITIAL CLASSIFICATION
=================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____     WHY:_____
_____

✓ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request           _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations    _____ Self-Mutilation
        _____ Serious Rule Infractions   _____ Other_____
        _____ Pattern of Violence        _____

_____ Continuing Investigation.  By Whom:_____
     For:_____
=================================================================
REVIEWED BY:_____
        NAME                               TITLE

=================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY          DATE: 4/21/99

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: CCR UPPER B/T,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/26/86

REASON FOR ORIGINAL LOCKDOWN

____ DISCIPLINARY BOARD ACTION        ____ OWN REQUEST
____ RULE VIOLATION                   ____ INVESTIGATION
____ INCIDENT REPORT                  ____ INITIAL CLASSIFICATION
=================================================================

ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____    WHY: _____

____ NOT RELEASED   REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request         ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

____ Nature of Original Reason for Lockdown

____ Inmate's Protection:(explain)_____

____ Physically Dangerous to Himself or Others as Evidence by:

        ____ Psychiatric Evaluations    ____ Self-Mutilation
        ____ Serious Rule Infractions   ____ Other _____
        ____ Pattern of Violence

____ Continuing Investigation.  By Whom: _____
    For: _____
====================================================
REVIEWED BY: _____        _____
        NAME                          TITLE

=================================================================
COMMENTS:

DPSC - 002147

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE: 1/11/99

DOC#: 56466      NAME: KENNETH WHITMORE
LOCATION: CCR LOWER B   ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/26/86

<u>REASON FOR ORIGINAL LOCKDOWN</u>

_____ DISCIPLINARY BOARD ACTION              _____ OWN REQUEST
_____ RULE VIOLATION                         _____ INVESTIGATION
_____ INCIDENT REPORT                        _____ INITIAL CLASSIFICATION

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____      WHY: _____

_____ NOT RELEASED   REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request           _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection: (explain) _____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

            _____ Psychiatric Evaluations    _____ Self-Mutilation
            _____ Serious Rule Infractions    _____ Other _____
            _____ Pattern of Violence         _____

_____ Continuing Investigation.  By Whom: _____
      For: _____

REVIEWED BY: _____          _____
            NAME                                TITLE
            Mark H Mozler LPN

_____

COMMENTS:

DPSC - 002148

LOCKDOWN REVIEW SUMMARY                    DATE: 10-13-98

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: CCR L/1/R        ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-26-86

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____ WHY:_____

_____ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request            _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations      _____ Self-Mutilation
          _____ Serious Rule Infractions     _____ Other_____
          _____ Pattern of Violence          _____

_____ Continuing Investigation.  By Whom:_____
      For:_____

REVIEWED BY:_____  _____
            NAME                                        TITLE

            _____  _____

COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE:

DOC#:86468       NAME: KENNETH  WHITMORE
LOCATION: CS L/1/R        ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

### REASON FOR ORIGINAL LOCKDOWN

_X_ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
_X_ RULE VIOLATION                     ____ INVESTIGATION
_X_ INCIDENT REPORT                    ____ INITIAL CLASSIFICATION
=============================================================================

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____    WHY: _____
_____

_X_ NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request              ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

_X_ Nature of Original Reason for Lockdown

____ Inmate's Protection: (explain) _____
     _____

____ Physically Dangerous to Himself or Others as Evidence by:

         ____ Psychiatric Evaluations    ____ Self-Mutilation
         ____ Serious Rule Infractions   ____ Other_____
         ____ Pattern of Violence                 _____

____ Continuing Investigation.  By Whom: _____
     For:_____
=============================================================================
REVIEWED BY: _____    _____
             NAME                       TITLE

             _____

=============================================================================
COMMENTS:

4/6/98
DATE:

LOCKDOWN REVIEW SUMMARY

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: CCR C/T        ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:      7/26/86

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION            _____ OWN REQUEST
_____ RULE VIOLATION                       _____ INVESTIGATION
_____ INCIDENT REPORT                      _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____ WHY: _____

_____ NOT RELEASED   REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request                _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection: (explain) _____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations      _____ Self-Mutilation
          _____ Serious Rule Infractions     _____ Other_____
          _____ Pattern of Violence

_____ Continuing Investigation.  By Whom: _____
     For: _____

REVIEWED BY: _____
          NAME                                      TITLE

                    _____ CCOLP

COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: 1/5/98

DOC#:86468     NAME: KENNETH  WHITMORE
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:  7/26/86

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION            _____ OWN REQUEST
_____ RULE VIOLATION                       _____ INVESTIGATION
_____ INCIDENT REPORT                      _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____       WHY:_____

_X___ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request                _X___ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_X___ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain) _____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations        _____ Self-Mutilation
          _____ Serious Rule Infractions       _____ Other_____
          _____ Pattern of Violence

_____ Continuing Investigation.  By Whom: _____
     For: _____

REVIEWED BY: _____          _____
             NAME                                       TITLE

             _____          CCM/_____

COMMENTS:

<u>LOCKDOWN REVIEW SUMMARY</u>        DATE: 10/2/97

DOC#: 96468      NAME: KENNETH  WHITMORE
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/26/86

<u>REASON FOR ORIGINAL LOCKDOWN</u>

____ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
____ RULE VIOLATION                      ____ INVESTIGATION
____ INCIDENT REPORT                     ____ INITIAL CLASSIFICATION
===============================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

____ RELEASED TO _____    WHY: _____

\ NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request          ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

\ Nature of Original Reason for Lockdown

____ Inmate's Protection:(explain) _____

____ Physically Dangerous to Himself or Others as Evidence by:

          ____ Psychiatric Evaluations     ____ Self-Mutilation
          ____ Serious Rule Infractions    ____ Other_____
          ____ Pattern of Violence .

____ Continuing Investigation.  By Whom:_____
     For: _____
=================================================================
REVIEWED BY: _____
          NAME                              TITLE

          RDRitchi                          CCM
==================================================================
COMMENTS:

DPSC - 002153

LOCKDOWN REVIEW SUMMARY

DATE: 7/7/97

7/26/86

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: CCR C/T        ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                      _____ INVESTIGATION
_____ INCIDENT REPORT                     _____ INITIAL CLASSIFICATION
==================================================================================

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____  WHY: _____
_____

_____ NOT RELEASED     REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection: (explain) _____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations      _____ Self-Mutilation
          _____ Serious Rule Infractions      _____ Other_____
          _____ Pattern of Violence                  _____

_____ Continuing Investigation.  By Whom: _____
       For: _____
=============================================================================
REVIEWED BY: _____  _____
             NAME                                        TITLE

             _____          CCOP

=============================================================================
COMMENTS:

4/7/97
DATE:

LOCKDOWN REVIEW SUMMARY

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: CCR C/T        ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:          7/26/86

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION
=======================================================================

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____     WHY: _____
_____

_____ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection: (explain) _____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations      _____ Self-Mutilation
          _____ Serious Rule Infractions     _____ Other_____
          _____ Pattern of Violence          _____

_____ Continuing Investigation.  By Whom: _____
      For: _____
====================================================================
REVIEWED BY: _____    _____
             NAME                        TITLE

             _____    CCO
====================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY

DATE: 1/2/97

7/26/86

DOC#: 86468      NAME: KENNETH WHITTMORE
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

REASON FOR ORIGINAL LOCKDOWN

___ DISCIPLINARY BOARD ACTION            ___ OWN REQUEST
___ RULE VIOLATION                       ___ INVESTIGATION
___ INCIDENT REPORT                      ___ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

___ RELEASED TO _____  WHY: _____

___ NOT RELEASED    REASONS:

___ Nature of Commitment Offense ___ Escape Risk

___ Inmate's Request            ___ New Rule Infractions Since Last Review

___ Pending Felony Charges

___ Nature of Original Reason for Lockdown

___ Inmate's Protection: (explain) _____

___ Physically Dangerous to Himself or Others as Evidence by:

        ___ Psychiatric Evaluations     ___ Self-Mutilation
        ___ Serious Rule Infractions    ___ Other _____
        ___ Pattern of Violence

___ Continuing Investigation.  By Whom: _____
    For: _____

REVIEWED BY: _____
             NAME                              TITLE

                                               CCOT

COMMENTS:

*10/7/96*

LOCKDOWN REVIEW SUMMARY

DATE:

DOC#:86468    NAME: KENNETH  WHITMORE
LOCATION: CCR C/T         ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:    *7/26/86*

REASON FOR ORIGINAL LOCKDOWN

___✓ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
___ RULE VIOLATION                       _____ INVESTIGATION
___ INCIDENT REPORT                      _____ INITIAL CLASSIFICATION
=====================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____    WHY:_____
_____

___✓ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

___✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations     _____ Self-Mutilation
          _____ Serious Rule Infractions    _____ Other_____
          _____ Pattern of Violence         _____

_____ Continuing Investigation.  By Whom:_____
     For:_____
=====================================================================
REVIEWED BY:  _____    _____
              NAME                         TITLE

              _____      *C C o 8*
=====================================================================
COMMENTS:

DATE: 7/1/86

LOCKDOWN REVIEW SUMMARY

DOC#:B6468     NAME: KENNETH  WHITMORE
LOCATION: CCR C/T    ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:    7/26/86

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____    WHY: _____

_____ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges         .

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions   _____ Other_____
          _·_ Pattern of Violence

_____ Continuing Investigation.  By Whom: _____
      For: _____

REVIEWED BY: _____    _____
             NAME                              TITLE

             _____    C C O

COMMENTS:

DATE: 4/1/86

LOCKDOWN REVIEW SUMMARY

DOC#:96468    NAME: KENNETH  WHITMORE    7/26/86
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

REASON FOR ORIGINAL LOCKDOWN

____ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
____ RULE VIOLATION                      ____ INVESTIGATION
____ INCIDENT REPORT                     ____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____    WHY: _____

____ NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request              ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

____ Nature of Original Reason for Lockdown

____ Inmate's Protection:(explain) _____

____ Physically Dangerous to Himself or Others as Evidence by:

         ____ Psychiatric Evaluations      ____ Self-Mutilation
         ____ Serious Rule Infractions     ____ Other _____
         ____ Pattern of Violence   .

____ Continuing Investigation.  By Whom: _____
    For: _____

REVIEWED BY: _____  _____
             NAME                        TITLE

             _____    C C O

COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: 1/4/65

DOC#:86468    NAME: KENNETH  WHITMORE
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/26/86

REASON FOR ORIGINAL LOCKDOWN

_✓_ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_✓_ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                  _____ INITIAL CLASSIFICATION
============================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____        WHY:_____

_✓_ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_✓_ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations    _____ Self-Mutilation
        _____ Serious Rule Infractions   _____ Other_____
        _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
    For:_____
============================================================
REVIEWED BY: _____            _____
             NAME                        TITLE

============================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: /0 - 2 -95

DOC#: 86468      NAME: KENNETH  WHITMORE
LOCATION: CCR C/T          ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:    7-26 -86

REASON FOR ORIGINAL LOCKDOWN

___ DISCIPLINARY BOARD ACTION          ___ OWN REQUEST
_✗_ RULE VIOLATION                     ___ INVESTIGATION
___ INCIDENT REPORT                    ___ INITIAL CLASSIFICATION
================================================================
ACTION OF LOCKDOWN REVIEW BOARD

___ RELEASED TO _____      WHY: _____

_✗_ NOT RELEASED    REASONS:

___ Nature of Commitment Offense ___ Escape Risk

___ Inmate's Request          ___ New Rule Infractions Since Last Review

___ Pending Felony Charges

_✗_ Nature of Original Reason for Lockdown

___ Inmate's Protection: (explain) _____

___ Physically Dangerous to Himself or Others as Evidence by:

       ___ Psychiatric Evaluations    ___ Self-Mutilation
       ___ Serious Rule Infractions   ___ Other_____
       ___ Pattern of Violence

___ Continuing Investigation.  By Whom: _____
    For: _____
================================================================
REVIEWED BY: _____      _____
             NAME                       TITLE

             _____

================================================================
COMMENTS:

DPSC - 002161

LOCKDOWN REVIEW SUMMARY                 DATE: 07-10-98

DOC#:86468      NAME: KENNETH   WHITMORE
LOCATION: CCR C/T        ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:   07-26-86

REASON FOR ORIGINAL LOCKDOWN

___ DISCIPLINARY BOARD ACTION          ___ OWN REQUEST
___ RULE VIOLATION                     ___ INVESTIGATION
___ INCIDENT REPORT                    ___ INITIAL CLASSIFICATION
==========================================================================
ACTION OF LOCKDOWN REVIEW BOARD

___ RELEASED TO _____   WHY: _____
_____

___ NOT RELEASED   REASONS:

___ Nature of Commitment Offense ___ Escape Risk

___ Inmate's Request          ___ New Rule Infractions Since Last Review

___ Pending Felony Charges

___ Nature of Original Reason for Lockdown

___ Inmate's Protection:(explain) _____
_____

___ Physically Dangerous to Himself or Others as Evidence by:

          ___ Psychiatric Evaluations    ___ Self-Mutilation
          ___ Serious Rule Infractions   ___ Other_____
          ___ Pattern of Violence      .           _____

___ Continuing Investigation.  By Whom:_____
    For:_____
==========================================================================
REVIEWED BY: _____          _____
             NAME                           TITLE
                                            CCCLT

_____
==========================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY          DATE: 4-10-95

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: CCR C/T      ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-26-86

REASON FOR ORIGINAL LOCKDOWN

____ DISCIPLINARY BOARD ACTION        ____ OWN REQUEST
____ RULE VIOLATION                   ____ INVESTIGATION
____ INCIDENT REPORT                  ____ INITIAL CLASSIFICATION
=================================================================================
ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____      WHY:_____

____ NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request            ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

____ Nature of Original Reason for Lockdown

____ Inmate's Protection:(explain)_____

____ Physically Dangerous to Himself or Others as Evidence by:

          ____ Psychiatric Evaluations      ____ Self-Mutilation
          ____ Serious Rule Infractions     ____ Other _____
          ____ Pattern of Violence

____ Continuing Investigation.  By Whom:_____
     For:_____
=================================================================================
REVIEWED BY: _____          _____
             NAME                              TITLE

             _____          C C O, II

=================================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: 1-17-95

DOC#: 86468      NAME: KENNETH  WHITMORE
LOCATION: CCR C/T        ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-26-86

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
___✓__ RULE VIOLATION                      _____ INVESTIGATION
_____ INCIDENT REPORT        .            _____ INITIAL CLASSIFICATION
================================================================

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____    WHY: _____
_____    _____

___✓__ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

___✓__ Nature of Original Reason for Lockdown

_____ Inmate's Protection: (explain) _____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations    _____ Self-Mutilation
        _____ Serious Rule Infractions    _____ Other_____
        _____ Pattern of Violence                _____

_____ Continuing Investigation.  By Whom: _____
       For: _____
================================================================
REVIEWED BY: _____    _____
             NAME                         TITLE

             _____ (CLO, FE

================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                DATE: 10-10-94

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: CCR C/T        ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:  7-26-86

REASON FOR ORIGINAL LOCKDOWN

___ DISCIPLINARY BOARD ACTION          ___ OWN REQUEST
___ RULE VIOLATION                     ___ INVESTIGATION
___ INCIDENT REPORT                    ___ INITIAL CLASSIFICATION
=======================================================================
ACTION OF LOCKDOWN REVIEW BOARD

___ RELEASED TO _____        WHY:_____

___ NOT RELEASED    REASONS:

___ Nature of Commitment Offense ___ Escape Risk

___ Inmate's Request          ___ New Rule Infractions Since Last Review

___ Pending Felony Charges

___ Nature of Original Reason for Lockdown

___ Inmate's Protection: (explain)_____

___ Physically Dangerous to Himself or Others as Evidence by:

       ___ Psychiatric Evaluations    ___ Self-Mutilation
       ___ Serious Rule Infractions   ___ Other_____
       ___ Pattern of Violence

___ Continuing Investigation.  By Whom:_____
     For:_____
=======================================================================
REVIEWED BY:_____        _____
          NAME                         TITLE

          _____ CCO, IT
=======================================================================
COMMENTS:

DPSC - 002165

LOCKDOWN REVIEW SUMMARY                    DATE: 7/11/94

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/26/86

REASON FOR ORIGINAL LOCKDOWN

____✓____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
____✓____ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION
========================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____      WHY:_____

____✓____ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request                _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

____✓____ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:_____
            _____ Psychiatric Evaluations    _____ Self-Mutilation
            _____ Serious Rule Infractions    _____ Other_____
            _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
        For:_____
========================================================================
REVIEWED BY: _____        _____
            NAME                                      TITLE

            _____          C C O II
========================================================================
COMMENTS:

DPSC - 002166

LOCKDOWN REVIEW SUMMARY                    DATE: 4/19 4

DOC#:86468      NAME: KENNETH WHITMORE
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-26-86

REASON FOR ORIGINAL LOCKDOWN

___ DISCIPLINARY BOARD ACTION        _____ OWN REQUEST
___ RULE VIOLATION                   _____ INVESTIGATION
___ INCIDENT REPORT                  _____ INITIAL CLASSIFICATION
=================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____ WHY: _____

___ NOT RELEASED   REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__X__ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
      _____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations   _____ Self-Mutilation
          _____ Serious Rule Infractions  _____ Other_____
          _____ Pattern of Violence             _____

_____ Continuing Investigation.  By Whom: _____
      For : _____
=================================================================
REVIEWED BY: _____    _____
             NAME                            TITLE

             _____    _____

=================================================================
COMMENTS:

DPSC - 002167

LOCKDOWN REVIEW SUMMARY                    DATE: /-/0-94

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7-26-86

REASON FOR ORIGINAL LOCKDOWN

✓ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
✓ RULE VIOLATION                     ____ INVESTIGATION
____ INCIDENT REPORT                 ____ INITIAL CLASSIFICATION
====================================================================
ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____      WHY:_____

✓ NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request          ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate's Protection:(explain)_____

____ Physically Dangerous to Himself or Others as Evidence by:

          ____ Psychiatric Evaluations    ____ Self-Mutilation
          ____ Serious Rule Infractions   ____ Other_____
          ____ Pattern of Violence

____ Continuing Investigation.  By Whom:_____
     For:_____
====================================================================
REVIEWED BY:_____
      NAME _____  _____ TITLE
                              _____

====================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY          DATE: _10/11/83_

DOC#:86468     NAME: KENNETH  WHITMORE
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: ~~5/13/82~~ 7|26|86

REASON FOR ORIGINAL LOCKDOWN

_X_ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
_X_ RULE VIOLATION                     ____ INVESTIGATION
____ INCIDENT REPORT                   ____ INITIAL CLASSIFICATION
==================================================================
ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____     WHY: _____

_X_ NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request              ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

_X_ Nature of Original Reason for Lockdown

____ Inmate's Protection:(explain)_____
_____

____ Physically Dangerous to Himself or Others as Evidence by:

          ____ Psychiatric Evaluations    ____ Self-Mutilation
          ____ Serious Rule Infractions   ____ Other_____
          ____ Pattern of Violence                 _____

____ Continuing Investigation.  By Whom:_____
     For:_____
==================================================================
REVIEWED BY:_____
        NAME _D. Meredith_ Major    TITLE _____
        _____    CCS
==================================================================
COMMENTS:

DPSC - 002169

<u>LOCKDOWN REVIEW SUMMARY</u>                DATE: 7/19/93

DOC#:86468      NAME: KENNETH  WHITMORE
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:  7-26-86

### REASON FOR ORIGINAL LOCKDOWN

____ DISCIPLINARY BOARD ACTION            ____ OWN REQUEST
____ RULE VIOLATION                       ____ INVESTIGATION
____ INCIDENT REPORT                      ____ INITIAL CLASSIFICATION

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____      WHY:_____

____ NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request            ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

____ Nature of Original Reason for Lockdown

____ Inmate's Protection:(explain)_____

____ Physically Dangerous to Himself or Others as Evidence by:

        ____ Psychiatric Evaluations      ____ Self-Mutilation
        ____ Serious Rule Infractions     ____ Other_____
        ____ Pattern of Violence

____ Continuing Investigation.  By Whom:_____
     For:_____

REVIEWED BY:_____        _____
        NAME                              TITLE

COMMENTS:

LOCK [====] DWN REVIEW SUMMARY                    DATE:

86468        NAME: KENNETH  [=====] HITMORE
TION: CCR C/T
E OF ORIGINAL PLACEMENT IN [===] [===] TENTED LOCKDOWN:    7-26-86

REASO[====]    FOR ORIGINAL LOCKDOWN

___ DISCIPLINARY BOARD ACTION                    ___ OWN REQUEST
___ RULE VIOLATION                               ___ INVESTIGATION
___ INCIDENT REPORT                              ___ INITIAL CLASSIFICATION

ACTION [===] [==] LOCKDOWN REVIEW BOARD

___ RELEASED TO _____    WHY: _____

___ NOT RELEASED    REASONS =

___ Nature of Commitment [===] ffens___ Escape Risk

___ Inmate's Request                   ___ New Rule Infractions Since Las

___ Pending Felony Charge[===] [===]

✓ Nature of Original R[===] ason Lockdown

___ Inmate's Protection: [===] explai_____

___ Physically Danger[===] to Him or Others as Evidence by:

    ___ Psychiatri [==] Evaluon[s]    ___ Self-Mutilation
    ___ Serious R[==] le Infr[io]ns   ___ Other_____
    ___ Pattern o[=] Violen

___ Continuing Invest[i]ga[==]tion. Whom: _____
    For: _____

VIEWED BY:
    NAME                               TITLE

COMMENTS:

DPSC - 002171

<u>LOCKDOWN REVIEW SUMMARY</u>                        DATE: *1-19-93*

DOC#: 86468        NAME: KENNETH   WHITMORE
LOCATION: CCR C/T            ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: *7-26-86*

<u>REASON FOR ORIGINAL LOCKDOWN</u>

____ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
____ RULE VIOLATION                     ____ INVESTIGATION
____ INCIDENT REPORT                    ____ INITIAL CLASSIFICATION
=================================================================

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

____ RELEASED TO _____        WHY: _____

____ NOT RELEASED   REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request          ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

____ Nature of Original Reason for Lockdown

____ Inmate's Protection:(explain) _____

____ Physically Dangerous to Himself or Others as Evidence by:

        ____ Psychiatric Evaluations      ____ Self-Mutilation
        ____ Serious Rule Infractions     ____ Other_____
        ____ Pattern of Violence

____ Continuing Investigation.  By Whom: _____
        For: _____
=================================================================
REVIEWED BY: _____
             NAME                          TITLE

=================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                  DATE: 10/13/92

ID#: 86468      NAME: KENNETH  WHITMORE
LCATION: CCR C/T
ATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/26/86

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION        _____ OWN REQUEST
__X__ RULE VIOLATION                   _____ INVESTIGATION
_____ INCIDENT REPORT                  _____ INITIAL CLASSIFICATION
========================================================================

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____ WHY: _____
_____

__X__ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request           _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations     _____ Self-Mutilation
        _____ Serious Rule Infractions    _____ Other_____
        _____ Pattern of Violence         _____

_____ Continuing Investigation.  By Whom:_____
      For:_____
========================================================================
IEWED BY:
      NAME _____ TITLE Mgr
      _____            CCS
========================================================================
MENTS:

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE: **7/21/92**

DOC#: 86468        NAME: **WHITMORE**            . **KENNETH**
LOCATION: CCR C/T        ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: **7/26/86**

<u>REASON FOR ORIGINAL LOCKDOWN</u>

_____ DISCIPLINARY BOARD ACTION              _____ OWN REQUEST
_____ RULE VIOLATION                         _____ INVESTIGATION
_____ INCIDENT REPORT                        _____ INITIAL CLASSIFICATION
=========================================================================

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____    WHY: _____
_____

_____ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Revie

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection: (explain) _____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations      _____ Self-Mutilation
          _____ Serious Rule Infractions     _____ Other_____
          _____ Pattern of Violence          _____

_____ Continuing Investigation.  By Whom: _____
      For: _____
=========================================================================
REVIEWED BY: _____
          NAME _____      TITLE _____

=========================================================================
COMMENTS:

C3-118                LOCKDOWN REVIEW SUMMARY

No.: 86468    Name: Kenneth Whitmore        Location: CCR "C"    Date: 4/10/92

Date of Original Placement in Extended Lockdown: 7-6-86 (5-10-89)CCR

### REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action              ____ Own Request
✓ Rule Violation Report
  ____ Incident Report                   ____ Initial Classification
  ____ Investigation

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to _____. Why: _____

✓ NOT RELEASED.  Reasons:

____ Nature of Commitment Offense    ____ Escape Risk

____ Inmate's Request                ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain): _____

____ Physically Dangerous to Himself or Others as Evidenced by:
     ____ Psychiatric Evaluations   ____ Self-Mutilation
     ____ Serious Rule Infractions  ____ Other _____
     ____ Pattern of Violence

____ Continuing Investigation. By Whom: _____
     For: _____

Reviewed by: _Claus Tillery_          _mgm_
             Name                      Title

             _John L. Calvert_         _CCAM_

COMMENTS:

C3-118                    LOCKDOWN REVIEW SUMMARY

No.: 086468 ____ Name: Kenneth Whitmore _____ B/M Location: CCR/C-Tier Date: 1/15/92

Date of Original Placement in Extended Lockdown: 7-6-86 (5-10-89 CCR)

REASONS FOR ORIGINAL LOCKDOWN

____ Disciplinary Board Action              ____ Own Request
     Rule Violation Report
____ Incident Report                        ____ Initial Classification
____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to _____. Why: _____

____ NOT RELEASED. Reasons:

____ Nature of Commitment Offense    ____ Escape Risk

____ Inmate's Request                ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain): _____

____ Physically Dangerous to Himself or Others as Evidenced by:
     ____ Psychiatric Evaluations    ____ Self-Mutilation
     ____ Serious Rule Infractions   ____ Other _____
     ____ Pattern of Violence

____ Continuing Investigation. By Whom: _____
     For: _____

Reviewed by: _A. H. Brunn_____    _Major_____
            Name                    Title

            _B. M. Ritchie_____   _CCS_____

COMMENTS:

**C3-118**                    LOCKDOWN REVIEW SUMMARY

No.: 086468    Name: Whitmore, Kenneth        Location: C.C.R.    Date: 10/10/91

Date of Original Placement in Extended Lockdown: 7-6-86  (5,10-87 CCR)

### REASONS FOR ORIGINAL LOCKDOWN

☒ Disciplinary Board Action            ___ Own Request
___ Rule Violation Report
___ Incident Report                    ___ Initial Classification
___ Investigation

----------------------------------------

### ACTION OF LOCKDOWN REVIEW BOARD

___ RELEASED to _____ .  Why: _____

☒ NOT RELEASED.  Reasons:

___ Nature of Commitment Offense    ___ Escape Risk

___ Inmate's Request                ___ New Rule Infractions Since Last Review

☒ Pending Felony Charges

☒ Nature of Original Reason for Lockdown

___ Inmate's Protection (explain): _____

___ Physically Dangerous to Himself or Others as Evidenced by:
    ___ Psychiatric Evaluations   ___ Self-Mutilation
    ___ Serious Rule Infractions  ___ Other _____
    ___ Pattern of Violence

___ Continuing Investigation.  By Whom: _____
    For: _____

Reviewed by: _____ (signature)          _____ major
             Name                           Title

             _____ (signature)          CBS

COMMENTS:

C3-118                           LOCKDOWN REVIEW SUMMARY

No.: 86468      Name: KENNETH WHITMORE          Location: 'C' TIER    Date: 7/16/91

Date of Original Placement in Extended Lockdown: 7-6-86    5-10-89 CCR

### REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action              ____ Own Request
  ✓ Rule Violation Report
  ____ Incident Report                   ____ Initial Classification
  ____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to _____ . Why: _____

✓ NOT RELEASED.  Reasons:

  ____ Nature of Commitment Offense      ✓ Escape Risk

  ____ Inmate's Request                  ____ New Rule Infractions Since Last Review

  ____ Pending Felony Charges

  ✓ Nature of Original Reason for Lockdown

  ____ Inmate's Protection (explain): _____
  _____

  ____ Physically Dangerous to Himself or Others as Evidenced by:
       ____ Psychiatric Evaluations    ____ Self-Mutilation
       ____ Serious Rule Infractions   ____ Other _____
       ____ Pattern of Violence        _____

  ____ Continuing Investigation.  By Whom: _____
       For: _____

Reviewed by: _Doris Tillery_____ _major_____
             Name                                  Title

             _John L. Calvet_____ _CCAM_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

C3-118                      LOCKDOWN REVIEW SUMMARY

No.: 86468     Name:  xxxxxxKenneth Whitmore   Location: CCR C/T    Date: 4/04/91

Date of Original Placement in Extended Lockdown: _____  _____

                      REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action              _____ Own Request
_____ Rule Violation Report                  _____ Initial Classification
_____ Incident Report
_____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                      ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to_____.  Why:_____

_____ NOT RELEASED.  Reasons:

        _____ Nature of Commitment Offense      _____ Escape Risk

        _____ Inmate's Request                  _____ New Rule Infractions Since Last Review

        _____ Pending Felony Charges

        _____ Nature of Original Reason for Lockdown

        _____ Inmate's Protection (explain):_____
               _____

        _____ Physically Dangerous to Himself or Others as Evidenced by:
               _____ Psychiatric Evaluations      _____ Self-Mutilation
               _____ Serious Rule Infractions     _____ Other_____
               _____ Pattern of Violence                _____

        _____ Continuing Investigation.  By Whom:_____
               For:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Reviewed by: _____        _____
              Name                            Title

             _____        CCS
             
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

C3-118                          LOCKDOWN REVIEW SUMMARY

No.: 86468      Name: Kenneth Whitmore          Location: "C" Tier    Date: 1/08/91

Date of Original Placement in Extended Lockdown: 7-6-86        5-10-89 CCR

                        REASONS FOR ORIGINAL LOCKDOWN

____ Disciplinary Board Action                ____ Own Request
     ____ Rule Violation Report *escape*
     ____ Incident Report                      ____ Initial Classification
     ____ Investigation
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                        ACTION OF LOCKDOWN REVIEW BOARD
____    RELEASED to _____ .  Why: _____

____    NOT RELEASED.  Reasons:

        ____  Nature of Commitment Offense    ____  Escape Risk

        ____  Inmate's Request                ____  New Rule Infractions Since Last Review

        ____  Pending Felony Charges

        ____  Nature of Original Reason for Lockdown

        ____  Inmate's Protection (explain): _____
                                              _____

        ____  Physically Dangerous to Himself or Others as Evidenced by:
                ____  Psychiatric Evaluations    ____  Self-Mutilation
                ____  Serious Rule Infractions   ____  Other _____
                ____  Pattern of Violence              _____

        ____  Continuing Investigation.  By Whom: ____ _____ _____
              For: _____

Reviewed by: _____        _____
             Name                          Title

             _____         CCRS

COMMENTS:

C3-118                    LOCKDOWN REVIEW SUMMARY

No.:   86468    Name:  Kenneth Whitmore, b/m    Location:  "C" Tier   Date:  10/03/90

Date of Original Placement in Extended Lockdown:  _07-06-86  5 -10-89CcR_

#### REASONS FOR ORIGINAL LOCKDOWN

____ Disciplinary Board Action          ____ Own Request
____ Rule Violation Report  *Escape*
____ Incident Report                    ____ Initial Classification
____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

#### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to_____ . Why:_____
_____

____ NOT RELEASED.  Reasons:

____    Nature of Commitment Offense    ____    Escape Risk

____    Inmate's Request                ____    New Rule Infractions Since Last Review

____    Pending Felony Charges

____    Nature of Original Reason for Lockdown

____    Inmate's Protection (explain):_____
_____

____    Physically Dangerous to Himself or Others as Evidenced by:
        ____ Psychiatric Evaluations    ____ Self-Mutilation
        ____ Serious Rule Infractions   ____ Other_____
        ____ Pattern of Violence        _____

____    Continuing Investigation.  By Whom:_____
        For:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by:_____
        Name _____    Title _____
        _____    _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

C3-118                        LOCKDOWN REVIEW SUMMARY                    10

No.: 86468      Name: WHITMORE, KENNY    BM   Location: CCR-C-12   Date: 7-1-90

Date of Original Placement in Extended Lockdown: _7-6-86- (5-10-89 CCR)_

### REASONS FOR ORIGINAL LOCKDOWN

____ Disciplinary Board Action        ____ Own Request
____ Rule Violation Report _Escape_
____ Incident Report                  ____ Initial Classification
____ Investigation

### ACTION OF LOCKDOWN REVIEW BOARD

__/__ RELEASED to _____ . Why: _____

__/__ NOT RELEASED. Reasons:

____ Nature of Commitment Offense   ____ Escape Risk

____ Inmate's Request               ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

__/__ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain): _____
_____

____ Physically Dangerous to Himself or Others as Evidenced by:
     ____ Psychiatric Evaluations   ____ Self-Mutilation
     ____ Serious Rule Infractions  ____ Other _____
     ____ Pattern of Violence       _____

____ Continuing Investigation. By Whom: _____
     For: _____

Reviewed by: _____
     Name _____        Title _____
                                    CCR

COMMENTS:

C3-118                         LOCKDOWN REVIEW SUMMARY

No.:___86468___ Name:___KENNY WHITMORE B/M_____ Location: CCR "C" TIER Date:___4/04/90____

Date of Original Placement in Extended Lockdown:_____ 7-6-86 ( 5-10-89 )
                                                                        CCR

                         REASONS FOR ORIGINAL LOCKDOWN

____ Disciplinary Board Action                    ____ Own Request
____ Rule Violation Report ← Escape
____ Incident Report                              ____ Initial Classification
____ Investigation

                         ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to_____. Why:_____

_____

____ NOT RELEASED. Reasons:

    ____ Nature of Commitment Offense      ✓ Escape Risk

    ____ Inmate's Request                  ____ New Rule Infractions Since Last Review

    ____ Pending Felony Charges

    ✓ Nature of Original Reason for Lockdown

    ____ Inmate's Protection (explain):_____

        _____

    ____ Physically Dangerous to Himself or Others as Evidenced by:
        ____ Psychiatric Evaluations    ____ Self-Mutilation
        ____ Serious Rule Infractions   ____ Other_____
        ____ Pattern of Violence        _____

    ____ Continuing Investigation. By Whom:_____
        For:_____

Reviewed by:_____
        Name                              Title
                                          Major

                                          CCS

COMMENTS:

C3-1 **18**                LOCKDOWN REVIEW SUMMARY

No.: Ɓ Ꞩ6468   Name: WHITMORE, KENNETH   B/M   Location: CCR- C TIER   Date: *1-10-90*

Date of Original Placement in Extended Lockdown: *7-6-86 Accr (=10-89)*

### REASONS FOR ORIGINAL LOCKDOWN

___ Disciplinary Board Action  *ESCAPE*   ___ Own Request
___ Rule Violation Report
___ Incident Report                    ___ Initial Classification
___ Investigation

### ACTION OF LOCKDOWN REVIEW BOARD

___ RELEASED to_____. Why:_____

___ NOT RELEASED. Reasons:

___ Nature of Commitment Offense    ___ Escape Risk

___ Inmate's Request                ___ New Rule Infractions Since Last Review

___ Pending Felony Charges

___ Nature of Original Reason for Lockdown

___ Inmate's Protection (explain):_____

___ Physically Dangerous to Himself or Others as Evidenced by:
    ___ Psychiatric Evaluations    ___ Self-Mutilation
    ___ Serious Rule Infractions   ___ Other_____
    ___ Pattern of Violence        _____

___ Continuing Investigation. By Whom:_____
    For:_____

Reviewed by: *Louis Tillery*          *Major*
             Name                     Title

             _____          *CCS*

COMMENTS:

LOCKDOWN REVIEW SUMMARY

No.: 086468    Name: Kenny Whitmore    B/M Location: C.C.R.    Date: 10-05-89

Date of Original Placement in Extended Lockdown: 7-6-76 to CCR 5-10-89

REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action        _____ Own Request
_____ Rule Violation Report  ESCAPE
_____ Incident Report                  _____ Initial Classification
_____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____    Why: _____
_____

X NOT RELEASED.  Reasons:

_____ Nature of Commitment Offense        X Escape Risk

_____ Inmate's Request                    _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain): _____
_____

_____ Physically Dangerous to Himself or Others as Evidenced by:
      _____ Psychiatric Evaluations    _____ Self-Mutilation
      _____ Serious Rule Infractions   _____ Other  . _____
      _____ Pattern of Violence        _____

_____ Continuing Investigation.  By Whom: _____
      For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____    _____
             Name                        Title  major

             _____     C C S
             _____     _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

## LOCKDOWN REVIEW SUMMARY

No.: 086468     Name: Kenny Whitmore     B/M Location: CCR GAR 4 L Date: 7-11-89

Date of Original Placement in Extended Lockdown: 7-6-86 to CCR 5-10-89

### REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action          ____ Own Request
____ Rule Violation Report _Escape_
____ Incident Report                 ____ Initial Classification
____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to_____     Why:_____

____ NOT RELEASED.  Reasons:

____ Nature of Commitment Offense    ____ Escape Risk

____ Inmate's Request                ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain):_____

____ Physically Dangerous to Himself or Others as Evidenced by:
    ____ Psychiatric Evaluations    ____ Self-Mutilation
    ____ Serious Rule Infractions   ____ Other_____
    ____ Pattern of Violence

____ Continuing Investigation.  By Whom:_____
    For:

Reviewed by: _____   Title _CCAM_
    Name

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

LOCKDOWN REVIEW SUMMARY

No.: 86468    Name: Kenny Whitmore    Location: Tiger 4-R    Date: 4-4-89

Date of Original Placement in Extended Lockdown: 7-6-86

REASONS FOR ORIGINAL LOCKDOWN

___ Disciplinary Board Action          ___ Own Request
___ Rule Violation Report *escape*
___ Incident Report                    ___ Initial Classification
___ Investigation

ACTION OF LOCKDOWN REVIEW BOARD

___ RELEASED to_____    Why:_____

___ NOT RELEASED.  Reasons:

___    Nature of Commitment Offense    ___    Escape Risk

___    Inmate's Request                ___    New Rule Infractions Since Last Review

___    Pending Felony Charges

___    Nature of Original Reason for Lockdown

___    Inmate's Protection (explain):_____
       _____

___    Physically Dangerous to Himself or Others as Evidenced by:
       ___ Psychiatric Evaluations    ___ Self-Mutilation
       ___ Serious Rule Infractions   ___ Other_____
       ___ Pattern of Violence        _____

___    Continuing Investigation.  By Whom:_____
       For:_____

Reviewed by: Clarence Tillery          Title: Major
             Name

             E. L. Williams            CCS

COMMENTS:

DPSC - 002187

## LOCKDOWN REVIEW SUMMARY

No.: __86468__ Name: __Whitmore, Kenny__ Location: __Tiger 4-R__ Date: _/-5-89_

Date of Original Placement in Extended Lockdown: _7-6-86_

### REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action _____ Own Request
✓ Rule Violation Report _Scope._
_____ Incident Report _____ Initial Classification
_____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____ Why: _____

✓ NOT RELEASED. Reasons:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain): _____

_____ Physically Dangerous to Himself or Others as Evidenced by:
_____ Psychiatric Evaluations _____ Self-Mutilation
_____ Serious Rule Infractions _____ Other _____
_____ Pattern of Violence

_____ Continuing Investigation. By Whom: _____
For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____
Name _O. Whiteley_ Title _Major_
_Earnest William_ _CCS_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

LOCKDOWN REVIEW SUMMARY

No.: 86468    Name: Whitmore, Kenny    Location: Tiger 4    Date: 10-03-88

Date of Original Placement in Extended Lockdown: 7-6-86

REASONS FOR ORIGINAL LOCKDOWN

____ Disciplinary Board Action            ____ Own Request
  ✓ Rule Violation Report escape
  ____ Incident Report                    ____ Initial Classification
  ____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ACTION OF LOCKDOWN REVIEW BOARD

____    RELEASED to_____.  Why:_____
_____

✓    NOT RELEASED.  Reasons:

____    Nature of Commitment Offense    ____ Escape Risk

____    Inmate's Request                ____ New Rule Infractions Since Last Review

____    Pending Felony Charges

✓    Nature of Original Reason for Lockdown

____    Inmate's Protection (explain):_____
_____

____    Physically Dangerous to Himself or Others as Evidenced by:
        ____ Psychiatric Evaluations    ____ Self-Mutilation
        ____ Serious Rule Infractions   ____ Other_____
        ____ Pattern of Violence

____    Continuing Investigation.  By Whom:_____
        For:_____

Reviewed by: _Pheu Tillery_____   _Major_____
             Name                            Title

             _Ernest Williams_____   _CCS_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

## LOCKDOWN REVIEW SUMMARY

No.: 86468   Name:   Whitmore, Kenny   Location:   T-4-R-4   Date:   4-7-88

Date of Original Placement in Extended Lockdown:   7-5-86

### REASONS FOR ORIGINAL LOCKDOWN

____ Disciplinary Board Action                     ____ Own Request
____ Rule Violation Report
____ Incident Report                               ____ Initial Classification
____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to _____ .   Why: _____

____ NOT RELEASED.   Reasons:

____ Nature of Commitment Offense   ____ Escape Risk

____ Inmate's Request   ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

____ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain): _____

____ Physically Dangerous to Himself or Others as Evidenced by:
____ Psychiatric Evaluations   ____ Self-Mutilation
____ Serious Rule Infractions   ____ Other _____
____ Pattern of Violence

____ Continuing Investigation.  By Whom: _____
For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by:
Name _____   Title _____

Earnest William   C O S

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

LOCKDOWN REVIEW SUMMARY

No.: 86468    Name: KENNY WHITMORE    Location: TIGER-4-R    Date: 1-5-88

Date of Original Placement in Extended Lockdown: 7-5-86

### REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action             _____ Own Request
✓ Rule Violation Report
_____ Incident Report                   _____ Initial Classification
_____ Investigation

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to_____, Why:_____

✓ NOT RELEASED. Reasons:

_____ Nature of Commitment Offense    _____ Escape Risk

_____ Inmate's Request                _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain):_____

_____ Physically Dangerous to Himself or Others as Evidenced by:
    _____ Psychiatric Evaluations    _____ Self-Mutilation
    _____ Serious Rule Infractions   _____ Other_____
    _____ Pattern of Violence

_____ Continuing Investigation. By Whom:_____
    For:_____

Reviewed by: _____    _____
             Name                 Title

COMMENTS:

LOCKDOWN REVIEW SUMMARY

No.: 86468   Name: _Kenny Whitmore_ Location: _C-T-4-R_ Date: _10-1-87_

Date of Original Placement in Extended Lockdown: _7-5-86_

## REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action          ____ Own Request
✓ Rule Violation Report (Escape)
____ Incident Report                 ____ Initial Classification
____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ACTION OF LOCKDOWN REVIEW BOARD

____   RELEASED to _____.   Why: _____

✓   NOT RELEASED.  Reasons:

____   Nature of Commitment Offense    ____   Escape Risk

____   Inmate's Request               ____   New Rule Infractions Since Last Review

____   Pending Felony Charges

✓   Nature of Original Reason for Lockdown

____   Inmate's Protection (explain): _____

RECEIVED
OCT 1 1987
LOUISIANA STATE
PENITENTIARY
RECORDS OFFICE

____   Physically Dangerous to Himself or Others as Evidenced by:
        ____ Psychiatric Evaluations    ____ Self-Mutilation
        ____ Serious Rule Infractions   ____ Other_____
        ____ Pattern of Violence

____   Continuing Investigation.  By Whom: _____
        For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____   Major
             Name              Title

             _Melraine_        _OCS_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

LOCKDOWN REVIEW SUMMARY

No.: 86468    Name: Kenny Whitmore    Location: Tiger-4-R    Date: 7/8/87

Date of Original Placement in Extended Lockdown: 7-5-86

REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action                    _____ Own Request
✓ Rule Violation Report
_____ Incident Report                          _____ Initial Classification
_____ Investigation

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to_____.  Why:_____

✓ NOT RELEASED.  Reasons:

_____ Nature of Commitment Offense    _____ Escape Risk

_____ Inmate's Request                _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain):_____

_____ Physically Dangerous to Himself or Others as Evidenced by:
      _____ Psychiatric Evaluations    _____ Self-Mutilation
      _____ Serious Rule Infractions   _____ Other_____
      _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
      For:_____

Reviewed by:
      Name _____    Title _____
                                              CCS

COMMENTS:

DPSC - 002193

LOCKDOWN REVIEW SUMMARY

No.: 86468    Name: Whitmore, Kenny    Location: T3R-13    Date: 4/28/87

Date of Original Placement in Extended Lockdown: 2-5-86

REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action          _____ Own Request
_____ Rule Violation Report
_____ Incident Report                    _____ Initial Classification
_____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____    Why: _____
                                       _____

_____ NOT RELEASED.  Reasons:

_____ Nature of Commitment Offense    _____ Escape Risk

_____ Inmate's Request                _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain): _____
      _____

_____ Physically Dangerous to Himself or Others as Evidenced by:
      _____ Psychiatric Evaluations    _____ Self-Mutilation
      _____ Serious Rule Infractions   _____ Other _____
      _____ Pattern of Violence        _____

_____ Continuing Investigation.  By Whom: _____
      For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _Claus Tillery_          _mgr_
             Name                     Title   _DCSH_
             _Jay Dean_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

N/A (No record)

## LOCKDOWN REVIEW SUMMARY

No.: __86468__ Name: __KENNY WHITMORE__ Location: __T3R__ Date: __3-9-87__

Date of Original Placement in Extended Lockdown: __7-5-86__

### REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action                    ____ Own Request
✓ Rule Violation Report
____ Incident Report                           ____ Initial Classification
____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to _____ Why: _____

_____

✓ NOT RELEASED. Reasons:

____ Nature of Commitment Offense    ✓ Escape Risk

____ Inmate's Request                ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain): _____

_____

____ Physically Dangerous to Himself or Others as Evidenced by:
____ Psychiatric Evaluations    ____ Self-Mutilation
____ Serious Rule Infractions   ____ Other _____
____ Pattern of Violence
_____

____ Continuing Investigation. By Whom: _____
For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____        _____
             Name                              Title

             _____        _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

LOCKDOWN REVIEW SUMMARY

No.: 86468 _____ Name: WHITMORE, KENNY BM _____ Location: T-3-R _____ Date: 12-17-86

Date of Original Placement in Extended Lockdown: _____ 7-5-86 _____

## REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action                    _____ Own Request
  ✓ Rule Violation Report
  _____ Incident Report                        _____ Initial Classification
  _____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____ Why: _____

_____

✓ NOT RELEASED. Reasons:

_____ Nature of Commitment Offense     _____ Escape Risk

_____ Inmate's Request                 ✓ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain): _____

_____

_____ Physically Dangerous to Himself or Others as Evidenced by:
      _____ Psychiatric Evaluations    _____ Self-Mutilation
      _____ Serious Rule Infractions   _____ Other_____
      _____ Pattern of Violence        _____

_____ Continuing Investigation. By Whom: _____
      For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____
      Name _Lewis Tillery_____ Title _mayer_____
           _John L. Calvert_____      _PCO III_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

LOCKDOWN REVIEW SUMMARY

No.: 86468  Name: KENNY WHITMORE  Location: T-3-R  Date: 10-16-86

Date of Original Placement in Extended Lockdown: 7-5-86

REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action          ____ Own Request
  ✓ Rule Violation Report
  ____ Incident Report               ____ Initial Classification
  ____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to_____    Why:_____

✓ NOT RELEASED. Reasons:

  ____ Nature of Commitment Offense   ✓ Escape Risk

  ____ Inmate's Request               ____ New Rule Infractions Since Last Review

  ____ Pending Felony Charges

  ✓ Nature of Original Reason for Lockdown

  ____ Inmate's Protection (explain):_____ _____
  _____

  ____ Physically Dangerous to Himself or Others as Evidenced by:
       ____ Psychiatric Evaluations   ____ Self-Mutilation
       ____ Serious Rule Infractions  ____ Other_____
       ____ Pattern of Violence       _____

  ____ Continuing Investigation. By Whom:_____
       For:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by:_____
       Name _____        Title _____
       _____             _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

## LOCKDOWN REVIEW SUMMARY

No.: _86468_   Name: _Kenny Whitmore_   Location: _Tiger 4-R-5_ Date: _7-7-88_

Date of Original Placement in Extended Lockdown: _7-5-80_

### REASONS FOR ORIGINAL LOCKDOWN

_✓_ Disciplinary Board Action            ____ Own Request
_✓_ Rule Violation Report _escape_
____ Incident Report                     ____ Initial Classification
____ Investigation

---

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to _____.  Why: _____

_____

_✓_ NOT RELEASED.  Reasons:

____ Nature of Commitment Offense    ____ Escape Risk

____ Inmate's Request                _✓_ New Rule Infractions Since Last Review

____ Pending Felony Charges

_✓_ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain): _____

_____

____ Physically Dangerous to Himself or Others as Evidenced by:
____ Psychiatric Evaluations   ____ Self-Mutilation
____ Serious Rule Infractions  ____ Other_____
____ Pattern of Violence      _____

____ Continuing Investigation.  By Whom:_____
For: _____

---

Reviewed by:
Name _(signature)_          Title _Major_

_Earnest Williams_      _CCS_

---

COMMENTS:

**C3-118**               LOCKDOWN REVIEW SUMMARY

No.: 86468    Name: WHITMORE, KENNY    Location: A TIER    Date: 3-28-85

Date of Original Placement in Extended Lockdown: 3-21-78

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action            _____ Own Request
    _____ Rule Violation Report
    _____ Incident Report                  ✓ Initial Classification
    _____ Investigation

---

✓ MAIN PRISON    ACTION OF LOCKDOWN REVIEW BOARD
RELEASED to WALNUT 2 LINE 4 . Why:_____

_____ NOT RELEASED. Reasons:

    _____ Nature of Commitment Offense    _____ Escape Risk

    _____ Inmate's Request                _____ New Rule Infractions Since Last Review

    _____ Pending Felony Charges

    _____ Nature of Original Reason for Lockdown

    _____ Inmate's Protection (explain):_____

    _____ Physically Dangerous to Himself or Others as Evidenced by:
        _____ Psychiatric Evaluations    _____ Self-Mutilation
        _____ Serious Rule Infractions   _____ Other_____
        _____ Pattern of Violence

    _____ Continuing Investigation. By Whom:_____
          For:_____

---

Reviewed by:_____
        Name                             Title

                John L. Calvert              Pco III

---

COMMENTS:

RECEIVED
MAR 28 1985
LOUISIANA STATE
PENITENTIARY
RECORDS OFFICE

C3-118                    LOCKDOWN REVIEW SUMMARY

No.: 86468    Name: WHITMORE,KENNETH    Location: B TIER    Date: 1-17-85

Date of Original Placement in Extended Lockdown: 3-21-78

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action          _____ Own Request
_____ Rule Violation Report
_____ Incident Report              ✓ Initial Classification
_____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to_____. Why:_____
_____

_____ NOT RELEASED.  Reasons:

_____ Nature of Commitment Offense    _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain):_____

_____ Physically Dangerous to Himself or Others as Evidenced by:
_____ Psychiatric Evaluations    _____ Self-Mutilation
_____ Serious Rule Infractions   _____ Other_____
_____ Pattern of Violence             _____

_____ Continuing Investigation.  By Whom:_____
       For:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Reviewed by:_____          _____
            Name                            Title

_____          _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
COMMENTS:

RECEIVED
JAN 17 1985
LOUISIANA STATE
PENITENTIARY
RECORDS OFFICE

LOCKDOWN REVIEW SUMMARY

No.: 86468      Name: KENNETH WHITMORE      Location: UPP CCR "D" Date: 10/15/84.

Date of Original Placement in Extended Lockdown: 3-21-78

REASONS FOR ORIGINAL LOCKDOWN

\_\_\_\_ Disciplinary Board Action            \_\_\_\_ Own Request
\_\_\_\_ Rule Violation Report
\_\_\_\_ Incident Report                    \_\_\_\_ Initial Classification
\_\_\_\_ Investigation

ACTION OF LOCKDOWN REVIEW BOARD

\_\_\_\_ RELEASED to Camp A Max          Why:_____
                L-2 A Tier              _____

\_\_\_\_ NOT RELEASED.  Reasons:

    \_\_\_\_ Nature of Commitment Offense    \_\_\_\_ Escape Risk

    \_\_\_\_ Inmate's Request               \_\_\_\_ New Rule Infractions Since Last Review

    \_\_\_\_ Pending Felony Charges

    \_\_\_\_ Nature of Original Reason for Lockdown

    \_\_\_\_ Inmate's Protection (explain):_____
         _____

    \_\_\_\_ Physically Dangerous to Himself or Others as Evidenced by:
         \_\_\_\_ Psychiatric Evaluations   \_\_\_\_ Self-Mutilation
         \_\_\_\_ Serious Rule Infractions  \_\_\_\_ Other_____
         \_\_\_\_ Pattern of Violence           _____

    \_\_\_\_ Continuing Investigation.  By Whom:_____
         For:_____

Reviewed by:_____
            Name                          Title  Psy Assoc I

COMMENTS:

LOCKDOWN REVIEW SUMMARY

No.: 86468    Name: KENNETH WHITMORE    Location: UPPER "D"    Date: 9/24/84

Date of Original Placement in Extended Lockdown: 3-21-78

REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action              _____ Own Request
_____ Rule Violation Report
_____ Incident Report                        _____ Initial Classification
_____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____    Why: _____
_____

_____ NOT RELEASED.  Reasons:

    _____ Nature of Commitment Offense    _____ Escape Risk

    _____ Inmate's Request                _____ New Rule Infractions Since Last Review

    _____ Pending Felony Charges

    _____ Nature of Original Reason for Lockdown

    _____ Inmate's Protection (explain): _____
    _____

    _____ Physically Dangerous to Himself or Others as Evidenced by:
        _____ Psychiatric Evaluations    _____ Self-Mutilation
        _____ Serious Rule Infractions   _____ Other _____
        _____ Pattern of Violence        _____

    _____ Continuing Investigation.  By Whom: _____
          For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____         _____
             Name                       Title

COMMENTS:

SEP 25

DPSC - 002202

LOCKDOWN REVIEW SUMMARY

No.: **86468**      Name: **KENNETH WHITMORE**          Location: **UPPER-D**      Date: _____

Date of Original Placement in Extended Lockdown: _____

REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action              _____ Own Request
_____ Rule Violation Report
_____ Incident Report                        ✓ Initial Classification
_____ Investigation

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____      Why: _____
                                              _____

✓ NOT RELEASED. Reasons:

_____ Nature of Commitment Offense    _____ Escape Risk

_____ Inmate's Request                _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain): _____
      _____

_____ Physically Dangerous to Himself or Others as Evidenced by:
      _____ Psychiatric Evaluations    _____ Self-Mutilation
      _____ Serious Rule Infractions   _____ Other_____
      _____ Pattern of Violence

_____ Continuing Investigation. By Whom: _____
      For: _____

Reviewed by:
      Name _____      Title _____
           _____            _____

COMMENTS:

LOCKDOWN REVIEW SUMMARY

No.: **86468**      Name: **KENNETH WHITMORE**      Location: **CCR-UPPER D** Date: **APRIL 25, 1984**

Date of Original Placement in Extended Lockdown: _3 21 14_

REASONS FOR ORIGINAL LOCKDOWN

____ Disciplinary Board Action                    ____ Own Request
    ____ Rule Violation Report
    ____ Incident Report                          _✓_ Initial Classification
    ____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to _____      Why: _____

_✓_ NOT RELEASED.  Reasons:

    ____ Nature of Commitment Offense      ____ Escape Risk

    ____ Inmate's Request                  _✓_ New Rule Infractions Since Last Review

    ____ Pending Felony Charges

    _✓_ Nature of Original Reason for Lockdown

    ____ Inmate's Protection (explain): _____
         _____

    ____ Physically Dangerous to Himself or Others as Evidenced by:
         ____ Psychiatric Evaluations    ____ Self-Mutilation
         ____ Serious Rule Infractions   ____ Other _____
         ____ Pattern of Violence        _____

    ____ Continuing Investigation.  By Whom: _____
         For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____
        Name _/illegible/_                Title _/illegible/_

                _/illegible/_                APR 26 1984
                                            La. State _/illegible/_
                                            Records Office
- - - - - - - - - - - - - - - - - - - - - - - - - Angola, LA. - - - -

COMMENTS:

C3-118                    LOCKDOWN REVIEW SUMMARY

No.: 86468    Name: KENNETH WHITMORE    Location: C.C.R.    Date: 1/25/84

Date of Original Placement in Extended Lockdown: 3/21/78

### REASONS FOR ORIGINAL LOCKDOWN

____ Disciplinary Board Action          ____ Own Request
____ Rule Violation Report
____ Incident Report                      ✓ Initial Classification
____ Investigation

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to _____ .  Why: _____

✓ NOT RELEASED.  Reasons:

____ Nature of Commitment Offense    ____ Escape Risk

____ Inmate's Request                ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain): _____

____ Physically Dangerous to Himself or Others as Evidenced by:
____ Psychiatric Evaluations    ____ Self-Mutilation
____ Serious Rule Infractions   ____ Other _____
____ Pattern of Violence

____ Continuing Investigation.  By Whom: _____
For: _____

Reviewed by: _____
     Name _____    Title _____

COMMENTS:

C3-118                    LOCKDOWN REVIEW SUMMARY

No.:  86468    Name:  KENNETH WHITMORE         Location: UPPER D    Date: OCTOBER 25, 1983

Date of Original Placement in Extended Lockdown: _____3-21-78_____

REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action                  _____ Own Request
      _____ Rule Violation Report                 ✓ Initial Classification
      _____ Incident Report
      _____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____ .  Why: _____
                                                _____

✓ NOT RELEASED.  Reasons:

_____     Nature of Commitment Offense      _____ Escape Risk

_____     Inmate's Request                  ✓ New Rule Infractions Since Last Review

_____     Pending Felony Charges

✓     Nature of Original Reason for Lockdown

_____     Inmate's Protection (explain): _____
                                          _____

_____     Physically Dangerous to Himself or Others as Evidenced by:
          _____ Psychiatric Evaluations   _____ Self-Mutilation
          _____ Serious Rule Infractions  _____ Other_____
          _____ Pattern of Violence             _____

_____     Continuing Investigation.  By Whom: _____
          For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _Sandy P. Myers_    _mr_
      Name  _Maxine McNeal_     Title _PCO II_
      _____   _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

DPSC - 002206

C3-118                    LOCKDOWN REVIEW SUMMARY

No.: **86468**    Name: **WHITMORE, Kenneth**    Location: **Upper D**    Date: **7-26-83**

Date of Original Placement in Extended Lockdown: _____

## REASONS FOR ORIGINAL LOCKDOWN

____ Disciplinary Board Action                    ____ Own Request
    ____ Rule Violation Report
    ____ Incident Report                    ✓ Initial Classification
    ____ Investigation

## ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to _____.  Why: _____

✓ NOT RELEASED.  Reasons:

    ____ Nature of Commitment Offense    ____ Escape Risk

    ____ Inmate's Request    ____ New Rule Infractions Since Last Review

    ____ Pending Felony Charges

    ✓ Nature of Original Reason for Lockdown

    ____ Inmate's Protection (explain): _____

    ____ Physically Dangerous to Himself or Others as Evidenced by:
      ____ Psychiatric Evaluations    ____ Self-Mutilation
      ____ Serious Rule Infractions    ____ Other _____
      ____ Pattern of Violence

    ____ Continuing Investigation.  By Whom: _____
    For: _____

Reviewed by: _____    Title _____
    Name

RECEIVED JUL 29 1983
La. State Penitentiary
Records Office
Angola, LA.

COMMENTS:

C3-118                    LOCKDOWN REVIEW SUMMARY

No.: 86468    Name: KENNETH WHITMORE    Location: UPPER "D"   Date: 4-5-83

Date of Original Placement in Extended Lockdown: _3-21-78_

### REASONS FOR ORIGINAL LOCKDOWN

____ Disciplinary Board Action           ____ Own Request
    ____ Rule Violation Report
    ____ Incident Report                 ✓ Initial Classification
    ____ Investigation

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to_____. Why:_____

✓ NOT RELEASED. Reasons:

    ____ Nature of Commitment Offense    ____ Escape Risk

    ____ Inmate's Request                ✓ New Rule Infractions Since Last Review

    ____ Pending Felony Charges

    ✓ Nature of Original Reason for Lockdown

    ____ Inmate's Protection (explain):_____

    ____ Physically Dangerous to Himself or Others as Evidenced by:
        ____ Psychiatric Evaluations    ____ Self-Mutilation
        ____ Serious Rule Infractions   ____ Other_____
        ____ Pattern of Violence

    ____ Continuing Investigation. By Whom:_____
        For:_____

Reviewed by:_____                _____
        Name                            Title

COMMENTS:

DPSC - 002208

## LOCKDOWN REVIEW SUMMARY

No.: 86468 _____ Name: __ KENNETH WHITMORE _____ Location: UPPER "D" __ Date: 1/21/83

Date of Original Placement in Extended Lockdown: 3/21/78

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action                    _____ Own Request
_____ Rule Violation Report
_____ Incident Report                              _____ Initial Classification
_____ Investigation

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____ . Why: _____

_____ NOT RELEASED. Reasons:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain): _____
_____

_____ Physically Dangerous to Himself or Others as Evidenced by:
_____ Psychiatric Evaluations _____ Self-Mutilation
_____ Serious Rule Infractions _____ Other _____
_____ Pattern of Violence _____

_____ Continuing Investigation. By Whom: _____
For: _____

Reviewed by: _____            _____
Name                                               Title

COMMENTS:

RECEIVED
JAN 21 1983
La. State Penitentiary
Records Office
Angola, La.

**C3-118**                    LOCKDOWN REVIEW SUMMARY

No.: 86468    Name: KENNETH WHITMORE    Location: UPPER "D" Date: 10/26/82

Date of Original Placement in Extended Lockdown: 3-21-78

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action          _____ Own Request
_____ Rule Violation Report
_____ Incident Report                    ✓ Initial Classification
_____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____  RELEASED to_____.  Why:_____

✓  NOT RELEASED.  Reasons:

      _____  Nature of Commitment Offense    _____  Escape Risk

      ✓  Inmate's Request               _____  New Rule Infractions Since Last Review

      _____  Pending Felony Charges

      ✓  Nature of Original Reason for Lockdown

      _____  Inmate's Protection (explain):_____

      _____  Physically Dangerous to Himself or Others as Evidenced by:
              _____  Psychiatric Evaluations    _____  Self-Mutilation
              _____  Serious Rule Infractions   _____  Other_____
              _____  Pattern of Violence

      _____  Continuing Investigation.  By Whom:_____
             For:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____        _____
             Name                      Title
             _____         PC OTD
             _____         Moj

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

Whitmore refused to meet the board.

RECEIVED
OCT 27 1982
La. State Penitentiary
Records Office
Angola, LA.

**C3-118**                    LOCKDOWN REVIEW SUMMARY

No.: 86468   Name: KENNETH WHITMORE        Location: UPPER D-9   Date: 7/28/82

Date of Original Placement in Extended Lockdown: 3/31/78

## REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action              _____ Own Request
      _____ Rule Violation Report
      _____ Incident Report              ✓ Initial Classification
      _____ Investigation

## ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____ . Why: _____

✓ NOT RELEASED. Reasons:

   _____ Nature of Commitment Offense   _____ Escape Risk

   ✓ Inmate's Request              _____ New Rule Infractions Since Last Review

   _____ Pending Felony Charges

   ✓ Nature of Original Reason for Lockdown

   _____ Inmate's Protection (explain): _____

   _____ Physically Dangerous to Himself or Others as Evidenced by:
         _____ Psychiatric Evaluations   _____ Self-Mutilation
         _____ Serious Rule Infractions  _____ Other _____
         _____ Pattern of Violence       _____

   _____ Continuing Investigation. By Whom: _____
         For: _____

Reviewed by: _____
         Name _____  Title _____
         _____       _____

COMMENTS: Declined to meet the Board



RECEIVED
JUL 28 1982
La. State Penitentiary
Records Office
Angola, LA.

DPSC - 002211

**C3-118**

LOCKDOWN REVIEW SUMMARY

No.: **86468**    Name: KENNETH WHITMORE    Location: UPPER "D"    Date: 4-27-82

Date of Original Placement in Extended Lockdown: 3-21-78

## REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action
_____ Rule Violation Report
_____ Incident Report
_____ Investigation

_____ Own Request

✓ Initial Classification

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____. Why: _____

✓ NOT RELEASED. Reasons:

_____ Nature of Commitment Offense    _____ Escape Risk

_____ Inmate's Request    _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain): _____

_____ Physically Dangerous to Himself or Others as Evidenced by:
    _____ Psychiatric Evaluations    _____ Self-Mutilation
    _____ Serious Rule Infractions    _____ Other _____
    _____ Pattern of Violence

_____ Continuing Investigation. By Whom: _____
    For: _____

Reviewed by: _____  Title _____
    Name _____
    _____

COMMENTS:

RECEIVED
APR 27 1982
La. State Penitentiary
Records Office
Angola, La.

**C3-118**                        LOCKDOWN REVIEW SUMMARY

No.: __86468__   Name: __KENNETH WHITMORE__   Location: UCCR KK D-9 Date: __01/05/82__

Date of Original Placement in Extended Lockdown: _3 ⌐/-7⌐_

### REASONS FOR ORIGINAL LOCKDOWN

____ Disciplinary Board Action          ____ Own Request
____ Rule Violation Report
____ Incident Report                    ✓ Initial Classification
____ Investigation

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to _____ . Why: _____

✓ NOT RELEASED. Reasons:

____ Nature of Commitment Offense   ____ Escape Risk

____ Inmate's Request                ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain): _____

____ Physically Dangerous to Himself or Others as Evidenced by:
____ Psychiatric Evaluations   ____ Self-Mutilation
____ Serious Rule Infractions  ____ Other _____
____ Pattern of Violence

____ Continuing Investigation. By Whom: _____
     For _____

Reviewed by: _Name_ _____   Title _Scott_

COMMENTS:

RECEIVED
JAN 5 1982
LA. STATE PENITENTIARY
RECORDS OFFICE

DPSC - 002213

**C3-118**

## LOCKDOWN REVIEW SUMMARY

No.: **86468**    Name: **KENNETH WHITMORE B/M**    Location: **UPPER "D"**    Date: _11 - 3 - 81_

Date of Original Placement in Extended Lockdown:_____ _3 - 2 / - 78_

### REASONS FOR ORIGINAL LOCKDOWN

____ Disciplinary Board Action              ____ Own Request
   ____ Rule Violation Report
   ____ Incident Report                     _✓_ Initial Classification
   ____ Investigation

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to_____. Why:_____

_✓_ NOT RELEASED. Reasons:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request                 _✓_ New Rule Infractions Since Last Review

____ Pending Felony Charges

_✓_ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain):_____

____ Physically Dangerous to Himself or Others as Evidenced by:
        ____ Psychiatric Evaluations ____ Self-Mutilation
        _✓_ Serious Rule Infractions ____ Other_____
        _✓_ Pattern of Violence                  _____

____ Continuing Investigation. By Whom:_____
        For:_____

Reviewed by: _____    _____
             Name                       Title
                                         _PCC III_
                                         _Maj._

COMMENTS:



RECEIVED
NOV 5 1981
LA. STATE PENITENTIARY
RECORDS OFFICE

**C3-118**                      LOCKDOWN REVIEW SUMMARY

No.: 86468     Name: KENNETH WHITTMORE B/M     Location: UPPER "D"     Date: 11-3-81

Date of Original Placement in Extended Lockdown: _____ 3-21-78

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action                    _____ Own Request
_____ Rule Violation Report
_____ Incident Report                              ✓ Initial Classification
_____ Investigation

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to_____. Why:_____

✓ NOT RELEASED. Reasons:

_____ Nature of Commitment Offense     _____ Escape Risk

_____ Inmate's Request                 ✓ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain):_____

_____ Physically Dangerous to Himself or Others as Evidenced by:
       _____ Psychiatric Evaluations   _____ Self-Mutilation
       ✓ Serious Rule Infractions      _____ Other_____
       ✓ Pattern of Violence

_____ Continuing Investigation. By Whom:_____
       For:_____

Reviewed by: _____     _____
             Name                        Title
             _____     PCA III
             _____     Maj

COMMENTS:



RECEIVED
NOV 03 1981
LA. STATE PENITENTIARY
RECORDS OFFICE

**C3-118**                     LOCKDOWN REVIEW SUMMARY

No.: _86468_    Name: _KENNETH WHITMORE_ B/M  Location: _CCR UPPER D_ Date: _7-28-81_

Date of Original Placement in Extended Lockdown: _3-21-78_

### REASONS FOR ORIGINAL LOCKDOWN

____ Disciplinary Board Action                    ____ Own Request
        ____ Rule Violation Report
        ____ Incident Report                       _✓_ Initial Classification
        ____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to _____ .  Why: _____

_✓_ NOT RELEASED.  Reasons:

____ Nature of Commitment Offense    ____ Escape Risk

____ Inmate's Request                ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

_✓_ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain): _____
_____

____ Physically Dangerous to Himself or Others as Evidenced by:
        ____ Psychiatric Evaluations    ____ Self-Mutilation
        ____ Serious Rule Infractions   ____ Other _____
        _✓_ Pattern of Violence         _____

____ Continuing Investigation.  By Whom: _____
        For: _____

Reviewed by: _[signature]_                    _[signature]_
              Name                             Title

_[signatures]_

COMMENTS:



RECEIVED
JUL 28 1981
LA. STATE PENITENTIARY
RECORDS OFFICE

DPSC - 002216

**C3-118**                        LOCKDOWN REVIEW SUMMARY

No.: 86468      Name: KENNETH WHITMORE      Location: UPPER D-9   Date: 4-29-81

Date of Original Placement in Extended Lockdown:   3-21-78

### REASONS FOR ORIGINAL LOCKDOWN

____ Disciplinary Board Action              ____ Own Request
____ Rule Violation Report
____ Incident Report                        ✓ Initial Classification
____ Investigation

------------------------------------------------------------------

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to_____ . Why:_____

✓ NOT RELEASED. Reasons:

____ Nature of Commitment Offense  ____ Escape Risk

____ Inmate's Request              ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain):_____

____ Physically Dangerous to Himself or Others as Evidenced by:
____ Psychiatric Evaluations  ____ Self-Mutilation
____ Serious Rule Infractions ____ Other_____
____ Pattern of Violence

____ Continuing Investigation. By Whom:_____
     For:_____

Reviewed by: _____  Title: PCO III
Name                                   Col.
                                       Maj.

COMMENTS:  Inmate offered cellblock & declined

RECEIVED
APR 29 1981
LA. STATE PENITENTIARY
RECORDS OFFICE

**C3-118**                          LOCKDOWN REVIEW SUMMARY

No.: 86468      Name: KENNETH WHITMORE          Location: UCCR D-9      Date: 2/2/81

Date of Original Placement in Extended Lockdown: 3/21/78

## REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action                    ____ Own Request
____ Rule Violation Report
____ Incident Report                           ✓ Initial Classification
____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to_____. Why:_____

✓ NOT RELEASED. Reasons:

____ Nature of Commitment Offense     ✓ Escape Risk

____ Inmate's Request                 ✓ New Rule Infractions Since Last Review

____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain):_____

_____

✓ Physically Dangerous to Himself or Others as Evidenced by:
____ Psychiatric Evaluations    ____ Self-Mutilation
____ Serious Rule Infractions   ____ Other_____
✓ Pattern of Violence           _____

____ Continuing Investigation. By Whom:_____
For:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____        _____
             Name

_____              _____

_____              _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

RECEIVED
FEB 02 1981
LA. STATE PENITENTIARY
RECORDS OFFICE

LOCKDOWN REVIEW SUMMARY

No.: 86468      Name: KENNY WHITMORE      Location: UPPER D      Date: 10-30-80

Date of Original Placement in Extended Lockdown: 3-21-79

## REASONS FOR ORIGINAL LOCKDOWN

____ Disciplinary Board Action           ____ Own Request
____ Rule Violation Report
____ Incident Report                     ✓ Initial Classification
____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to_____. Why:_____

_____

✓ NOT RELEASED. Reasons:

____ Nature of Commitment Offense     ____ Escape Risk

____ Inmate's Request                 ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain):_____

_____

✓ Physically Dangerous to Himself or Others as Evidenced by:
____ Psychiatric Evaluations    ____ Self–Mutilation
____ Serious Rule Infractions   ____ Other_____
✓ Pattern of Violence           _____

____ Continuing Investigation. By Whom:_____
For:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Reviewed by: _____        _____
            Name                     Title
            _____        _____
            _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

## LOCKDOWN REVIEW SUMMARY

**No.:** 86468    **Name:** KENNY WHITMORE  B/M    **Location:** UPPER "D"    **Date:** 7/30/80

Date of Original Placement in Extended Lockdown: 3-21-78

### REASONS FOR ORIGINAL LOCKDOWN

____ Disciplinary Board Action                    ____ Own Request
    ____ Rule Violation Report
    ____ Incident Report                      _✓_ Initial Classification
    ____ Investigation

---

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to _____ . Why: _____

_✓_ NOT RELEASED. Reasons:

____ Nature of Commitment Offense    _✓_ Escape Risk

____ Inmate's Request            ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

_✓_ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain): ____

REGISTERED
JUL 3 0 1980
LA. STATE PENITENTIARY
RECORDS OFFICE

____ Physically Dangerous to Himself or Others as Evidenced by:
    ____ Psychiatric Evaluations    ____ Self-Mutilation
    ____ Serious Rule Infractions    ____ Other ____
    ____ Pattern of Violence        ____

____ Continuing Investigation. By Whom: ____
    For

---

Reviewed by: _____         _____
    Name _____         Title _____
    _____             _____

---

COMMENTS:

Inmate declined to meet the Board

**C3-118**                    LOCKDOWN REVIEW SUMMARY
                                                UPPER "D" TIER.
No.: 86468      Name: KENNY WHITMORE    B/M  Location: CCR LD.      Date: APRIL 28 1980.

Date of Original Placement in Extended Lockdown: 3-21-78

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action                    _____ Own Request
       _____ Rule Violation Report
       _____ Incident Report                        ✓ Initial Classification
       _____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____  RELEASED to _____ . Why: _____

_____

✓    NOT RELEASED.  Reasons:

     _____  Nature of Commitment Offense    ✓  Escape Risk

     _____  Inmate's Request                _____  New Rule Infractions Since Last Review

     _____  Pending Felony Charges

     ✓  Nature of Original Reason for Lockdown

     _____  Inmate's Protection (explain): _____

            _____

     _____  Physically Dangerous to Himself or Others as Evidenced by:
            _____ Psychiatric Evaluations    _____ Self-Mutilation
            _____ Serious Rule Infractions   _____ Other _____
            _____ Pattern of Violence                _____

     _____  Continuing Investigation.  By Whom: _____
            For: _____

Reviewed By: _____ Title _____
             Name                                      a/

                                              Class. off II

COMMENTS:

RECEIVED

APR 28 1980

LA. STATE PENITENTIARY
RECORDS OFFICE

LOCKDOWN REVIEW SUMMARY

**No.:** 86468    **Name:** KENNY WHITEMORE    **Location:** UPPER "D"    **Date:** JAN 9 , 1980

Date of Original Placement in Extended Lockdown: 3-21-78

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action        _____ Own Request
_____ Rule Violation Report
_____ Incident Report                  __✓__ Initial Classification
_____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to_____ .  Why:_____

__✓__ NOT RELEASED.  Reasons:

_____ Nature of Commitment Offense    __✓__ Escape Risk

_____ Inmate's Request                _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__✓__ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain):_____

_____ Physically Dangerous to Himself or Others as Evidenced by:
      _____ Psychiatric Evaluations    _____ Self-Mutilation
      _____ Serious Rule Infractions   _____ Other_____
      _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
      For:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____    _____
             Name                     Title

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:    inmate declined to meet
             the Board

RECEIVED JAN 9 1980 LA. STATE PENITENTIARY RECORDS OFFICE

## LOCKDOWN REVIEW SUMMARY

**No.:** 86468      **Name:** KENNY WHITMORE      BM      **Location:** UPPER "D"      **Date:** 10-$\frac{3}{4}$-79.

Date of Original Placement in Extended Lockdown: 3-21-78

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action          _____ Own Request
_____ Rule Violation Report
_____ Incident Report                    √ Initial Classification
_____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to_____. Why:_____

√ NOT RELEASED. Reasons:

_____ Nature of Commitment Offense      √ Escape Risk

_____ Inmate's Request                  _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

√ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain):_____

_____ Physically Dangerous to Himself or Others as Evidenced by:
        _____ Psychiatric Evaluations   _____ Self-Mutilation
        _____ Serious Rule Infractions  _____ Other_____
        _____ Pattern of Violence

_____ Continuing Investigation. By Whom:_____
        For:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____          _____
             Name                        Title

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:                                OCT 3 1979

LA. STATE PENITENTIARY
RECORDS OFFICE

LOCKDOWN REVIEW SUMMARY

**No.:** 86468   **Name:** KENNY WHITMORE   B/M   **Location:** C.C.R. L.D. **Date:** 7/18/79

Date of Original Placement in Extended Lockdown: 3-21-78

## REASONS FOR ORIGINAL LOCKDOWN

| | |
|---|---|
| _____ Disciplinary Board Action | _____ Own Request |
| _____ Rule Violation Report | |
| _____ Incident Report | ✓ Initial Classification |
| _____ Investigation | |

## ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to_____. Why:_____

✓ NOT RELEASED. Reasons:

_____ Nature of Commitment Offense   _____ Escape Risk

_____ Inmate's Request   ✓ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain):_____

_____ Physically Dangerous to Himself or Others as Evidenced by:
_____ Psychiatric Evaluations   _____ Self-Mutilation
_____ Serious Rule Infractions   _____ Other_____
_____ Pattern of Violence

_____ Continuing Investigation. By Whom:_____
For:_____

Reviewed by: _____   _____
Name   Title

COMMENTS:

RECEIVED

JUL 18 1979

LA. STATE PENITENTIARY
RECORDS OFFICE

## LOCKDOWN REVIEW SUMMARY

**No.:** 86468    **Name:** KENNY WHITMORE    BM    **Location:** CCR LD    **Date:** APRIL 26 1979

Date of Original Placement in Extended Lockdown: 3-21-78

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action
_____ Rule Violation Report
_____ Incident Report
_____ Investigation

_____ Own Request
__✓__ Initial Classification

---

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to_____.  Why:_____

__✓__ NOT RELEASED.  Reasons:

_____ Nature of Commitment Offense       _____ Escape Risk

_____ Inmate's Request       _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__✓__ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain):_____

RECEIVED
APR 26 1979
LA. STATE PENITENTIARY
RECORDS OFFICE

_____ Physically Dangerous to Himself or Others as Evidenced by:
_____ Psychiatric Evaluations       _____ Self-Mutilation
_____ Serious Rule Infractions       _____ Other_____
_____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
For:_____

---

Reviewed By: _____    _____
Name _____    Title _____
_____    _____
B. Augustine    Class. Off.

---

COMMENTS:

LOCKDOWN REVIEW SUMMARY

No.: 86468    Name: KENNY WHITMORE    BM    Location: CCR LD    Date: JAN. 29 1979

Date of Original Placement in Extended Lockdown: 3-21-78

### REASONS FOR ORIGINAL LOCKDOWN

____ Disciplinary Board Action
____ Rule Violation Report
____ Incident Report
____ Investigation

____ Own Request
✓ Initial Classification

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to_____. Why:_____

✓ NOT RELEASED. Reasons:

____ Nature of Commitment Offense    ____ Escape Risk

____ Inmate's Request    ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain):_____

RECEIVED
JAN 29 1979
LA. STATE PENITENTIARY
RECORDS OFFICE

____ Physically Dangerous to Himself or Others as Evidenced by:
____ Psychiatric Evaluations    ____ Self-Mutilation
____ Serious Rule Infractions    ____ Other_____
____ Pattern of Violence

____ Continuing Investigation. By Whom:_____
For:

Reviewed By _____  Title _____
Name _____   Major
_____   Class. Off. III

COMMENTS:

inmate declined to meet the board

LOCKDOWN REVIEW SUMMARY

**No.:** 86468    **Name:** KENNY WHITMORE    BM    **Location:** C.C..R    **Date:** October 27, 1978

Date of Original Placement in Extended Lockdown: 3-21-78

### REASONS FOR ORIGINAL LOCKDOWN

____ Disciplinary Board Action                    ____ Own Request
____ Rule Violation Report
____ Incident Report                              ✓ Initial Classification
____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to_____ . Why:_____

_____

✓ NOT RELEASED.  Reasons:

____ Nature of Commitment Offense    ____ Escape Risk

____ Inmate's Request                ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain):_____

_____

____ Physically Dangerous to Himself or Others as Evidenced by:
        ____ Psychiatric Evaluations    ____ Self-Mutilation    OCT 27 1978
        ____ Serious Rule Infractions   ____ Other_____
        ____ Pattern of Violence        _____LA. STATE PENITENTIARY
                                                          RECORDS OFFICE
____ Continuing Investigation.  By Whom:_____
     For:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____    _____
             Name _____   Title _____
             _____    _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

LOCKDOWN REVIEW SUMMARY

No.: 86468    Name: KENNY WHITMORE  BM    Location: CCR LD    Date: 7/13/78

Date of Original Placement in Extended Lockdown: 3-21-78

REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action            _____ Own Request
       _____ Rule Violation Report
       _____ Incident Report              ✓ Initial Classification
       _____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to_____ . Why:_____

✓ NOT RELEASED. Reasons:

_____ Nature of Commitment Offense    _____ Escape Risk

_____ Inmate's Request                _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain):_____

_____ Physically Dangerous to Himself or Others as Evidenced by:
       _____ Psychiatric Evaluations    _____ Self-Mutilation
       _____ Serious Rule Infractions   _____ Other_____
       _____ Pattern of Violence

_____ Continuing Investigation. By Whom:_____
       For:

Reviewed by: _____    _____
             Name                          Title

             _____    _____

COMMENTS:

refused to meet with board

RECEIVED
JUL 13 1978
LA. STATE PENITENTIARY
RECORDS OFFICE

DPSC - 002228

LOCKDOWN REVIEW SUMMARY

No.: 86468    Name: KENNY WHITMORE  B/M    Location: UPPER D TIER Date: 04-21-78

Date of Original Placement in Extended Lockdown: 3-21-78

REASONS FOR ORIGINAL LOCKDOWN

____ Disciplinary Board Action            ____ Own Request
____ Rule Violation Report
____ Incident Report                       ✓ Initial Classification
____ Investigation

------------------------------------------------------------

ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to_____ . Why:_____
_____

✓ NOT RELEASED. Reasons:

____ Nature of Commitment Offense    ____ Escape Risk

____ Inmate's Request                ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain):_____
_____

____ Physically Dangerous to Himself or Others as Evidenced by:
     ____ Psychiatric Evaluations    ____ Self-Mutilation
     ____ Serious Rule Infractions   ____ Other_____
     ____ Pattern of Violence

____ Continuing Investigation.  By Whom:_____
     For:_____

Reviewed by:_____
       Name_____       Title_____
       _____       _____

------------------------------------------------------------

COMMENTS:

RECEIVED
APR 21 1978
LA. STATE PENITENTIARY
RECORDS OFFICE

DPSC - 002229