LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2013-2193

TO: KENNY WHITMORE 86468     D HWK 4/L
     Offender's Name and Number      Living Quarters

7/19/2013
Date of Incident

_____ ACCEPTED: This request comes to you from the Wardens Office. A response will be issued within 40 days of this date.

X      REJECTED: Your request has been rejected for the following reason(s):
         YOUR ARP IS BEING REJECTED DUE TO THE FACT THAT LOCKDOWN REVIEW BOARD DECISIONS MAY NOT BE CHALLENGED

08/09/2013          Trish Foster
Date          Warden's Signature or Designee



2013-2193

Kenny Zulu Whitmore
86468 D-Hawk/CCR
LA. State Prison
Angola, LA 70712
July, 19th, 2013

RECEIVED
JUL 25 2013
WARDEN'S OFFICE

TO: N. Burl Cain, Warden
Warden Office
L.S.P
Angola, LA 70712.

RECEIVED
JUL 25 2013
LEGAL PROGRAMS DEPARTMENT

RE: Administrative Remedy Procedure, First Step...

Warden Cain,

I am making this Complaint against you, N. Burl Cain, Warden One, LA. State Penitentiary, at Angola, LA. And Darryl Vannoy, Warden Two Warden of Security, LA. State Penitentiary, at Angola, LA. And James LeBlanc, Secretary of LA. Department of Public Safety and Corrections. For the Violation of offender Kenny Whitmore's Constitutional Rights pursuant to the Eight and Fourteenth Amendment to the Louisiana Constitution, and the Constitution of the United States.

Offender, Kenny Zulu Whitmore, was Place into Extended Lockdown on July, 5th, 1986 after a failed escape attempt. On September 11th, 1986, Whitmore, were Sentenced to one year in prison by Judge Kline 20th. J.D.C. in West Feliciana Parish. — WFL/w-86-8-1391.

### COMPLAINT

Offender, Kenny Whitmore, is presently housed at the LA. State Penitentiary, at Angola, LA. Camp D-Hawk/CCR. "Close Cell Restriction" The equivalent of Solitary Confinement for the last Twenty-Seven Consecutive, but a total of Thirty-five years Whitmore have been confined to a 9x6. feet Cell. But because of the bunk-bed alone side one wall, and the toilet-combination Sink on the back wall. Whitmore have only 4x3. feet of living space. Whitmore are held in these conditions

1.

DPSC - 000440

for 24-hours a day except for one hour where he is allow a shower, exercise, or just to walk the Tier. Three Times a week, weather permitting. Whitmore is placed in full restraints and escorted out to a bare exercise Pen restraints are removed.

For the last 27-consecutive years Whitmore have deprived of the basic requirements of rehabilitation. Education. G.E.D Program is not allowed at Hawk/CCR. Solitary Confinement. He have also been deprived of the opportunity to learn a meaningful Job Skill.

## Argument

Warden Burl Cain, You are Warden #1 at the LA. State Prison, at Angola. You are in a position to have removed the offender from these Torturous Conditions Long ago, but you did nothing. To end the violation of Whitmore's eight and fourteenth Amendment Rights. Warden Darrell Vannoy, #2. Warden of Security at The LA. State Prison, at Angola. You have total authority over Hawk/CCR. Solitary Confinement. You have the total decision on what offender's are released from CCR. Solitary Confinement. Whitmore's 27. Consecutive years of Confinement wasn't enough to bring and end to the eight and fourteenth Amendment Violation that Whitmore have endured for nearly Three decades.

James LeBlanc, as Secretary of LA. D.O.P.S.&C. You could have superseded and adverse decision of not releasing Whitmore into the general prison population to a dorm., but you let the violation of his eight and fourteenth Amendment Rights continue after Whitmore have been in this condition for Twenty Seven consecutive years, and 35. Total years of Confinement to CCR. Solitary. Confinement.

There have not been a justifiable penological reason for the continuing Whitmore's Confinement

2.

To CCR Solitary Confinement. Other Than saying he's an "escape risk," what makes it so after 27 years to continue to violate Whitmore's Constitutional Rights, to deny him the opportunity to socially interact with others which can be mentally stimulating. but yet he have spent a total of Thirty-five years in a cramped cell with only 4x3 feet of living space.

The Eight Amendment prohibitation of cruel and unusual punishment protects not only Whitmore's physical health but his mental health as well. and Whitmore has suffered both physical and mental deterioration in his nearly three consecutive decades in CCR Solitary Confinement.

The offender Kenny Zulu Whitmore ask for relief in the manner of:

### RELIEF

1. That Whitmore be transferred to a dormitory in general population.

2. That offender Kenny Whitmore be compensated $150,000.

Thank You
Kenny Z. Whitmore

3.

B

LOUISIANA STATE PENITENTIARY

ANGOLA, LOUISIANA

08/09/2013
(R)

ARP NUMBER: LSP - 2013 - 2193

RE: KENNETH WHITMORE    86468

LOCATION:    (D HWK 4/L)

I HEREBY ACKNOWLEDGE RECEIPT OF FORM ARP-1 REGARDING REQUEST FOR REMEDY NUMBER LSP-2013-2193

RECEIVED BY: _Kenny Whitmore 86468_
(INMATE'S NAME & NUMBER)

DATE RECEIVED: _8-14-13_

DELIVERED BY: _[signature]_

==============================================================================
INSTRUCTION TO DELIVERY OFFICER:

1. Have the inmate sign this receipt.

2. Delivery Officer signs the receipt and dates it.

3. Give the inmate the White envelope.

4. Return the reciept to LEGAL PROGRAMS DEPARTMENT.

**RECEIVED**

AUG 19 2013

LEGAL PROGRAMS DEPARTMENT