

BOBBY JINDAL
Governor

JAMES M. Le BLANC
Secretary

# State of Louisiana

Department of Public Safety and Corrections
Louisiana State Penitentiary

## STATE OF LOUISIANA
## WEST FELICIANA PARISH
## ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

Kenneth Whitmore #86468 Location Sheet

_Connie M. Cann_

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 7|16|14

Kenneth Whitmore #86468 Case

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

INMATE LOCATION SHEET

NAME: _Kenney Whitmore_                                         DOC# _86468_

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 3/1/05 | TCW1 | 4R trup | Mallet |
| 3/1/05 | ccR upper F | Ext | Mallet |
| 3/2/05 | TCW1 | 4R Pat | Hayes |
| 3/3/05 | ccR upper F | Ext | Tilley |
| 1/11/06 | TCW1 | 4R trup | Loach |
| 1/11/06 | ccR upper F | Ext | Sullivan |
| 2/24/97 | TU 4b | adm. | Webb |
| 3-30-072 | ccR up/D | punity in Conf upt | Conil |
| 6/20/07 1C | qtr 2/L | Ext. | Stone |
| 9-7-07 SG | Cuda 2/L | Ext. | Ellis |
| 3/11/08 G | rc/ccr u/c | Ext | Vines |
| 6-5-10 AB | TCW1 | 4R pat | franku |
| 8/3/10 AB | RC/ccR | ext | Scott |
| 11-1-10 AB | DR/CR 7 D | ext | Wilcox |
| 5-4-10 | Hwk 3/L | ext | Ware |
| 5/12/11 Bwp | r/m D2 | max | PCR |
| 6/15/11 AB | Hwk 3/L | ext | Hunty |
| 6-29-17 M | Hwk 4/L | ext | Davis |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

INMATE LOCATION SHEET

NAME: Kenneth Whitmore                                    DOC# 86463

| Date/Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 6-18-93 Sg | CCR CT | Ext | Daugat |
| 10-26-94 | 2CAV | idle | Connie |
| 10-26-94 | CCRCT | ext | RTA |
| 9-18-95 | BCAU | idle | Spears |
| 9-18-95 | CCR CT | ext | Buck |
| 5-18-98W | KIPLIR | ext | Varmon |
| 8-10-98 Ad | CCR L11R | C/O TRIP | Dau |
| 8-10-98 Ad | CCR L11R | Ext  MAX | Dau |
| 4-19-99 | CGRUPB | int | Twoch |
| 5-10-99 | Hwk 2/L | ent | CBRB |
| 8-27-99 AB | HwK 4R | Ext | Smith |
| 12-13-99 | 12wk 2/L | ext | TC |
| 1-26-00 | Hwk 1/L | adm | Cassi |
| 2-7-00 AB | Tig 2R | Adm | McKey |
| 2-16-00 AB | Jag 3L | Ext | Mayberry |
| 3-13-00 AB | CCR 4BT | Ext | Cannon |
| 11/2/01 | TCW1 | Uptrip | Sullivan |
| 11/2/01 | CCR 4/B | ext | Sullivan |
| 2-14-02 | TCW | Trip | Mallet |
| 2-14-02 | CCR upper B | Ext | Erica |
| 2/22/02 | TCW1 | U/R trip | Sullivan |
| 2/22/02 | CCR upper B | ext | Sullivan |
| 6/11/03 | CCR 4 floor T | ext | Johnson |

DPSC - 000003

INMATE LOCATION SHEET

NAME: _Kenneth Whitmore_     DOC# _8GV6P_

| Date/Posted By | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 4-3-85B | Wal 2 | R. Y | ER |
| 6-98.8 | CBQ 4 | Adm 1/8 | Rypre |
| 6-10-85 | Wal 2 | A. V | QB |
| 7-1-85 | CB 19 u | Adm 1/8 | Dupree |
| 7-3-85 cc | CABC | Iso | BB |
| 7-5-85 | CBER | Isol | Fontenot |
| 7-16-85 | Wal 2 | L.4 | DP |
| 8-12-85 | Wal 2 | L5A | Dupree |
| 10-16-85 | CWA | L12 | LR3 |
| 7-5-86 | Escape | | Brackburn |
| 7-6-86 | Hosp | pat | Jungau |
| 7-6-86 | Q-C-3-R | Adm 4/S | Mitchell |
| 7-8-86 | RC4u | Ddle | Evans |
| 7-5-86 | -C 3-R | Adm 4/Q | Li Pite |
| 7-30-86 | d-T-3-R | Evel 2/5 | Peabody |
| 11-15-86 | C-T-1-R | Loop | Conk |
| 11-24-86 | C-T-3-R | Eno 12/Q | Cook |
| 13-3-9 | CT 1R | Atil | Marshall |
| 5-10-89 d | Jun4L | CUR we | C3R3 |
| 11-7-89-20 | CCR T | QD | Holliday |
| 7-1-92 h | CCR ELRt | Adm Id | Taylor |
| 7-6-92 sh | CCR up | uXt | Maycaux |
| 6-18-93 | RCau | idle | Morris |

INMATE LOCATION SHEET

NAME: Terry Whitmore                    DOC# 86468

| Date/Posted By | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 9-13-51 | Cuda 3 | | |
| 9-14-81 | SRA 1 | | |
| 9-22-81 | CCR | | |
| 6-4-88 | CSP ± Int | CNBR Int | Vaccora |
| 4-4-88 | CHBR | | |
| 6-10-88 | NGH | pat | Whitman |
| 6-10-88 | CCR | | Easley |
| 6-23-88 | dosp | Pat | Kimball |
| 6-23-88 | CHBR | lat. | Kimball |
| 6-29-88 | NGH | pat | Hartman |
| 7-1-88 | CCR | | Jackson |
| 7-29-88 | CCR | adm | Moses |
| 7-29-88 | NSP Int | Pat Int | Miller |
| 7-29-88 | CHBR | CHBR | Miller |
| 7-30-88 | NCCP | Pat | Kimble |
| 7-30-88 | CCR | | Kimble |
| 10-5-88 | CCR | | White |
| 10-14-88 | CCR | | Brianna |
| 10-15-88 | Camp A | 21 | Cispus |
| 3-22-88 | camp H | 31 | Holley |
| 3-12-85 | Camp A | | |
| 3-18-88 | Wal 2 | | |
| 4-1-88 | | adm | |

W O R K   A S S I G N M E N T   S H E E T

NAME___Whitmore, Kenny Wayne_____ NO: ___86468_____

| DATE | CAMP | ASSIGNMENT | | |
|------|------|------------|--|--|
| 3·21·78 | CCR | ℒℒℊ | mnx | ℒℒℬ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |