UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNY WHITMORE (#86468) | * | CIVIL ACTION NO.: 4-0004-JJB-RLB |
| | * | |
| VERSUS | * | JUDGE JOHN W. DEGRAVELLES |
| | * | |
| N. BURL CAIN, WARDEN, ET AL. | * | MAGISTRATE JUDGE RICHARD L. |
| | * | BOURGEOIS, JR. |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF KENNY WHITMORE'S MOTION TO SUBSTITUTE SIGNED AFFIDAVIT**

Plaintiff Kenny Whitmore submits this Motion to Substitute a Signed Affidavit in Support of his Opposition to Defendants' Motion for Partial Summary Judgment.

Kenneth Whitmore filed his Opposition to Defendants' Partial Motion for Summary Judgment on February 20, 2015. (Rec. Doc. 62). He attached his affidavit (Rec. Doc. 62-2) to the Opposition and noted that his counsel had reviewed the affidavit with him by phone and would obtain his signature and substitute a signed copy at a later date.

Counsel for Mr. Whitmore visited him at the Louisiana State Prison and obtained his signature on the affidavit. No changes were made to the affidavit and it is the same as that filed on February 20, 2015. Counsel for the Defendants was contacted and indicated they have no objection to this motion.

Mr. Whitmore now moves the Court to accept and file this signed affidavit in place of the unsigned affidavit filed on February 20th.

Respectfully submitted,

2

/s/Michelle M. Rutherford
Michelle M. Rutherford, Bar No. 34968, TA
Richard E. Sarver, Bar No. 23558
David N. Luder, Bar No. 33595
Erica A. Therio, Bar No. 34115
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone:      (504) 589-9700
Facsimile:      (504) 589-9701
Email: mrutherford@barrassousdin.com
        rsarver@barrassousdin.com
        dluder@barrassousdin.com
        etherio@barrassousdin.com

Rose Murray, Bar No. 34690
JONES, SWANSON, HUDDELL & GARRISON, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone:      (504) 523-2500
Telecopier:      (504) 523-2508
Email: rmurray@jonesswanson.com

**Pro bono Counsel for Kenny Whitmore (#86468)**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.

/s/Michelle M. Rutherford

{1049723_1}

2