UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNY WHITMORE (#86468) | * | CIVIL ACTION NO.: 4-0004-JJB-RLB |
| | * | |
| VERSUS | * | JUDGE JOHN W. DEGRAVELLES |
| | * | |
| N. BURL CAIN, WARDEN, ET AL. | * | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * *

STATE OF LOUISIANA )
)
PARISH OF WEST FELICIANA )

### AFFIDAVIT OF KENNETH WHITMORE

BEFORE ME, the undersigned Notary Public, came and appeared

**Kenneth Whitmore**

a person of the full age of majority, who upon being duly sworn, did depose and state as follows:

1. My name is Kenneth Whitmore and I have been an inmate at the Louisiana State Penitentiary ("the Prison") since March 21, 1978.

2. I was put in closed-cell restriction ("solitary") on the day I arrived at the Prison and remained there until I was placed into a working cell block on October 15, 1984, 6 years and 7 months after I was first put in to solitary.

3. On March 28, 1985, I was classified into the general population.

1

4. After I was placed into the working cell block in October 1984, Major Mayeux told me that I had been accidentally reclassified out of solitary and that there had been attempts to put me back in.

5. On July 5, 1986, I attempted to escape the Prison by hopping a fence with another inmate, Alberto Sosa.

6. I was captured within about 12 hours and returned to the Prison without incident. I did not harm anyone during my escape attempt and I did not use any weapons to escape.

7. Upon my return I was immediately in Camp J and put on extended lockdown, virtually the same as solitary. I have remained classified as a closed-cell restriction or extended lockdown inmate ever since July 5, 1986.

8. I have spent 1 year, 8 months, and 21 days out of a solitary cell during the 36 years I've been at Angola.

9. Alberto Sosa was also placed in Camp J and extended lockdown upon his return to the Prison. He remained there for only 9 months and was then placed in the general population.

10. I know of at least four other white inmates who attempted to escape the week I did in 1986. These inmates include Jim Kirkley, R. Skelton, David Machete, and Billy Yogel. As a result of their escape attempts these inmates served only 9 months in extended lockdown or closed-cell restriction before they were reclassified into the general population.

11. I am also aware of white inmates like Donald Wooley who kidnapped a prison worker during his escape in 1999 and was placed in solitary confinement upon return, but was recently reclassified into the general population.

12. At varying times throughout my 35 years in solitary confinement, I have been given a form by the Lockdown Review Board ("the Board"). This has occurred approximately every 90 days that I've been in solitary with a few exceptions.

13. Every time except for one, the Board has kept me assigned to solitary.

14. The Board forms are brought to me on the tier and I come out of my cell and walk the length of the tier where either one or two of the Board members hands me the Board's decision through a barred iron door. The Board's decision is already filled out on the paper I am handed.

15. I have never received an explanation from the Board regarding why I am continually classified in solitary. Whenever I ask why I am not being released, the Board members tell me that the Warden has to release me.

16. Other than saying that the Warden has to release me, the Board will sometimes tell me that they can't let me go and that I have to write to the Warden.

17. I know from the Disciplinary Rule handbook that I cannot appeal or ask for a review of the Board's decisions.

18. I have never attended a meeting of the Board.

19. I have never been told by the Board what steps I need to take to get reclassified into the general population.

20. Whenever I have written letters to Wardens Vannoy, Cain, or Lamartiniere about my continued assignment to solitary, I have never received a response.

21. In July 2013, I tried to appeal my classification in solitary directly to Warden Cain through the Administrative Remedy Process. I received a response telling me that my ARP was rejected because "Lockdown Review Board decisions may not be challenged."

22. I have asked various Wardens over the years to help me get out of solitary confinement. I have always been told that "they" or "the Warden" won't let that happened. The Wardens I have asked for assistance include Wardens Vannoy, Lamartiniere, Peabody, Smith, Dupont, and Poret.

23. Warden Peabody was the Warden in control of the closed-cell restriction tier in the 80s and 90s.

24. Warden Peabody has also been in charge of security and classification during my assignment to solitary.

25. In keeping me in solitary, Warden Peabody never spoke to me about my suitability for the general population.

26. While I cannot recall the exact date, sometime between 2011 and 2012, I spoke with Warden Peabody about the conditions of our cells and the privilege restrictions we faced. This conversation occurred during one of his visits to the tier.

27. During this conversation, I asked Warden Peabody for more contact visits for inmates in solitary, he responded we could not have them. Then I asked him if he could get me out of solitary and reclassified into the general population. Warden Peabody refused to release me from solitary and stated that I was "where I belonged."

28. I have written to Warden Cathy Fontenot about my restrictions on my visitation and expressly told her that because of my extremely lengthy confinement to solitary, I wanted more interaction with people through visits with friends and relatives.

29. Warden Fontenot has spoken directly with one of my requested visitors, Maria Hinds. Ms. Hinds also made Warden Fontenot aware of my lengthy confinement to solitary.

30. I am attaching a drawing I did to illustrate my cell dimensions and conditions. Attached hereto as Exhibit 1.

31. The exercise pen in Camp D is a concrete slab approximately 12 feet wide and 15 feet long, completely encased in chain link fencing on all sides and above.

32. Because of my confinement to solitary, I have not touched grass for at least five years.

33. I have been a member of the Angola Chapter of the Black Panther Party since early-on during my stay at the Prison.

34. I am friends with Albert Woodfox, Robert King, and the late Herman Wallace. They have also been members of the Angola Chapter of the Black Panther Party.

35. The Angola Chapter of the Black Panther Party has been defunct since the late 1990s.

36. While at Camp D, my exercise was limited to three days a week, weather permitting. I exercised alone and was placed in full restraints to walk to the exercise pen.

37. Sometime in 2011, Warden Darrell Vannoy told me that Warden Cain wanted me to quit communicating with Albert Woodfox, Robert King, and Herman Wallace. Warden Vannoy indicated I needed to stop affiliating with the Black Panther Party and its members if I wanted out of solitary.

38. Every statement in this affidavit is based on my personal knowledge of the facts.

**FURTHER AFFIANT SAYETH NOT.**

Executed this 2nd day of March, 2015.

Kenny Whitmore 86468
Kenneth Whitmore

Sworn to and subscribed before me,
This 2nd day of March, 2015.

_____
Notary Public

My Commission Expires: _____



OFFICIAL SEAL
MICHELLE M RUTHERFORD
LA BAR NO. 34968
NOTARY PUBLIC, ATTORNEY
ENTIRE STATE OF LOUISIANA
COMMISSIONED FOR LIFE

