13

LOCKDOWN REVIEW SUMMARY                      DATE: 1/12/15

DOC#: 86468       NAME: KENNETH WHITMORE
LOCATION: D HWK 4/L
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 7/1/85

### REASON FOR ORIGINAL LOCKDOWN

✓ DISCIPLINARY BOARD-ACTION            ____ OWN REQUEST
✓ RULE VIOLATION                       ____ INVESTIGATION
____ INCIDENT REPORT                   ____ INITIAL CLASSIFICATION

==============================================================================

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____  WHY: _____

✓ NOT RELEASED    REASONS:

____ Nature of Commitment Offense   ____ Escape Risk

____ Inmate's Request               ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate's Protection: (explain) _____

____ Physically Dangerous to Himself or Others as Evidence by:

   ____ Psychiatric Evaluations        ____ Self-Mutilation
   ____ Serious Rule Infractions       ____ Other _____
   ____ Pattern of Violence

____ Continuing Investigation.  By Whom: _____
     For: _____

==============================================================================
REVIEWED BY: _____  _____
             NAME                                 TITLE

==============================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: MAY 2015

DOC#: 86468        NAME: KENNETH WHITMORE
LOCATION: DR/EXT D
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

### REASON FOR ORIGINAL LOCKDOWN

- [✓] DISCIPLINARY BOARD ACTION
- [ ] RULE VIOLATION
- [ ] INCIDENT REPORT
- [ ] OWN REQUEST
- [ ] INVESTIGATION
- [ ] INITIAL CLASSIFICATION

=====================================================================

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____ WHY: _____

[✓] NOT RELEASED    REASONS:

- [ ] Nature of Commitment Offense   [✓] Escape Risk
- [ ] Inmate's Request               [ ] New Rule Infractions Since Last Review
- [ ] Pending Felony Charges
- [✓] Nature of Original Reason for Lockdown
- [ ] Inmate's Protection: (explain) _____

- [ ] Physically Dangerous to Himself or Others as Evidence by:
    - [ ] Psychiatric Evaluations       [ ] Self-Mutilation
    - [ ] Serious Rule Infractions      [ ] Other _____
    - [ ] Pattern of Violence

- [ ] Continuing Investigation. By Whom: _____
      For: _____

=====================================================================
REVIEWED BY: _____[signature]_____        _____[signature]_____
             NAME                         TITLE

             _____[signature]_____

=====================================================================
COMMENTS: