UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNY WHITMORE (#86468) | * | CIVIL ACTION NO.: 14-0004-JWD-RLB |
| | * | |
| VERSUS | * | JUDGE JOHN W. DEGRAVELLES |
| | * | |
| N. BURL CAIN, WARDEN, ET AL. | * | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Notice of Dismissal Without Prejudice;

**IT IS ORDERED** that Defendants Paul J. Myers, Randy Ritchie, Robert Rachal, Sam Smith, Susan Fairchild, Tom Norris, and Classification Officer Honeycutt are **DISMISSED WITHOUT PREJUDICE**.

Signed in Baton Rouge, Louisiana, on June 17, 2015.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**