| | |
|---|---|
| **From:** | Davis, Matthew <DavisM@ag.state.la.us> |
| **Sent:** | Thursday, August 21, 2014 11:41 AM |
| **To:** | Michelle M. Rutherford |
| **Subject:** | Whitmore medicals |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

I just received a phone call from LSP advising me that the medical records for Mr. Whitmore have been complied.  They are being sent on a CD.  Hopefully, I will receive the CD tomorrow.  I will make a copy and send it forward as soon as I have it in my possession.  Thank you for your professional courtesy and understanding of the delay.

I am still working on deposition dates.  I will let you know more in the near future.

**Matthew J. Davis**
Assistant Attorney General
Louisiana Department of Justice
Civil Rights Division
P.O. Box 94005
Baton Rouge, Louisiana  70802
Ph. (225) 326-6405 |  Fax:  (225) 326-6495
Email: davism@ag.state.la.us

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.