UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNY WHITMORE (#86468) | * | CIVIL ACTION NO.: 14-0004-JWD-RLB |
| | * | |
| VERSUS | * | JUDGE JOHN W. DEGRAVELLES |
| | * | |
| N. BURL CAIN, WARDEN, ET AL. | * | MAGISTRATE JUDGE RICHARD L. |
| | * | BOURGEOIS, JR. |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DEPOSITION OF N. BURL CAIN

**PLEASE TAKE NOTICE** that, pursuant to the Federal Rules of Civil Procedure, counsel for Plaintiff Kenny Whitmore will take the deposition upon oral examination of defendant **N. BURL CAIN**. The deposition will occur on Wednesday November 11, 2015, beginning at 9:30 a.m. at the Law Offices of McGlinchey, Stafford PLLC, 301 Main Street, 14th Floor, Baton Rouge, Louisiana 70801, (225) 383-9000, before an officer who is duly authorized to administer oaths and shall be recorded by audiovisual and stenographic means. The deposition shall continue from day to day until complete.

The deposition is being taken for all purposes permissible under the Federal Rules of Civil Procedure. You are invited to appear and participate as you deem appropriate.

Respectfully submitted,

*/s/Michelle M. Rutherford*
Michelle M. Rutherford, Bar No. 34968, TA
DECHERT LLP
633 West 5th Street, 37th Floor
Los Angeles, CA  90071-2013

Telephone: (213) 808-5700
Facsimile: (213) 808-5760
Email: michelle.rutherford@dechert.com

Richard E. Sarver, Bar No. 23558
David N. Luder, Bar No. 33595
Erica A. Therio, Bar No. 34115
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701
Email: rsarver@barrassousdin.com
        dluder@barrassousdin.com
        etherio@barrassousdin.com

Rose Murray, Bar No. 34690
JONES, SWANSON, HUDDELL & GARRISON, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone: (504) 523-2500
Telecopier: (504) 523-2508
Email: rmurray@jonesswanson.com

*Pro bono Counsel for Kenny Whitmore (#86468)*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.

/s/Michelle M. Rutherford