## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**KENNY WHITMORE (#86468)**

**VERSUS**                                   **CIVIL ACTION NO. 14-004-JWD-RLB**

**N. BURL CAIN, WARDEN, ET AL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF DEPOSITION
### OF KENNETH WHITMORE

To:    Kenneth Whitmore
Through his attorneys of record:
Michelle M. Rutherford, Esq.
Dechert LLP
633 West 5th Street, 37th Floor
Los Angeles, CA  90071-2013

Richard E. Sarver, Esq.
Barrasso Usdin Kupperman
 Freeman & Sarver, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, LA  70112

Rose Murray, Esq.
Jones, Swanson, Huddell & Garrison, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, LA  70130

**PLEASE TAKE NOTICE** that, pursuant to Rule 26 of the Federal Rules of Civil Procedure,

Burl Cain, Darrell Vannoy, James M. LeBlanc, Cathy Fontenot, Joe Lamartiniere, Richard Stalder and

Richard Peabody (hereinafter referred to as "State Defendants"), will take the deposition of **KENNETH**

**WHITMORE**, before a Notary Public or other officer authorized by law to administer oaths, on the **26th**

**day of  October, 2015, beginning at 9:00 a.m.** at Louisiana State Penitentiary, at which time and place

you are hereby invited to attend and take part in such manner as you shall see fit and proper.  The

deposition shall be for all purposes and will continue from day to day until completed.

524278.2

Respectfully submitted:

JAMES D. "BUDDY" CALDWELL
Attorney General


*/s/M. Brent Hicks*
Richard A. Curry, La Bar Roll 4671
M. Brent Hicks, La Bar Roll 23778
McGlinchey Stafford, PLLC
14th Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
*Attorneys for State Defendants*


## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 8th day of October, 2015.


*/s/M. Brent Hicks*
M. Brent Hicks
McGlinchey Stafford, PLLC
301 Main Street, 14th Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 383-9000
Facsimile:  (225) 343-3076

524278.2