UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**KENNY WHITMORE (#86468)**

**VERSUS**                                           **CIVIL ACTION NO. 14-004-JWD-RLB**

**N. BURL CAIN, WARDEN, ET AL**

------------------------------------------------

**STIPULATION FOR DISMISSAL WITH
PREJUDICE UNDER RULE 41(a)(1)(A)(ii)**

**MAY IT PLEASE THE COURT:**

This stipulation on behalf of plaintiff Kenny Whitmore ("Whitmore") and Burl Cain, Richard Peabody, Darrell Vannoy, James M. LeBlanc, Cathy Fontenot and Joe Lamartiniere (collectively "Defendants").

Whitmore and Defendants have resolved all claims asserted in this action on behalf of Whitmore, and Whitmore and Defendants now stipulate, pursuant to Rule 14(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, final judgment dismissing this action and all claims asserted in this action, with prejudice.

WHEREFORE, Whitmore and Defendants stipulate to the entry of a final judgment dismissing, with prejudice, this action and all claims asserted by Whitmore in this action.

571715.2

1

Respectfully Submitted:

**JAMES D. "BUDDY" CALDWELL**
Attorney General

*/s/Richard A. Curry*
Richard A. Curry, TA La Bar Roll 4671
M. Brent Hicks, La Bar Roll 23778
Zelma M. Frederick, La Bar Roll 31459
McGlinchey Stafford, PLLC
301 Main Street, 14th Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 383-9000
Facsimile: (225) 343-3076
rcurry@mcglinchey.com
bhicks@mcglinchey.com
zfrederick@mcglinchey.com

ATTORNEYS FOR DEFENDANTS

*/s/Michelle M. Rutherford*
Michelle M. Rutherford, Bar No. 34968, T.A.
DECHERT LLP
633 West 5th Street, 37th Floor
Los Angeles, California 90071-2013
Telephone: (213) 808-5700
Facsimile: (213) 808-5760
Email: michelle.rutherford@dechert.com

Richard E. Sarver, Bar No. 23558
David N. Luder, Bar No. 33595
Erica A. Therio, Bar No. 34115
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, LLC
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701
Email: rsarver@barrassousdin.com
         dluder@barrassousdin.com
         etherio@barrassousdin.com

Rose Murray, Bar No. 34690
JONES, SWANSON, HUDDELL & GARRISON, LLC
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508
Email: rmurray@jonesswanson.com

Jaclyn E. Hickman, Esq.
Liskow & Lewis, LLC
701 Poydras Street, Suite 5000
New Orleans, LA 70118
Telephone: (504) 556-4084
Facsimile: (504) 556-4120
Email: jhickman@liskow.com

ATTORNEYS FOR PLAINTIFF

571715.2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served via fax, email and/or U.S. Mail, proper postage prepaid on the following counsel:

Michelle M. Rutherford, Esq.
Dechert LLP
633 West 5th Street, 37th Floor
Los Angeles, CA  90071-2013

Richard E. Sarver, Esq.
Barrasso Usdin Kupperman
 Freeman & Sarver, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, LA  70112

Rose Murray, Esq.
Jones, Swanson, Huddell & Garrison, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, LA  70130

Jaclyn E. Hickman, Esq.
Liskow & Lewis, LLC
701 Poydras Street, Suite 5000
New Orleans, LA  70118

Baton Rouge, Louisiana, this 17th day of November, 2015.

/s/Richard A. Curry
Richard A. Curry

571715.2

3