UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**KENNY WHITMORE (#86468)**

**VERSUS**                                              **CIVIL ACTION NO. 14-004-JWD-RLB**

**N. BURL CAIN, WARDEN, ET AL**

*************************************************************************

**FINAL JUDGMENT OF DISMISSAL**

Considering the Stipulation for Dismissal with Prejudice Under Rule 41(a)(1)(A)(ii) that has been jointly filed on behalf of Kenny Whitmore and Warden Cain, Richard Peabody, Darrell Vannoy, James M. LeBlanc, Cathy Fontenot, Joe Lamartiniere;

**IT IS ORDERED** that the Stipulation for Dismissal with Prejudice is accepted, and this action and all claims asserted by Kenny Whitmore in this action are finally dismissed, with prejudice

**THUS DONE AND SIGNED** at Baton Rouge, Louisiana, this __ date of November, 2015.

_____
JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

571716.2

1