# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

KENNY WHITMORE (#86468)

VERSUS            CIVIL ACTION NO. 14-004-JWD-RLB

N. BURL CAIN, WARDEN, ET AL

*******************************************************************

## FINAL JUDGMENT OF DISMISSAL

Considering the Stipulation for Dismissal with Prejudice Under Rule 41(a)(1)(A)(ii) that has been jointly filed on behalf of Kenny Whitmore and Warden Cain, Richard Peabody, Darrell Vannoy, James M. LeBlanc, Cathy Fontenot, Joe Lamartiniere;

**IT IS ORDERED** that the Stipulation for Dismissal with Prejudice is accepted, and this action and all claims asserted by Kenny Whitmore in this action are finally dismissed, with prejudice

**THUS DONE AND SIGNED** at Baton Rouge, Louisiana, this 19 date of November, 2015.

_____
JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JURY

571716.2

1